**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., and PETER DEUTSCH,

        Plaintiff(s),

    v.

GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, REBECCA WILKINSON, in her official capacity as Executive Director, BRIAN T. SHELLEM, in his official capacity as Chairman, and BRITNI TOMCHO, AMBER HIDY, DAMON GARDENHIRE, WILLIAM PEARSON, JARED BUSWELL, DAVID RUTKAUSKAS, LINDEL FIELDS, and DR. KITTY CAMPBELL, in their official capacities as members of the Oklahoma Statewide Charter School Board, and SKYLER H. LUSNIA, in his official capacity as Director of School Performance,

        Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.     5:26-cv-00582-R

## <u>ENTRY OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Plaintiffs , THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., and PETER DEUTSCH .

(Plaintiff/Defendant)             (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Eric S. Baxter      3/24/2026

Signature                Date

Eric S. Baxter

Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

The Becket Fund for Religious Liberty

Firm

1919 Pennsylvania Ave. NW, Suite 400

Address

Washington     District of Columbia     20006

City            State            Zip Code

(202) 955-0095

Telephone

ebaxter@becketfund.org

Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 24, 2026         , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☑ I hereby certify that on March 24, 2026        , I filed the attached document with the

Clerk of the Court and served the attached document by    personal service

on the following, who are not registered participants of the ECF System:

This Notice of Appearance is being served on all Defendants with the Summons and
Complaint.

s/ Eric S. Baxter
_____
s/ Attorney Name