IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

                               *Plaintiffs*,

       v.

GENTNER DRUMMOND, in his official
capacity as Attorney General of Oklahoma,
*et al.*,

                               *Defendants*.

Case No. 5:26-cv-00582-R

**PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs the National Ben Gamla Jewish Charter School Foundation, Inc. ("Ben Gamla"), and Peter Deutsch hereby move this Court to preliminarily enjoin Defendants from enforcing Okla. Stat. Ann. tit. 70, § 3-136(A)(2) to exclude Plaintiffs from participating in Oklahoma's charter school program on account of their religious status, beliefs, or practices. Plaintiffs respectfully request that this Court set a hearing date as soon as practicable and issue an order by May 22—before the end of the public school year. A decision on this timeline would give parents time to make plans for the upcoming school year and allow Ben Gamla adequate time to prepare and start operations.

As described in more detail in the accompanying memorandum, Plaintiffs seek to form a Jewish virtual charter school to promote outstanding academic and co-curricular programs infused with the Jewish understanding of the human person and grounded in the

1

enduring Jewish values of truth (*emet*), beauty (*yofi*), and goodness (*tov*). But Oklahoma law categorically excludes religious schools from eligibility in its charter school program. *See* Okla. Stat. Ann. tit. 70, § 3-136(A)(2).

That is unconstitutional. The Supreme Court has made clear that governments cannot exclude otherwise eligible individuals and institutions from public benefit programs solely because they are religious unless the law satisfies strict scrutiny. *See, e.g.*, *Carson v. Makin*, 596 U.S. 767, 778-81 (2022). And binding Supreme Court precedent forecloses any argument that Defendants possess a sufficiently compelling interest to justify the restriction here. *See id.* at 780-81.

Nor is it true that Ben Gamla is engaged in state action. Again, controlling precedent establishes that a Ben Gamla school—a privately operated religious school organized under Oklahoma law for exclusively educational, charitable, and religious purposes—would not be transformed into a state actor merely because it contracted with the state to provide educational services. *See, e.g.*, *Rendell-Baker v. Kohn*, 457 U.S. 830 (1982).

**WHEREFORE**, Plaintiffs pray that this Court grant a preliminary injunction in this action. This request is based on this Motion; the accompanying supporting Opening Brief; the supporting declarations and exhibits of Eric Baxter and Peter Deutsch; as well as the papers, evidence, and records on file in this action; and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by this Court.

Dated: March 27, 2026

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
Tel 405-235-5500
*RMcCampbell@Gablelaw.com*

Respectfully submitted,

/s/ Eric S. Baxter
Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Phillip J. Allevato*†
  CA Bar No. 362581
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Application pro hac vice to the Western District of Oklahoma pending.*

*†Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, copies of the *Motion for Preliminary Injunction*, *Memorandum in Support of Motion for Preliminary Injunction*, and supporting declarations were served in accordance with Fed. R. Civ. P. 5(b)(2)(B)(i) on the following:

Gentner Drummond
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Skyler H. Lusnia
William Pearson
Amber Hidy
Britni Tomcho
David Rutkauskas
Damon Gardenhire
Dr. Kitty Campbell
Jared Buswell
Lindel Fields
Brian T. Shellem
Rebecca Wilkinson
M.C. Connors Building
2501 N. Lincoln Blvd., Suite 301
Oklahoma City, OK 73105

Dated: March 27, 2026

/s/ Eric S. Baxter
Eric S. Baxter

3