# Exhibit 1

Declaration of Eric S. Baxter

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>   v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, *et al.*,<br><br>    *Defendants*. | Case No. 5:26-cv-00582-R<br><br>**DECLARATION OF ERIC S. BAXTER** |

I, Eric Shawn Baxter, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Eric S. Baxter. I am one of the attorneys representing Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am over the age of 18 and have personal knowledge of the contents of this declaration.

2. The following is a true and accurate link to a video of the Oklahoma Statewide Charter School Board's January 12 meeting. The link was posted on January 12, 2026, to the YouTube page of the Oklahoma Statewide Charter School Board: https://www.youtube.com/live/AknrUunlTIY.

3. The following is a true and accurate link to a video of the Oklahoma Statewide Charter School Board's February 9 meeting. The link was posted on February 9, 2026, to

1

the YouTube page of the Oklahoma Statewide Charter School Board: https://www.youtube.com/watch?v=_CxrYka29tY.

4.  The following is a true and accurate link to a video of the Oklahoma Statewide Charter School Board's March 9 meeting. The link was posted on March 9, 2026, to the YouTube page of the Oklahoma Statewide Charter School Board: https://www.youtube.com/watch?v=6hd17f_KoIw.

5.  A true and correct copy of a press release from the Oklahoma Statewide Charter School Board, published on February 9, 2026 on the Board's website and available at https://perma.cc/HSQ9-VFN9, is attached as **Exhibit 1-A**.

6.  A true and correct copy of a press release from the Oklahoma Attorney General, published on May 22, 2025 on the Oklahoma Attorney General's website and available at https://perma.cc/Q9G8-Y8FC, is attached as **Exhibit 1-B.**

7.  A true and correct copy of a website titled "Current Charter Schools of Oklahoma," last modified September 11, 2025 on the Oklahoma State Department of Education's website and available at https://perma.cc/P928-AAKK, is attached as **Exhibit 1-C.**

_____
Eric S. Baxter

# Exhibit 1-A

# SCSB Cites State Supreme Court Decision in Rejecting Jewish Charter Proposal

**Share** 4

## EMAIL

Monday, February 09, 2026

The Oklahoma Statewide Charter School Board (SCSB) today unanimously voted to reject an application submitted by the Ben Gamla Jewish Charter School Foundation during its regular monthly meeting.

The Board's decision primarily was based on binding legal precedent established by the Oklahoma Supreme Court in 2024, which held that a religious charter school would be unlawful under the state's Constitution. That ruling arose from litigation involving the then Statewide Virtual Charter School Board (SVCSB) and Oklahoma Attorney General Gentner Drummond, who sued the SVCSB over its 2023 approval of a proposed virtual charter school by the Roman Catholic Archdiocese of Oklahoma City and the Diocese of Tulsa.

The Oklahoma Supreme Court sided with Drummond. The SCSB appealed to the U.S. Supreme Court, asserting that the state Constitution excluding religious organizations from operating publicly funded charter schools solely because of their religious status raised federal constitutional questions under the Free Exercise Clause.

On May 22, 2025, the U.S. Supreme Court issued a 4–4 split decision with one justice recusing, resulting in the Oklahoma Supreme Court's ruling being affirmed due to an "equally divided (U.S. Supreme) Court."

"I believe the Board was placed in a difficult position," said SCSB Chairman Brian Shellem. "While we value innovation, parental choice, and high-quality educational opportunities for families, we are unfortunately bound by the Oklahoma Supreme Court ruling from 2024, even if we disagree with it."

1

Shellem said that he welcomes actions from the Legislature, Ben Gamla, and those who believe the laws in Oklahoma should align with the U.S. Constitution. Ultimately, he added, he hopes the issue makes it back to the U.S. Supreme Court because the lack of judicial consensus demands the need for legal clarity and precedent.

"Merit should be the deciding factor if a charter is awarded to an applicant. Families deserve more high-quality, publicly funded schools from which to choose and our nation's collective future depends on improving its education system," he said. "Alienating proven, successful partners runs contrary to us achieving that goal, which is why this deserves resolution at the highest level with the U.S. Supreme Court."

Last Modified on Feb 09, 2026

**2**

# Exhibit 1-B

# Drummond remarks on U.S. Supreme Court decision on St. Isidore

**Share** 0          Post

## ✉ EMAIL

Thursday, May 22, 2025

**OKLAHOMA CITY (May 22, 2025)** – Oklahoma Attorney General Gentner Drummond today issued the following statement after the U.S. Supreme Court's 4-4 decision in the St. Isidore case. The divided ruling upholds the Oklahoma Supreme Court's decision to prevent taxpayer-funded religious public charter schools.

"The Supreme Court's decision represents a resounding victory for religious liberty and for the foundational principles that have guided our nation since its founding. This ruling ensures that Oklahoma taxpayers will not be forced to fund radical Islamic schools, while protecting the religious rights of families to choose any school they wish for their children.

"I have always maintained that we must faithfully uphold the Constitution, even when it requires us to make difficult decisions. I will continue upholding the law, protecting our Christian values, and defending religious liberty—regardless of how difficult the battle may be."

Read the U.S. Supreme Court Decision 📄

Last Modified on May 23, 2025

# Exhibit 1-C



**OKLAHOMA Education**

Search 🔍

About    Divisions    Services    Resources    State Board    Public School Report Card

## School Choice

Home School

Student Transfers

Charter Schools ⌃

   Current Charter Schools

   Oklahoma Charter Schools

   Oklahoma Virtual Charter Schools

OSDE > Services > School Governance > School Choice > Current Charter Schools > Current Charter Schools

 # Current Charter Schools of Oklahoma

### Academy of Okmulgee ⌃

#### Contact

- Address: 209 W. 8th Street, Okmulgee 74447
- Phone: (405) 716-4599
- School Website: www.theacademyofokmulgee.org

#### Leadership

- Superintendent: Wren Hawthorne
- Sponsor: Oklahoma State Department of Education

#### Elementary

- Address: 209 W. 8th Street, Okmulgee 74447
- Phone: (405) 716-4599
- Grades Served: PK-8
- Year Opened: 2024-2025

### Academy of Seminole ⌃

#### Contact

- Address: 600 E. Strothers Ave., Seminole, OK 74868
- Phone: (405) 380-9010
- School Website: theacademyofseminole.org

#### Leadership

- Superintendent: Wren Hawthorne
- Sponsor: Oklahoma State Department of Education

#### Elementary/Middle School

- Address: 2701 Boren Blvd.,Seminole, OK
- Phone: (405) 380-9010
- Grades Served: PK-8
- Year Opened: 2019-2020

#### High School

- Address: 2701 Boren Blvd.,Seminole, OK
- Phone: (405) 380-9010
- Grade Served: 9-12
- Year Opened: 2018-2019

### ASTEC Charter Schools ⌃

#### Contact

1

- Address: 2401 NW 23rd St.,Oklahoma City, OK 73107
- Phone: (405) 947-6272
- School Website: asteccharterschools.com

## Leadership

- Superintendent: Shannon Grimes
- Sponsor: Oklahoma State University

## Elementary School

- Address: 2401 NW 23rd St., OKC, OK
- Phone: (405) 947-6274
- Grades Served: PK-5
- Year Opened: 2020-2021

## Middle School

- Address: 2401 NW 23rd St., OKC, OK
- Phone: (405) 947-6273
- Grades Served: 6-8
- Year Opened: 1999-2000

## High School

- Address: 2401 NW 23rd St., OKC, OK
- Phone: (405) 947-6274
- Grades Served: 9-12
- Year Opened: 2005-2006

## Carlton Landing Academy                    ⌃

### Contact

- Address:  10 Boulevard, Carlton Landing, Eufaula, OK 74432
- Phone: (918) 452-3572
- Website: carltonlandingacademy.org

### Leadership

- Superintendent: Kristi Lokey
- Sponsor: Canadian Public Schools

### Additional Information

- Grades Served:  PK - 8
- Year Opened:  2015-2016

## Cherokee Immersion                         ⌃

### Contact

- Address: 16951 W. Cherokee St., Tahlequah, OK  74464
- Phone: (918) 207-4900
- School Website: education@cherokee.org

### Leadership

- Superintendent: Corey Bunch
- Sponsor: Cherokee Nation

### Additional Information

- Grades Served: PK-8
- Year Opened: 2007-2008

**2**

**College Bound Academy**

## Contact

- Address: 2525 S. 101st East Ave., Tulsa, OK 74129
- Phone: (918) 925-1580
- School website: collegeboundschool.org

## Leadership

- Superintendent: Andrea Warren
- Sponosor: Tulsa Public Schools

## Additional Information

- Grades Served: K-4
- Year Opened: 2014-2015

---

**Comanche Academy**

## Contact

- Address: 1701 NW Taft Ave., Lawton, OK
- Phone: (918) 287-5300
- School website: https://comancheacademy.com

## Leadership

- Superintendent: Dava Fratello
- Sponsor: Osage Nation

## Additional Information

- Grades Served:PK-4
- Year Opened: 2021-2022

---

**Deborah Brown Community School**

## Contact

- Address: 2 S. Elgin East Ave.,Tulsa, OK
- Phone: (918) 425-1407
- School Website: dbcschool.org

## Leadership

- Superintendent: Deborah Brown
- Sponsor: Langston University

## Additional Information

- Grades Served: PK-3
- Year Opened: 1999-2000

---

**Dove Virtual Academy**

## Contact

- Address:1955 W. 33rd, Suite 100, Edmond, OK
- Phone:  (405) 216-3539
- School Website: dovevirtual.org

## Leadership

- Superintendent: Abidin Erez
- Sponsors: Rose State College (OKC Campuses) & Langston University (Tulsa Campuses)

**3**

### Dove Virtual Academy High School OKC

- Address: 7124 S. I-35 Service Rd., Oklahoma City, OK
- Phone: 405-636-8250
- Grades Served: PK-12
- Year Opened: 2000-2001

### Dove Virtual Academy Middle School OKC

- Address: 919 N.W. 23rd St., Oklahoma City, OK
- Phone: 405-524-9762
- Grades Served: 6 – 8
- Year Opened: 2000-2001

### Dove Virtual Academy Elementary OKC

- Address: 4901 N. Lincoln Blvd.
- Phone: (405) 605-5566
- Grades Served: KG-5
- Year Opened: 2008

### Dove Virtual Academy South OKC

- Address: 7124 S. I-35 Service Rd., Oklahoma City, OK
- Phone: 405-636-8250
- Grades Served: KG-2 & 6-8
- Year Opened: 2018-2019

### Dove Science Academy High School Tulsa

- Address: 4115 S. 100th E. Ave., Tulsa, OK
- Phone: 918-576-6719
- Grades Served: 9th – 12th
- Year Opened: 1999-2000

### Dove Science Academy School Tulsa

- Address: 280 S. Memorial Dr., Tulsa, OK
- Phone: 918-834-3936
- Grades Served: KG-8
- Year Opened: 2008-2009

### Dove School of Discovery Tulsa

- Address: 4821 S. 72nd Ave., Tulsa, OK
- Phone: 918-960-3131
- Grades Served: PK-7
- Year Opened: 2008-2009

### Harding Charter Preparatory School District ⌃

### Contact

- Address: 1301 NE 101st St., Oklahoma City, OK 73131
- Phone: (405) 606-8742
- School Website: **hardingcharterprep.org**

### Leadership

- Superintendent: Steve Stefanick
- Sponsor: Oklahoma City Public Schools

### Harding Charter Preparatory Elementary at Kelley

- Address:12600 N. Kelley Ave, Oklahoma City, OK 73131
- Phone: (405) 767-3003 x3
- Grade Served: Pre-K - 4

**4**

- Year Opened: 2024

## Independence Charter Middle School

- Address: 3232 NW 65th St., Oklahoma City, OK 73116
- Phone: (405) 767-3000
- Grade Served: 5-8
- Year Opened: 1999-2000

## Harding Charter Preparatory High School

- Address: 1301 NE 101st Street
- Phone: (405) 606-8742
- Grade Served: 9-12
- Year Opened: 2002-2003

## Harding Fine Arts ⌃

### Contact

- Address: 3333. N. Shartel Ave., Oklahoma City, OK 73118
- Phone: (405) 702-4322
- School Website: **hardingfinearts.org**

### Leadership

- Superintendent: Barry Schmelzenbach
- Sponsor: University of Science & Arts of Oklahoma

### Additional Information

- Grades Served: 9-12
- Year Opened: 2004-2005

## Hupfeld Academy at Western Village ⌃

### Contact

- Address: 1508 NW 106th St., Oklahoma City, OK 73114-5299
- Phone: (405) 751-1774
- School Website: **wvacademy.com**

### Leadership

- Superintendent: Tobi Campbell
- Sponsorship: Oklahoma City Public Schools

### Additional Information

- Grades Served: PK-5
- Year Opened: 1999-2000

## John Rex Charter School ⌃

### Contact

- Address: 500 W. Sheridan Ave., OKC, OK
- Mailing: P.O. Box 2119, Oklahoma City, OK 73101
- Phone: 405-587-8100
- Website: **johnrexschool.org**

### Leadership

- Superintendent: Patrick Duffy
- Sponsor: Oklahoma City Public School

Additional Information

**5**

### Additional Information

- Grades Served: PK-8
- Year Opened: 2013-2014

---

**KIPP OKC College Prep** ⌃

## Contact

- Address: 8400 N. Rockwell Ave.,OKC, OK
- Phone: (405) 425-4622
- School Website: **kippok.org/kipp-okc**

## Leadership

- Superintendent: Darius Kirk
- Sponsor: Oklahoma City Public School

## Additional Information

- Grades Served: PK, KG, 5-8
- Year Opened: 2005-2006

---

**KIPP Tulsa** ⌃

## Contact

- Address: 1661 East Virgin St.,Tulsa, OK 74110
- Phone: (918) 794-8652
- School Website: **kipptulsa.org**

## Leadership

- Superintendent: Darius Kirk
- Sponsor: Tulsa Public Schools

### KIPP Tulsa College Prep

- Address: 1661 E. Virgin Street, Tulsa, OK 74110
- Phone: (918) 794-8652
- Grade Served: 6-8
- Year Opened: 2011-2012

### KIPP Tulsa University Prep

- Address:  541 S. 43rd West Ave
- Phone: (918) 746-9641
- Grade Served: 9-12
- Year Opened: 2018-2019

---

**Le Monde International School** ⌃

## Contact

- Address: 1121 E. Main St., Norman, OK
- Phone: (405) 973-1025

## Leadership

- Superintendent: Lance Seeright
- Sponsor: Oklahoma State Board of Education
- School Website: **lemondenorman.org**

## Additional Information

- Grades Served: PK-5
- Year Opened: 2018-2019

**6**

## Oklahoma Youth Academy ⌃

### Contact

- Address: Tecumseh Facility: 700 S. 9th, Tecumseh, OK
- Address: Manitou Facility: 300 South Broadway, Manitou, OK
- Phone: (405) 520-7430
- School Website: oklahoma.gov/oja

### Leadership

- Superintendent: Melissa White
- Sponsor: Oklahoma State Board of Education

### Additional Information

- Grades Served: 6-12
- Year Opened: 2014-2015

## Proud to Partner Leadership Academy ⌃

### Contact

- Address:  4149 Highline Blvd, Oklahoma City, OK
- Phone: (405) 697-0459
- School Website: ptpla.org

### Leadership

- Superintendent: Dawn Boyles
- Sponsor: Oklahoma State Board of Education

### Additional Information

- Grades Served: 9-12
- Year Opened: 2024-2025

## Sankofa Charter Middle School ⌃

### Contact

- Address: 111 E First St, Tulsa, OK
- Phone: (918) 340-5120
- School Website: dbcschool.org

### Leadership

- Superintendent: Deborah Brown
- Sponsor: Langston University

### Additional Information

- Grades Served: 3-8
- Year Opened: 2012-2013

## Santa Fe South ⌃

### Contact

- Address:  4825 S Shields Blvd, OKC, OK
- Phone:  (405) 601-5440
- Website:  santafesouth.org

### Leadership

- Superintendnet: Chris Brewster

7

Sponsor: Oklahoma City Community College

## Santa Fe South High School

- Address:  6921 Plaza Mayor Blvd., OKC, OK
- Phone:  (405) 631-6100
- Grades Served: 9-12
- Year Opened: 2000-2001

## Santa Fe South Pathways Middle College

- Address:  7777 S May Ave, OKC, OK
- Phone:  (405) 682-7840
- Grade Served: 9-12
- Year Opened: 2016-2017

## Santa Fe South Middle School

- Address: 4712 S Santa Fe Ave, OKC, OK
- Phone: (405) 635-1053
- Grade Served: 6-8
- Year Opened: 2005-2006

## Santa Fe South Spero Elementary

- Address: 4906 S. Santa Fe Ave, OKC, OK
- Phone: (405) 600-7038
- Grades Served: PK-5
- Year Opened: 2017-2018

## Santa Fe South Penn Elementary

- Address:  5325 S Penn Ave, OKC, OK
- Phone: (405) 681-7480
- Grades Served: 2-5
- Year Opened: 2009-2010

## Santa Fe South Early Childhood

- Address: 2222 SW 44th St. OKC, OK., 73109
- Phone: (405) 600-1986
- Grades Served: PK-1
- Year Opened: 2018-2019

## Santa Fe South Hills Elementary

- Address:  301 SE 38th St., OKC, OK 73109
- Phone:  (405) 627-8396
- Grade Served: PK-5
- Year Opened: 2015-2016

---

## Tulsa Classical Academy ^

### Contact

- Address:9815 S. Sheridan, Tulsa OK
- Phone: (918) 346-6730
- School website: **tulsaclassical.org**

## Leadership

- Superintendent: Dr. Kevin Jones
- Sponsor: Rose State College

## Additional Information

- Grades Served: K-9

**8**

Year Opened: 2023

---

## Tulsa Honor Academy ^

### Contact

- Address: 209 S. Lakewood, Tulsa, Oklahoma 74112
- Phone: (918) 833-9420
- School website: **tulsahonoracademy.org**

### Leadership

- Superintendent: Elsie Urueta
- Sponsor: Tulsa Public School

### Middle School

- Address: 209 S. Lakewood, Tulsa, OK
- Phone: (918) 833-9420
- Grade Served: 5-8
- Year Opened: 2014-2015

### High School

- Address: 1421 S. Sheridian Rd. Tulsa, OK
- Phone: (918) 438-7204
- Grade Served: 9-10
- Year Opened: 2019-2020

---

## Tulsa Legacy ^

### Contact

- Address: 105 E 63rd Street North, Tulsa, OK 74126
- Phone: (918) 794-1442
- School Website:  **tulsalegacy.org**

### Leadership

- Superintendent: Kiana Smith
- Sponsor: Tulsa Public School

### Additional Information

- Grades Served: PK-8
- Year Opened: 2011-2012

---

## Tulsa School of Arts and Sciences ^

### Contact

- Address: 1202 West Easton, Tulsa, OK 74115
- Phone: (918) 828-7727
- School Website: **tsas.org**

### Leadership

- Superintendent: Jonathan Townsend
- Sponsor: Tulsa Public Schools

### Middle School

- Address: 1202 W. Eaton, Tulsa, OK
- Phone: (918) 828-7727
- Grade Served: 7-8
- Year Opened: 2016-2017

**9**

High School

- Address: 1202 W. Eaton, Tulsa, OK
- Phone: (918) 828-7727
- Grade Served: 9-12
- Year Opened: 2000-2001

## Western Gateway ⌃

### Contact

- Address: 1300 SW 15th St., Oklahoma City, OK 73108
- Phone: (405) 276-9170
- School Website: westerngateway.school

### Leadership

- Superintendent: Heather Zacarias
- Sponsor: Oklahoma City Public Schools

### Additional Information

- Grades Served: PK-1
- Year Opened: 2021-2022

## W.K. Jackson Leadership Academy ⌃

### Contact

- Address: 5700 N. Kelley Ste A, Oklahoma City, OK 73111
- Phone: (405)242-5319
- School Website: wkjackson.org

### Leadership

- Superintendent: Dr. Gloria Anderson
- Sponsor: Rose State College

### Additional Information

- Grades Served: PK-3
- Year Opened: 2021-2022

Last Modified on Sep 11, 2025



**OKLAHOMA**
Education

Back to top ⌃

**Oklahoma State Department of Education**
Oliver Hodge Building
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

Careers     Legal     State Superintendent

**Office hours:**
8am to 5pm, CST
Monday through Friday

**Phone:**
(405) 521-3301

Closed on all legal holidays

Enter your email address

Sign Up

**10**