# Exhibit 2

Declaration of Peter Deutsch

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

                      *Plaintiffs*,

             v.

GENTNER DRUMMOND, in his official
capacity as Attorney General of Oklahoma,
*et al.*,

                      *Defendants*.

Case No. 5:26-cv-00582-R

**DECLARATION OF
PETER DEUTSCH**

I, Peter Deutsch, pursuant to 28 U.S.C. § 1746, declare as follows:

**Background**

1.  My name is Peter Deutsch. I am over the age of 18 and have personal knowledge of the contents of this declaration.

2.  I am a former Democratic congressman from the State of Florida. I served in the United States Congress for six terms, from 1993 to 2005.

3.  I am an observant Jew. Among other things, that means I engage in Orthodox Jewish prayers and services, follow the law of *kashrut*, observe Jewish holidays, and otherwise seek to carry out the tenets and obligations of my Jewish faith.

4.  Many Jews believe it is important to send their children to Jewish schools, where they will receive an education in secular subjects, as well as the Jewish faith.

1

5. This belief concerning the importance of religious education comes straight from the Torah, the Talmud, and the Jewish Code of Law, which explain that Jewish parents have a solemn responsibility to transmit the Jewish faith to their children.

6. Unfortunately, a Jewish education is not widely available in many parts of the United States. Where it is available, it can often be prohibitively expensive and beyond the reach of many Jewish families.

7. One of my life goals is to make Jewish education more accessible to those who wish to educate their children in both secular subjects and the Jewish faith.

8. I am one of the founders of the National Ben Gamla Jewish Charter School Foundation, Inc. ("Ben Gamla") in Oklahoma, which is a Plaintiff with me in this case.

9. I am also one of the founders of the National Ben Gamla Charter School Foundation in Florida ("Ben Gamla Florida").

10. These organizations are named after Yehoshua Ben Gamla, a first-century Jewish leader and high priest who established the first formal system of Jewish education.

**Ben Gamla Florida**

11. In 2006, I founded Ben Gamla Florida. Ben Gamla Florida opened its first charter school in Florida in 2007.

12. There are currently four Ben Gamla charter schools in Florida. All Ben Gamla Florida schools include instruction in Hebrew language, history, and culture, but do not include religious education.

13. When I opened the first Ben Gamla Florida charter school, some in the Jewish community—including the local Jewish Federation—expressed their opposition. But over

time, that opposition has largely faded due to the remarkable success of Ben Gamla Florida's schools.

14. Ben Gamla Florida's mission is to provide a safe environment for innovative instructional practices that continuously light the path toward maximum student achievement and personal growth. As the first English-Hebrew charter schools in the United States, the Ben Gamla Florida schools integrate Hebrew instruction to give our students a useful tool in our global society. *See Mission & Vision*, Ben Gamla Charter School Foundation, Inc., https://perma.cc/UNL2-9WKK.

15. Ben Gamla Florida's vision is to be a community of learners that honors individual student needs and varied modalities of instruction, while nurturing character traits that help develop good citizenship.

16. As state-funded but privately operated charter schools, Ben Gamla Florida schools have the autonomy and choice to set many of their own policies related to such things as curriculum delivery, parent involvement, discipline, and special programs.

17. While Ben Gamla Florida schools are not religious and do not teach from a faith perspective, the schools integrate Hebrew instruction into their curriculum and accommodate students who are religious (for example, by excusing student absences based on religious holidays).

18. Ben Gamla Florida's unique instructional model has led to its remarkable success.

19. As of 2025, Ben Gamla Florida schools have educated thousands of students, with many more on the waiting list to attend.

20. The Ben Gamla Florida school in Hollywood is an A-rated K-5 elementary school. It has been ranked as a high performing school since 2009. *See Our School*, Ben Gamla Elementary Charter School, https://perma.cc/9QPA-V5XG.

21. Indeed, the Center for Research on Education Outcomes at Stanford University found that the Ben Gamla Florida charter school system produced sizeable increases among students' math and reading skills. *See* Charter Management Organizations, Center for Research on Education Outcomes (2017), https://perma.cc/BJY8-HQV7.

22. Based on that Stanford University study, Ben Gamla Florida ranked in the top five for hybrid charter school networks in the United States.

### Ben Gamla in Oklahoma

23. I founded the National Ben Gamla Jewish Charter School Foundation in Oklahoma in December 2025.

24. Ben Gamla aims to create schools where students receive a rigorous academic education alongside a deep cultural and ethical grounding derived from the Jewish faith, heritage, and tradition.

25. Through my work with Ben Gamla in Oklahoma, I seek to further my religious beliefs and Jewish parents' religious beliefs by partnering with them to meet their obligation to provide a Jewish education to their children. Indeed, the transmission of Jewish religious beliefs and practices to children is one of the core reasons that Ben Gamla exists.

4

26. In December 2025, Ben Gamla submitted its application to form a virtual Jewish charter school to the Oklahoma Statewide Charter School Board ("the Board"). A true and correct copy of the application is attached to this declaration as **Exhibit 2-A**.

27. In its application, Ben Gamla states that G-d created the universe and orders all within it. Therefore, Ben Gamla incorporates a Jewish perspective in all subjects.

28. Ben Gamla's mission is "to educate the entire child: soul, heart, intellect, and body of each child enrolled through a curriculum that will reach students at an individual level, with an interactive learning environment that is rooted in virtue, rigor, and innovation."

29. Also in its application, Ben Gamla emphasized that its students will receive instruction in Jewish religion, culture, values, rituals, texts, holidays, and practices, grounded in the enduring Jewish values of truth (*emet*), beauty (*yofi*), and goodness (*tov*).

30. Furthermore, as part of Ben Gamla's distinctive religious mission, students will receive instruction in Jewish religion, culture, values, rituals, texts, holidays, and practices. This includes the study of *mitzvot* (commandments), the call of *tikkun olam* (shaping the world toward justice, compassion, and g-dliness), and other Jewish traditions and religious practices.

31. Ben Gamla's application also stated that it would abide by and satisfy the Oklahoma Charter School Act's ("OCSA") requirements, except for the condition that Ben Gamla abandon its religious identity and mission to qualify as a charter school.

32. The Board held a hearing on January 12, 2026, where I made an oral presentation in support of Ben Gamla's charter school application.

33. As part of its application, on January 27, 2026, Ben Gamla participated in a "capacity interview" with Defendant Skyler Lusnia, a representative of the Board.

34. Defendant Lusnia explained that, under the OCSA, the board for the Ben Gamla School must be comprised exclusively of Oklahoma residents. Ben Gamla affirmed that the Board of the School, once formed, will comply in all respects with Oklahoma law.

35. Defendant Lusnia also explained that the application process proceeds in two phases, and that the Board of the School need not be formed until the "ready-to-open" phase post-approval.

36. In the capacity interview, Ben Gamla reiterated that it will abide by and satisfy the OCSA's requirements, except for the condition that Ben Gamla abandon its religious identity.

37. Defendant Lusnia stated that except for the nonsectarian requirement, Ben Gamla had satisfactorily addressed the Board's concerns about its application.

38. On February 9, 2026, the Board held a hearing and voted to deny Ben Gamla's application.

39. That same day, the Board issued a press release concerning its vote, stating that its "decision primarily was based on binding legal precedent established by the Oklahoma Supreme Court in 2024, which held that a religious charter school would be unlawful under the state's Constitution." *See* Baxter Decl., Ex. 1-A.

40. On February 13, 2026, the Board, through Defendant Lusnia, sent Ben Gamla a formal letter denying its application, citing ten reasons it did not satisfy Oklahoma statutory

and regulatory requirements. A true and correct copy of the formal letter is attached as **Exhibit 2-B**.

41. Ben Gamla responded to all of the Board's concerns within the thirty-day statutory timeframe, except for its noncompliance with the nonsectarian requirement. A true and correct copy of Ben Gamla's addendum to its application is attached to this declaration as **Exhibit 2-C**.

42. On March 9, the Board again voted to deny Ben Gamla's application, this time citing its religious character as its only reason for denial.

43. On March 10, the Board, again through Defendant Lusnia, sent a formal letter denying Ben Gamla's application on the sole basis of Ben Gamla's religious identity and the OCSA's nonsectarian requirement. A true and correct copy of the formal letter is attached as **Exhibit 2-D**.

_____

Peter Deutsch

# Exhibit 2-A

| ORIGINAL CHARTER SCHOOL APPLICATION |
|---|

**Provide a two (2) or three (3) page cover letter that includes an overview of the proposed school and the community it would serve.**

We find ourselves in a day and age that learning options are needed for a variety of reasons. Students need the ability to learn from anywhere to facilitate the work requirements of their parents, fulfill their achievement ability in a particular skill or talent, for medical reasons, or simply a desire to attend a quality school outside the boundaries assigned by the local school district.

The mission of The Ben Gamla Jewish Charter School is to educate the entire child: soul, heart, intellect, and body of each child enrolled through a curriculum that will reach students at an individual level, with an interactive learning environment that is rooted in virtue, rigor and innovation. We are dedicated to academic excellence that empowers and prepares students for a world of opportunity and a lifetime of learning.

The Ben Gamla Jewish Charter School envisions a learning experience that combines the best of online instruction with its capacity for individualized flexible learning. Our statewide Jewish virtual school, serving all K-12 grades, will feature an innovative and interactive curriculum, that meets or exceeds the Oklahoma Academic Standards, and taught by talented certified teachers. Teacher-led instruction will include synchronous and asynchronous learning opportunities, one-to-one tutoring, organized peer interaction, and a focus on critical skills for success in college or trade school, the workforce, and life.

The Ben Gamla Jewish Charter School will seek partnerships with higher education institutions to permit students to participate in AP Courses, early enrollment, dual credit/concurrent enrollment and internships. Each student will have a grade level appropriate College/Career Plan and the school will support students in pursuing their post-secondary goals, whether that includes college enrollment, entering the workforce, military enlistment, or other pathways. At the K-8 level, the focus is on building skill and background in the key subjects of the curriculum to allow for advancement to the next level and to develop a strong moral character in the child that will serve them well in life. The key elements of the Ben Gamla Jewish Charter School program are to ensure success at the next level. This is done in the following ways:

1. Integrated Curriculum- Teacher will integrate the humanities and teach across the curriculum in Literature, English, History/Soc. Studies, and Religion to create a cohesive understanding of the material to build background knowledge for future courses and paths of study. Teachers will utilize discovery-based approaches and integrate science with math, music, architecture, and religion.

2. Rigorous Academics with a wide array of course offerings that span the liberal art spectrum for all abilities. Course work will meet or exceed Oklahoma and national standards. Students will use the current Foundation curriculum standards and benchmarks as well as

1

strategies and methodologies that are suitable for virtual learning such as Socratic method for discussion; reading, interpreting, recitation and memory work literature and other genres for reading; writing for purpose and writing creatively, and project-based learning based on unit themes. Each year the National Ben Gamla Jewish Charter School Foundation reviews a subject area and makes the necessary changes for best practice and to keep in alignment with state and national standards.

3. Differentiated Instruction – The proposed Learning Management System allows teachers to personalize assignments and content for differentiated instruction. The School teachers will be trained to effectively use student data to inform the small group and one-on-one instruction and customize course content for individual students.

4. Progress Monitoring – Teachers will monitor student progress using short-cycle formative assessments, NWEA MAP, iReady or Renaissance Reading, Math and Early Learning assessments etc. Students will also take a spring norm based national achievement test such as, the CLT, Iowa Assessments or Terra Nova. Other recommended or required testing will be considered and/or implemented.

5. Whole Student Supports – The Student Services Team (SST) will empower students to overcome academic, social, emotional, mental health challenges to succeed in school and their community. Testing arrangements, parent information meetings, accommodations, and modifications, if necessary, will be created, documented and implemented within a Student Service Plan.

6. Student Engagement and participation – Teachers have multiple data sources to monitor student engagement and participation. They will use that data to understand how students spend their time in the system and offline. With this data, teachers can help get students back on track if they struggle or need academic challenges.

In summary, The Ben Gamla Jewish Charter School is designed to meet the diverse needs of today's students by offering a flexible, high-quality virtual learning environment grounded in academic rigor, moral development, and individualized support. Through an integrated and challenging curriculum aligned with state and national standards, personalized instruction, ongoing progress monitoring, and comprehensive whole-student services, the school prepares students for success at every stage of their educational journey. By combining innovative online instruction with strong teacher engagement, postsecondary planning, and meaningful partnerships, The Ben Gamla Jewish Charter School equips students with the knowledge, skills, character, and adaptability needed to thrive in college, careers, and life.

**Vision and mission are the cornerstones of a charter school or virtual charter school seeking to fill an educational need within Oklahoma. The development of program design and performance metrics create the roadmap toward fulfillment of the vision and mission. Describe the proposed charter school's vision and mission.**

Jewish people understand that every human being as bearing the divine image and being called to help bring holiness into the world through their daily actions. Jewish tradition teaches that each person has a share in the ongoing work of tikkun olam — shaping the world toward justice, compassion, and godliness. The strength and vitality of the community, and the transmission of sacred teachings, rely on those who devote themselves to this work with integrity and devotion. Every individual who serves in the name of the community is called to stand before the world as a bearer of our values, our history, and our hope. Accordingly, all who work within these institutions are expected to uphold and support the principles, teachings, and commitments of the Jewish community they represent.

Employees who are Jewish are expected to be faithful to the Jewish community and adhere to the teachings of the people and to the Torah in their lives.  Recognizing that non-Jewish employees are called to serve, they too are expected to have an understanding of Judaism and to refrain from actions that are contrary to the teachings of the community.  Opportunities for staff education and development on the social and moral teachings of Judaism will be made available.  Opportunities are available for employees to participate in spiritual enrichment and education programs for their personal faith development.

All employees are to uphold the standards of the Jewish tradition in their day-to-day work and personal lives. Employees are expected to be persons of integrity and must conduct themselves in an honest and open way, free from deception or corruption and in a manner consistent with the discipline and teachings of the Torah. Employees are expected to follow rules of conduct that will protect the interests and safety of all, including the standards and policies set forth in the School Code of Conduct and other Foundation and School policies and guidelines.

Every employee of a Jewish school is a servant of the Jewish faith by providing a living witness of the tradition and community's love and for school patrons and others, especially the children entrusted to the school's care by parents and guardians. Since God created the universe and orders all within it, a Jewish perspective permeates all subjects informing the student of the unity of all knowledge.

The School is organized and will be operated exclusively for educational, charitable, and religious purposes. The School is an Oklahoma virtual charter school established pursuant to the Oklahoma Charter School Act, 70 O.S. § 3-130 et. seq. Subject to the foregoing and other limitations set forth in the Certificate of Incorporation, the School shall have and exercise all the powers of nonprofit corporations under Oklahoma law.

Without limiting the generality of the foregoing, to the extent permissible under the Oklahoma Charter Schools Act, the School's purposes, activities, programs, and affairs shall include the following:

The Foundation's mission is to promote academic excellence using best practices in both general and virtual education, while providing students with meaningful, substantive instruction in Jewish culture, values, holidays, rituals, texts, and practices as permitted under applicable constitutional and statutory requirements. The Foundation aims to create a school where students receive a rigorous academic education alongside a deep cultural and ethical grounding derived from Jewish heritage and tradition.

## Description of Current and Planned Activities

1. Operation of a Virtual Public Charter High School in Oklahoma

The Foundation will oversee the establishment and ongoing operation of a virtual public charter school ("the School").

The School will:

- Implement best practices for virtual instruction, including structured schedules, synchronous and asynchronous learning, interactive digital platforms, and ongoing academic monitoring.
- Deliver a rigorous general academic curriculum aligned with Oklahoma state standards. - Employ certified educators trained in virtual pedagogy.
- Provide full student services, including academic advising, tutoring, special education, counseling, and accommodations as required by law.

2. Curriculum Including Jewish Religion, Culture, Values, Texts, Holidays, Rituals, and Practices

As part of the School's distinctive mission, students will receive instruction in Jewish religion, culture, values, rituals, texts, holidays, and practices. Examples of instructional content include: - Jewish religious beliefs, principles, and ethical frameworks. - Jewish religious texts, including Torah and post-Torah writings, studied in their religious, historical, literary, and ethical dimensions. - Jewish holidays and the religious rituals, practices, and traditions associated with them. - The study of mitzvot (commandments), Jewish law, and traditional religious practices in a descriptive and educational manner. - Hebrew language instruction. - Exploration of Jewish history, culture, and the lived experience of Jewish religious practice. All instruction regarding Jewish religion will be delivered in a constitutionally permissible educational manner appropriate for a public charter school context.

1. Student Activities and Enrichment

The School will offer a variety of enrichment programs, including:

- Virtual clubs and extracurricular programs.
- Community service projects grounded in Jewish ethical values. - Guest speakers, cultural programs, and experiential learning.
- In-person meetups or events as permitted.

2. Governance and Management

The Foundation will:

- Establish the governing policies and oversight structures for its schools.
- Ensure compliance with all applicable laws and charter requirements.
- Select and supervise qualified administrators and educators.
- Oversee financial operations, budgeting, grant writing, and fundraising.
- Conduct continual review and improvement of academic and cultural programming.

In sum, the School and its Foundation are grounded in the Jewish understanding of human dignity, moral responsibility, and the call to tikkun olam, integrating these enduring values into every aspect of institutional life. Through faithful stewardship, ethical conduct, and a commitment to integrity, employees serve as living representatives of Jewish tradition while supporting an inclusive educational environment consistent with public charter school requirements. By delivering rigorous, standards-aligned virtual instruction alongside meaningful, constitutionally permissible education in Jewish culture, values, history, and texts, the School seeks to cultivate academically accomplished, ethically grounded students. Guided by sound governance, legal compliance, and continuous improvement, the Foundation is committed to sustaining a vibrant learning community that honors Jewish heritage while preparing students to contribute thoughtfully and responsibly to the broader world.

**Describe the criteria that the proposed school will use to measure its effectiveness in meeting its vision and mission.**

The National Ben Gamla Jewish Charter School Foundation seeks to provide outstanding academic and co-curricular programs infused with a Jewish understanding of the human person and grounded in the enduring Jewish values of truth (emet), beauty (yofi), and goodness (tov), as expressed in Jewish thought and tradition. The School is committed to preparing students to engage thoughtfully and confidently in contemporary society. Now more than ever, these two dimensions of Jewish education—academic excellence and Jewish identity—are inseparable.

Young people of the twenty-first century must emerge as sources of leadership, creativity, and responsibility within the Jewish community and the broader society. To that end, students must be offered an education that is both intellectually rigorous and deeply rooted in Jewish knowledge, values, and lived tradition. An effective Jewish educational program requires a curriculum that is challenging, relevant, research-based, and meaningfully infused with Jewish history, culture, ethics, and practice, and in alignment with state and national standards.

5

The curriculum developed by the National Ben Gamla Jewish Charter School Foundation reflects this vision. Created in collaboration with principals, teachers, and Jewish educators, it is the result of the collective work of PK–12 classroom teachers, curriculum specialists, and educational leaders from the Foundation, all dedicated to advancing excellence in Jewish education.

Effective teaching begins with thorough planning and preparation for one's classes. Teachers display their professionalism and commitment to student learning by keeping regularly updated lesson plan records shared with the principal and instructional leaders. In these lesson plans, teachers demonstrate how their content and pedagogical knowledge is bringing the Foundation curriculum to life, and the kinds of lesson components selected reflect the students' needs, skills and abilities. Teachers document the specific objectives of each lesson and how students will be formatively or summatively assessed in the lesson, making sure that the content of the lesson scaffolds and supports the objective. The teacher should also include the variety of resources used in the lesson, linking media used as an archive for later years and so that it is easily accessible by administrators. The structure of the lesson should support authentic student learning, should integrate Jewish social teachings and traditions, and should allow students to engage in moral and ethical decision-making in the light of these teachings.

All teachers are required to document lesson planning and preparation using the Foundation lesson plan template. Lesson plans should be accessible and comprehensible to administrators and substitute teachers alike.  Fully documented lesson plans for the year are required for a teacher to complete end-of-year check-out.

The environment of a classroom can have a significant impact on a child's ability to learn. Teachers are expected to foster classrooms that enable learning by creating respectful environments, establishing a classroom culture for learning, creating a space that is conducive to prayer and reflection, by effectively managing classroom procedures and student behavior, and organizing the physical space in a way that is safe, accessible, and appropriate to learning activities

Quality instruction is at the heart of what we do as educators. Teachers are encouraged to provide students with quality instructional practices by implementing the following research-backed best practices in their classrooms. Teachers communicate clearly with students, using spoken and written language, about directions and procedures, and learning goals and expectations. Teachers provide students with opportunities to construct their understandings of concepts socially, through self-discovery, and using authentic moral and ethical problem solving. Teachers ask questions of their students and have them justify their responses, engaging everyone in the room. The instructional activities should be engaging and pertinent to the lesson's objective, and the teacher adjusts the lesson based on the needs of the students in the class during the lesson. Teachers are expected to incorporate a variety of pedagogical techniques into their instruction to support the diverse learning needs of the variety of students in their classrooms. Teaching is an active profession, and during instructional times, the teacher should be interacting with the corpus of his/her classroom.

Teachers are expected to view assessments as a continuous conversation about a student's performance in an overall course rather than as just a mark showing how a student performed on a specific assignment. Teachers design a variety of assessments to formatively and summatively assess student progress with respect to lesson objectives, unit goals, or course outcomes. These assessments help the teacher monitor a student's progress and make adjustments to the individual student's instructional plan. When it becomes age-appropriate, teachers help students learn to track their own progress and set their own learning goals using their assessment data. Teachers regularly review and analyze student performance data sets, consulting with peers when possible to develop appropriate strategies to respond to student achievement gaps. Teachers are expected to provide students with feedback about their performance that is timely and helps students understand their areas of weakness so that they can improve in the future.

Teachers have an obligation to engage in their school and professional communities by participating in the following actions. Teachers understand and advocate for the school, its mission and its students. Teachers embrace the Jewish identity of the school. Teachers engage in reflective practices aimed at helping them become better educators. Teachers maintain accurate records and communicate with families and stakeholders. Teachers participate in a professional community where they have positive relationships with colleagues in other schools, and they attend relevant professional development opportunities. Finally, they are consistently professional, ethical, responsible and maintain appropriate licensures.

Homework planned to meet the needs of students has an essential place in the educational program. Homework is a supplement to the lessons taught in school. Teachers are responsible for giving a reasonable amount of homework. Students' individual needs and abilities should be taken into consideration when assigning work for the class or group. Homework should be assigned with the purpose of reinforcing the day's lessons and fostering habits of independent study. Homework should be the natural outgrowth of a concept ALREADY presented in class. Written homework should be checked and returned in a timely manner. Homework assignments are noted in the teacher's lesson plans.

**Describe how the school's vision and mission will be realized in the school's culture.**

The School is organized and will be operated exclusively for educational, charitable, and religious purposes. The School is an Oklahoma virtual charter school established pursuant to the Oklahoma Charter School Act, 70 O.S. § 3-130 et. seq. Subject to the foregoing and other limitations set forth in the Certificate of Incorporation, the School shall have and exercise all the powers of nonprofit corporations under Oklahoma law. Without limiting the generality of the foregoing, to the extent permissible under the Oklahoma Charter Schools Act, the School's purposes, activities, programs, and affairs shall include the following:

The Foundation's mission is to promote academic excellence using best practices in both general and virtual education, while providing students with meaningful, substantive instruction in Jewish culture, values, holidays, rituals, texts, and practices as permitted under applicable constitutional

and statutory requirements. The Foundation aims to create schools where students receive a rigorous academic education alongside a deep cultural and ethical grounding derived from Jewish heritage and tradition.

### Description of Current and Planned Activities

- Operation of a Virtual Public Charter High School in Oklahoma

The Foundation will oversee the establishment and ongoing operation of a virtual public charter high school ("the School"). The School will:

- Implement best practices for virtual instruction, including structured schedules, synchronous and asynchronous learning, interactive digital platforms, and ongoing academic monitoring.
- Deliver a rigorous general academic curriculum aligned with Oklahoma state standards. – Employ certified educators trained in virtual pedagogy. - Provide full student services, including academic advising, tutoring, special education, counseling, and accommodations as required by law.
- Curriculum Including Jewish Religion, Culture, Values, Texts, Holidays, Rituals, and Practices.

As part of the School's distinctive mission, students will receive instruction in Jewish religion, culture, values, rituals, texts, holidays, and practices.

Examples of instructional content include:

- Jewish religious beliefs, principles, and ethical frameworks.
- Jewish religious texts, including Biblical and post-Biblical writings, studied in their religious, historical, literary, and ethical dimensions.
- Jewish holidays and the religious rituals, practices, and traditions associated with them.
- The study of mitzvot (commandments), Jewish law, and traditional religious practices in a descriptive and educational manner.
- Hebrew language instruction.
- Exploration of Jewish history, culture, and the lived experience of Jewish religious practice. All instruction regarding Jewish religion will be delivered in a constitutionally permissible educational manner appropriate for a public charter school context.

### Student Activities and Enrichment

The School will offer a variety of enrichment programs, including:

- Virtual clubs and extracurricular programs.
- Community service projects grounded in Jewish ethical values.
- Guest speakers, cultural programs, and experiential learning.

- In-person meetups or events as permitted.

The School's vision and mission will be realized through a school culture that consistently integrates academic excellence, ethical development, and meaningful community engagement. This culture will be shaped by high expectations for learning, respectful relationships, and intentional use of best practices in virtual education, ensuring students are supported academically and socially. By embedding Jewish culture, values, history, and ethical frameworks into curriculum, enrichment activities, and service opportunities—while maintaining constitutional compliance—the School will foster a learning environment that honors heritage, promotes character, and encourages responsibility to others. Through committed educators, comprehensive student supports, and engaging instructional and extracurricular experiences, the School's daily practices will reflect its mission, cultivating students who are intellectually capable, ethically grounded, and prepared to contribute positively to their communities.

**Describe how the school's leadership team, including board members, will ensure that the school's vision and mission are central components of school academic, financial, and organizational decisions.**

The Ben Gamla Jewish Charter School believes that a quality school must be governed by individuals who are responsible stewards of public funding while upholding the charter's mission. The Governing Board of Directors will be professional and ethical at all times, supporting the school's mission and vision. They will provide oversight for the operations, leadership, and policies of the school. Specifically, their duties will include responsibility for ensuring legal compliance, evaluating the school leadership, setting goals for measuring academic success, allocating resources appropriately and approving an annual budget, and approving school policies and procedures.

As an initial matter, the Board of Directors has assessed the Ben Gamla Jewish Charter School program and services to ensure alignment with its priorities. It is negotiating the management agreement so that the Board of Directors, the Ben Gamla Jewish Charter School and the National Ben Gamla Jewish Charter School Foundation, Inc., have a clear understanding of each other's responsibilities as supporters of the school. The Ben Gamla Jewish Charter School will contract with an independent School Treasurer from a firm approved by the Oklahoma Department of Education. The Board of Directors will hold all responsible parties accountable for its students' academic results, including the administration, the teachers, the parents/guardians. The National Ben Gamla Jewish Charter School Foundation is responsible for initiating the support for The Ben Gamla Jewish Charter School under the Board of Directors direction and pursuant to the terms of the services agreement negotiated by the parties until the school is operational and on solid financial footing. The National Ben Gamla Jewish Charter School Foundation is a non-profit organization.

As cited in 70 O.S. § 5-110 (OSCN 2022), the Ben Gamla Jewish Charter School Board is committed to being knowledgeable about laws and regulations governing the school and will seek guidance from board counsel and participate in the required training requirements within 15 months of appointment/election and annually to remain in good standing. Primary training will occur within the first three years of school operations in the areas of Ethics, Open Meetings/Records and Finance by the Oklahoma State School Board Association.

Throughout the year, meetings will take place monthly. Meetings may take place virtually or in person in either Oklahoma City with some meetings based on member availability and agenda topics. Prior to the opening of the school, the Board of Directors will identify and recruit additional Board members in line with its bylaws.

The Board of Directors is fully aware of their fiduciary responsibilities and oversight for Ben Gamla Jewish Charter School. Upon the application being approved, the Board of Directors will assign education management services to be provided initially by the National Ben Gamla Jewish Charter School Foundation with the option to transfer to an outside vendor if needed in future years. This function of the board is contained within the bylaws

Ben Gamla Jewish Charter School Board of Directors looks forward to a collaborative and transparent relationship with the Statewide Virtual Charter School Board. It will ensure staff will fulfill all pre-opening requirements so that the school is in a position to be successful upon opening. Once operating, the Principal/Director will provide a monthly report on the academic progress of students and any required operational matters. The Board of Directors will work with the School Treasurer to review the school's monthly and budget-to-actual financial position, among other key finance metrics.

 The School Board of Directors is committed to being knowledgeable about laws and regulations governing the school and will seek guidance from board counsel and participate in annual training as required by Oklahoma state law. They are prioritizing diversity within their members, transparency to their stakeholders, and accountability to the Oklahoma State Virtual Charter Board as their authorizer. They will also seek to avoid conflicts of interests and keep students' academic success as a foremost priority. Like all charter schools in the state, the Ben Gamla Jewish Charter School Board understands that the school may be issued a school report card against state and federal accountability indicators and will also be accountable to the authorizer using the Performance Framework. Annually, the school leadership, the student education support team, and the Board will review state testing results for ways to improve student learning resulting in a board approved school improvement plan for the following school year.

The Principal/Director will provide monthly reports to the Board of Directors on student academic progress and operations. The Board of Directors with guidance from the National Ben Gamla Jewish Charter School Foundation will provide a compliance oversight role to ensure state and authorizer data reporting is done accurately and on time. The Ben Gamla Jewish Charter School Board of Directors will adhere to the authorizer's requirements for data and evidence collection,

site visits, school website compliance checks, annual reviews, and performance reports. Sometime after the school's first year of operation, the school will seek external accreditation, as well as cooperate with the approved accreditation entity in the state of Oklahoma.

The Ben Gamla Jewish Charter School Board of Directors understands its responsibility to adhere to all state and federal laws and regulations when managing school's finances. The School Board of Directors has amended their by-laws to reflect their roles and responsibilities related to school finance. Finally, the School Board of Directors understands that there are specific indicators the school will be held accountable for in the Performance Framework including:

**Audit findings**

- Quarterly financial reports
- Record of financial reporting compliance

The School Board of Directors is committed to academic excellence and will have an unwavering commitment to achieving the school academic goals. Each year, the School Board of Directors, in collaboration with the Principal/ Director and administrative team will create a school improvement plan based on the annual data analysis of state assessments, review of the year's benchmark assessments, and feedback from the School Improvement Team. The Continuous Improvement Plan (CIP) will contain the required components as defined by §70-5-117.4., including strategies for improving instruction. In a virtual school, that often includes discussions on the content of synchronous instructional sessions, strategies to improve student engagement, and the use of supplemental curriculum to support student learning gaps. The Board of Directors will approve the CIP and will review progress towards the academic goals at its monthly board meetings.

The School recognizes that parents/guardians are most engaged when they have meaningful opportunities to shape school programs and provide input. Parents/guardians will have the ability to participate in town hall type dialogue or question and answer sessions, either by grade level or as a school, with school administration periodically.

Parent/guardian input will be collected through surveying multiple times per year. The School Services Team will reach out to state and local health and family services agencies to assist families who need these services. The School Board of Directors and Principal/Director will work closely to develop strategic partnerships, and to define what those strategic partnerships will involve. The school may seek partnerships with higher education institutions for teacher recruitment, and collaboration on educational research. The school may seek partnerships with high quality youth organizations. One means of stakeholder involvement is participation in the Board's regular meetings. When a board meeting notice is posted, the School draft agenda will be included so that stakeholders – as well as the public - can attend and offer public comment either generally or on a specific agenda item. The Board of Directors may also seek stakeholder comments on proposed board initiatives via a request for written comment or an invitation to provide oral comment at a

board or committee meeting. Although not yet formally addressed by the School Board of Directors, the Board of Directors may choose to include stakeholders on standing or ad hoc board committees. The Board is committed to continuously evaluating its efforts to promote stakeholder involvement and ensuring that stakeholders have a voice.

While the School model is based on a virtual learning experience, the Ben Gamla Jewish Charter School fully acknowledges that in-person engagement is essential for reaching students and families who may not have access to online services and/or digital media. After approval, the School will hold frequent, publicly available community meetings, information sessions throughout the year, as well as using the email list serve to continue to communicate news, progress, and school achievements to interested parties in the community. Our goal is to create a network of regional support where families can support one another, identify local tutoring and mentoring opportunities, and feel affiliated with a school community.

Lastly, an integral part of supporting the school's vision and mission is preparing students for success in career and college endeavors and to build relationships and foster early opportunities for the transition after high school. Studies have shown that connection with a college and participation in dual enrollment programs increase the likelihood that students will not only graduate from high school but enroll and successfully complete undergrad and graduate programs in college. In order to cement the opportunity for future success, the Ben Gamla Jewish Charter School will seek collaborations with available local college and university campuses within Oklahoma.

**Describe the proposed school's instructional design, including the type of learning environment that will be created, class size and structure, curriculum overview, and teaching methods.**

The student-centered instructional method used puts students' needs at the forefront of the instructional design, allowing for them to take charge and be wholly involved in each aspect of their learning. Students can progress through their lessons at different paces based on their rate of mastery, yet the school has grading and progress expectations that all students must meet for each term. In the virtual setting, the benefit rests within the flexibility and fluidity for each student's schedule. The daily experience of a Ben Gamla Jewish Charter School student includes scheduled live instructional sessions, scheduled small group targeted sessions, participation in Socratic discussions to improve a respect for dialogue and the improvement of oral language and critical thinking skills, and 24/7 access to asynchronous course work and supplemental curriculum resources, aligned to meet or exceed state standards. This student-centered learning approach allows for more active learning, increased comprehension, and responsibility which fosters independence, accountability, and time-management - all critical skills for higher education, the job force of today, and everyday life. Students will also have personalized learning opportunities to help them develop their own learning strategies and be engaged in the learning process by having a voice in the process.

An important addition to individualizing instruction according to student needs is that as students' progress through the digital curriculum asynchronously, the Learning Management System within captures the results of short cycle assessments in a color-coded mastery dashboard against state standards, equipping teachers with the immediate data needed to provide targeted synchronous instruction. The Ben Gamla Jewish Charter School instructional model plans synchronous instruction as a chance to add instructional value above and beyond what is already available in the asynchronous model. Teachers use data to determine which students need one-on-one direct instruction or small learning groups in order to both differentiate and tailor instruction to students' real-time needs. This is especially effective in remediation situations. In order to support student engagement, peer interactions will be hosted within small and large virtual classroom settings, to ensure individual attention, increased participation, and better communication.

Lastly, instruction is embedded within a Multi-Tiered System of Supports (MTSS/RtII). MTSS/RtII uses assessment, intervention, and targeted instruction to ensure the academic, social, and emotional growth of each child within three tiers - whole group, small group interventions, and individualized support.

The Ben Gamla Jewish Charter School envisions a learning opportunity for students who want and desire a quality Jewish education, but for reasons of accessibility to a brick-and-mortar location or due to cost cannot currently make it a reality. The Jewish education system has routinely matriculated students prepared not only for the next stage in life but prepared to be successful in life itself as good members of the community who take an active role in caring for others, being innovative in the development of new products and services, and serve as leaders in local, state, and global corporations, small business, government, and military. The ability to teach from a faith and reason perspective opens up for the student the best of the Jewish intellectual tradition, much of what the public educational system in the United States is modeled after in its design and course requirements. A liberal arts education prepares students to think critically and to be well read and well written individuals who care about their generation and those to follow. It is the desire of the school to reach those students wherever they may be in Oklahoma.

The School envisions the ability to offer to students who wish to supplement their current school program the option of various accelerated courses or courses that will accelerate the student beyond their current status, such as in the areas of foreign language, computer programing courses of various types, mathematics, and special interest electives. Credit recovery for core subject areas would also be available for students to enroll in order to fulfill their grade level requirements.

The School envisions an experience that combines the best of online instruction with its capacity for individualized flexible learning. Our statewide virtual charter school, serving all K-12 grades, will feature an innovative and interactive curriculum, fully aligned to the National Ben Gamla Jewish Charter School Foundation standards and benchmarks which meet or exceed the Oklahoma Academic Standards and the national standards, and will taught by talented, certified teachers. Teacher-led instruction will include synchronous and asynchronous learning opportunities, one-

13

to-one tutoring, organized peer interaction, and a focus on critical skills for success in learning, which will lead to success at the next level of education, college, trade school, and in life.

The School will establish key institutional partners in the state, to further technical and trade opportunities to permit students to pursue workplace learning opportunities either during their time at Ben Gamla's or upon graduation. The school will seek partnerships with higher education institutions to permit students to participate in Oklahoma's Promise program to enable students to take advantage of post-secondary college and career opportunities. Each student will have a College and Career Readiness Plan and the school will support students in pursuing their post-secondary goals, whether that includes entering the workforce, college enrollment, military enlistment, or other pathways. We will partner with our families to ensure they have the appropriate resources to support their student's engagement and learning. This includes comprehensive student and parent onboarding programs to ensure students are ready to learn and parents are ready to support.

The School will implement policies to address the Social Emotional Learning of all our students. Clear expectations of behavior for the staff and students which is outlined in our handbooks. Our primary way of addressing the Social Emotional needs of our students is by first establishing a school climate where students, families, and staff feel loved, respected as a child of God, safe and supported. Staffing around Social Emotional Learning differs based on the needs of the school. For our current schools in Oklahoma City, local charities can be utilized by the local school district to take advantage of Title funds for counseling services. Social workers, family liaisons, and/or contract to outside experts can also be leverage with Title funds.

The School will purchase supplemental curriculum like Virtues in Practice, Ruah Woods, Friendzy, Responsive Classroom, Class Dojo and the FACTS SIS parent connection capability to ensure expectation, content and communications are available to students and families. Professional development in these programs will assist staff in implementing the programs to make a positive impact on student emotional well-being and academic achievement. Training allows staff to make a positive impact on student emotional well-being and academic achievement. Because positive school climate and SEL is a schoolwide focus, all staff receive professional development. Responsive Classroom is a student-centered approach to teaching and discipline that comprises a set of research- and evidence-based practices designed to create safe, joyful, and engaging classroom communities for both students and teachers. Schools and teachers who adopt the Responsive Classroom approach focus on creating optimal learning conditions for students to develop their academic, social, and emotional skills and building positive school and classroom community where students learn, behave, hope, and set and achieve goals.

Professional development is used to assist staff in implementing the programs to make a positive impact on student emotional well-being and academic achievement. After receiving training, teachers are able to advocate for their students, provide them with the tools and resources to develop positive relationships, make good decisions, solve problems, and communicate

14

appropriately within the school community. The expectation is that the program will reduce student conflict, reduce referrals, and help create a positive and collaborative school climate.

The School's educational approach features an innovative curriculum, a high degree of connectivity and personalized attention, intensive teacher training and inquiry-based student-centered learning. Its program focuses on practical application of knowledge and strong parent and community involvement with the School. Through effective use of technology, it enables teachers to custom-tailor academic programs to students' unique skills and interests – all aimed at optimizing our students' learning experience.

Personalized instruction and continuous assessment are cornerstones of the Ben Gamla Jewish Charter School model. All staff will receive professional development in online student engagement, boosting achievement in the online environment, SEL in the online environment, working with subgroups in the online environment, testing data analysis, developing student writers, and other topics. Teachers will have both in person and online modalities offered. Along with participation in online professional learning communities, staff will be trained in techniques of differentiated instruction, enabling them to identify students' learning styles and to create learning activities compatible with the students' needs. At the same time, the staff will use varied assessments to enable students to demonstrate their understanding of concepts and skills. These assessments will also be used to develop further lessons that address individual student needs.

The National Ben Gamla Jewish Charter School Foundation evaluates professional development needs by using surveys, interviews and observation; and the experience of the personnel, who remain up-to-date on new as well as tried and-true teaching methods and strategies. Staff will receive up to two weeks of training which will take place before the school year begins, and ongoing training will continue throughout the school year, based on detailed assessments of staff needs. Keeping great school leaders and teachers is an ongoing effort.

All students will receive a loaned laptop computer at no additional cost. Student technological fees will be applied to the technology needs of the school. Supplied equipment will be configured, imaged, and have required software needed to assure that students are able to fully participate in the educational program.

Students and families must have regular, reliable access to the internet for successful participation in the school. As of December 2020, the Federal Communications Commission estimated that approximately 99% of Oklahoma residences had broadband Internet access of 25 Mbps or greater with at least a choice of two providers. The school will have a limited supply of WiFi hotspots to loan families, based on need. While not required, it is helpful if the parent/guardian of the student has a device separate from the student computer to check email and to check parent accessible reports and information within the platform. This device could be a smartphone, an iPad, a Chromebook, laptop, etc. If the parent/guardian does not have his/her own device, the school-issued Chromebook can be used by the parent/guardian to check email and when the student is not

15

engaged in schoolwork. Acceptable use guidelines apply to all who use the equipment and access the platform.

The School administration will contract with and secure competent IT Support and Services including acquisition of appropriate technical devices, programs, and infrastructure support systems. They will seek and secure competitive pricing and centralized purchase discounts for computers, monitors, printers, software and other peripherals ("Computer Equipment") for the School.

Related services include:

- Provide loaned student laptop computers
- Provide repair and replacement of student computers
- Carry out imaging or reimaging of student computers
- Carry out reclamation of student computers

The Foundation will oversee the establishment and ongoing operation of a virtual public charter high school ("the School").

The School will:

- Implement best practices for virtual instruction, including structured schedules, synchronous and asynchronous learning, interactive digital platforms, and ongoing academic monitoring.
- Deliver a rigorous general academic curriculum aligned with Oklahoma state standards
- Employ certified educators trained in virtual pedagogy
- Provide full student services, including academic advising, tutoring, special education, counseling, and accommodations as required by law

As part of the School's distinctive mission, students will receive instruction in Jewish religion, culture, values, rituals, texts, holidays, and practices.

Examples of instructional content include:

- Jewish religious beliefs, principles, and ethical frameworks
- Jewish religious texts, including Torah writings, studied in their religious, historical, literary, and ethical dimensions
- Jewish holidays and the religious rituals, practices, and traditions associated with them
- The study of mitzvot (commandments), Jewish law, and traditional religious practices in a descriptive and educational manner
- Hebrew language instruction
- Exploration of Jewish history, culture, and the lived experience of Jewish religious practice

All instruction regarding Jewish religion will be delivered in a constitutionally permissible educational manner appropriate for a public charter school context.

The School will offer a variety of enrichment programs, including:

- Virtual clubs and extracurricular programs
- Community service projects grounded in Jewish ethical values
- Guest speakers, cultural programs, and experiential learning
- In-person meetups or events as permitted

The key elements of the School program are to ensure success at the next level of education and life. This is done in the following ways:

- Integrated Curriculum- Teachers will integrate the humanities and teach across the curriculum in Literature, English, History/Soc. Studies, and Theology to create a cohesive understanding of the material to build background knowledge for future courses and paths of study. Teachers will utilize discovery-based approaches and integrate science with math, music, architecture, and religion.
- Rigorous Academics with a wide array of course offerings that span the liberal art spectrum for all abilities. Course work will meet or exceed the Oklahoma and national standards. Students will use the Foundation's curriculum standards and benchmarks as well as strategies and methodologies that are suitable for virtual learning such as Socratic method for discussion; reading, interpreting, recitation, memory work, literature and other genres for reading; writing for purpose and writing creatively, and project-based learning based on unit themes. Routinely, the National Ben Gamla Jewish Charter School Foundation reviews a subject area and makes the necessary changes for best practice and to keep in alignment with state and national standards.
- Differentiated Instruction – The proposed Learning Management System allows teachers to personalize assignments and content for differentiated instruction. Ben Gamla teachers will be trained to effectively use student data to inform the small group and one-on-one instruction and customize course content for individual students.
- Progress Monitoring – Teachers will monitor student progress using short-cycle assessments, NWEA MAP, i Ready or Renaissance Reading, Math and Early Learning assessments etc. Students will take a spring norm based national achievement test such as, the CLT, Iowa Assessments or Terra Nova. Other recommended or required testing will be considered and/or implemented.
- Whole Student Supports – The Student Services Team (SST) will empower students to overcome academic, social, emotional, mental health challenges to succeed in school and their community. Testing arrangements, accommodations, and modifications, if necessary, will be made and implemented within a Student Service Plan.
- Student Engagement and participation – Teachers have multiple data sources to monitor student engagement and participation. They will use that data to understand how students

17

spend their time in the system and offline. With this data, teachers can help get students back on track if they struggle or need academic challenges.

Student performance and progress towards standards mastery will be continually monitored at the school level through a defined cycle of data review and data meetings. Each year the Principal will work with teachers and the assessment team to create the Instruction Plan based on the school's data. This plan will be created once the school Assessment Plan has been finalized and will take into consideration the points at which data will be available from each assessment. The Instruction Plan will detail in what groups teachers and school leaders will meet to discuss data, and how often. The plan will define a school-wide data protocol to be utilized to guide review of the data, interpretation of the data, and determination of follow up actions. Specific data to be reviewed in a timely fashion as dictated by the assessment calendar. September reviews are focused on diagnostic data, short cycle data would be reviewed during the 2nd and 3rd testing periods to determine growth and intervention needs.

During these conversations data will be reviewed through multiple lenses:

- Proficiency and growth data
- Individual student level data
- Grade level or grade band data trends
- Subject area trends
- Data by teacher
- Data disaggregated by student subgroup
- Item level analysis
- Standards level analysis

Minutes, team notes and action plans, and needed resources will be captured during each meeting, shared with the school faculty, and placed in a shared digital space for relevant stakeholders to access.

This plan monitors student performance on short cycle assessments and looks at supplemental curriculum usage to identify curriculum gaps/needs, areas of instructional need, and patterns of supplemental usage as it relates to student performance. Particular attention to teaching methods and resources are to be used.

As stated previously, the School Board is committed to academic excellence and will have an unwavering commitment to achieving the school academic goals. Each year, the School Board in collaboration with the administrative team will create a school improvement plan based on the annual data analysis of state assessments, review of the year's benchmark assessments, and feedback from the School Improvement Team. The Continuous Improvement Plan (CIP) will contain the required components as defined by §70-5- 117.4., including strategies for improving instruction. In a virtual school, that often includes discussions on the content of synchronous instructional sessions, strategies to improve student engagement, and the use of supplemental

curriculum to support student learning gaps. The Board of Directors will approve the CIP and will review progress towards the academic goals at its monthly board meetings.

**Describe the plan for using internal and external assessments to measure and report student progress. Include how the proposed school will use formative and summative assessments to measure program effectiveness.**

A strong assessment plan is the cornerstone of any successful instructional program. Each Jewish school implements numerous assessment tools for students and would propose the following for Ben Gamla Jewish Charter School. In order to verify curricular alignment to mission, standards and benchmarks, ensure instructional efficacy, and monitor student learning, schools must employ a balanced assessment system that includes several types of testing methods to determine what students are learning, how teachers are teaching, and what instructional and curricular decisions must be made with regard to scaffolding, alignment, adjustments, and interventions. In a balanced assessment program, school leaders plan for diagnostic, formative, interim and summative assessments. In this way, assessment results provide identification of students in need of intervention, feedback to teachers about instructional practice, and verification of curricular strengths and weaknesses.

**The Ben Gamla Jewish Charter School Assessment System**

- Incoming Assessment – All new students will be assessed for learning readiness using Curriculum Based Measure, a computer adaptive, or a nationally normed test. The results from this initial assessment will assist teachers in developing a personalized plan for each student using The National Ben Gamla Jewish Charter School Foundation Standards and Benchmarks and Oklahoma State standards.
- Ongoing Assessments – Once a student is enrolled and has finalized his/her personalized plan with an advisor, the student will participate in a variety of performance assessments over to time to monitor their progress and modify their academic program keeping them on track for academic success. These assessments include:
- Short Cycle Assessments
- Course level Assessments
- Computer-adaptive Nationally Normed Assessments: The assessments are taken three times per school year by all students. Baselines (incoming assessment) are established the first month of the school Once a baseline has been established, performance is also measured in the winter and spring.
- State tests: Summative assessments to measure student achievement in learning the standards, if required.
- Local Benchmark/Diagnostic (Computer Adaptive Nationally Normed)- iReady, NWEA MAP
- Incoming Assessment- iReady, NWEA MAP, WRAT
- Short Cycle Assessments- iReady (K-8) and MasteryConnect (K-12)

19

- Reading Fluency- DIBELS, STAR Early Learning Literacy (K-2, Reading A-Z)
- Classroom Assessments- iReady Standards Mastery, MasteryConnect, Course assessments

Benchmarks for student learning

- Local Benchmark/Diagnostic (Computer Adaptive Nationally Normed)- iReady
- Incoming Assessment- iReady, NWEA MAP, WRAT
- Short Cycle Assessments- iReady (K-8) and MasteryConnect (K-12)
- Reading Fluency- DIBELS, STAR Early Learning Literacy (K-2, Reading A-Z)
- Classroom Assessments- iReady Standards Mastery, MasteryConnect, Course assessments

District/school assessments

The specific school assessments are contained in the assessment plan above.

Oklahoma School Testing Program (OSTP), if required

State Assessments-

Oklahoma Core Curriculum Test for Grades 3-8 and 11 in Mathematics, English Language Arts and Science.

Oklahoma Core Curriculum Test for U.S. History administered in Grade 11.

**Program evaluation**

Student performance and progress towards standards mastery will be continually monitored at the school level through a defined cycle of data review and data meetings. Each year the Principal will work with teachers and the assessment team to create the Instruction Plan based on the school's data. This plan will be created once the school Assessment Plan has been finalized and will take into consideration the points at which data will be available from each assessment. The Instruction Plan will detail in what groups teachers and school leaders will meet to discuss data, and how often. The plan will define a school-wide data protocol to be utilized to guide review of the data, interpretation of the data, and determination of follow up actions. Specific data to be reviewed in a timely fashion as dictated by the assessment calendar. September reviews are focused on diagnostic data, short cycle data would be reviewed during the 2nd and 3rd testing periods to determine growth and intervention needs.

During these conversations data will be reviewed through multiple lenses:

- Proficiency and growth data
- Individual student level data
- Grade level or grade band data trends
- Subject area trends

- Data by teacher
- Data disaggregated by student subgroup
- Item level analysis
- Standards level analysis

Minutes, team notes and action plans, and needed resources will be captured during each meeting, shared with the school faculty, and placed in a shared digital space for relevant stakeholders to access.

This plan monitors student performance on short cycle assessments and looks at supplemental curriculum usage to identify curriculum gaps/needs, areas of instructional need, and patterns of supplemental usage as it relates to student performance. Particular attention to teaching methods and resources are to be used.

As stated previously, the School Board is committed to academic excellence and will have an unwavering commitment to achieving the school academic goals. Each year, the School Board in collaboration with the administrative team will create a school improvement plan based on the annual data analysis of state assessments, review of the year's benchmark assessments, and feedback from the School Improvement Team. The Continuous Improvement Plan (CIP) will contain the required components as defined by §70-5- 117.4., including strategies for improving instruction. In a virtual school, that often includes discussions on the content of synchronous instructional sessions, strategies to improve student engagement, and the use of supplemental curriculum to support student learning gaps. The Board of Directors will approve the CIP and will review progress towards the academic goals at its monthly board meetings.

The curriculum offered also meets the standards of the National Ben Gamla Jewish Charter School Foundation national standards, and Oklahoma standards. The School Board will obtain accreditation through the state of Oklahoma for the required period of time and with a national accrediting agency after year two if needed.

Plan for support structures (e.g. online tutoring, home mentors, and technical support services in place 24x7) in addition to teacher support.

Teacher-led and teacher created instruction will include synchronous and asynchronous learning opportunities, one-to-one tutoring, organized peer interaction, and a focus on critical skills for success in college and the workforce. All parents/guardians have access to an initial orientation program so they are prepared to support their student's learning. There are also ongoing parent/guardian support sessions provided in addition to the one-on-one conversations with their student's teacher(s).

Summer School and Tutoring Program: The School Board has budgeted for a supplemental tutoring program for those students who need extra support. The focus will be on English Language

Arts and Mathematics initially but may expand to other subjects. Summer School is optional and budget dependent.

**Supports for diverse learners**

**Remediation/Response to Intervention (RtI) Plan**

Students enrolled in the School will receive a Free and Appropriate Public Education in the Least Restrictive Environment to the maximum extent possible.

Students may be referred for special education evaluation by their parent/guardian, teacher, or the Student Support Team (SST). The team, consisting of general education teachers, special education staff, and school administrators will regularly review data on students that are not progressing as expected. The SST will consult with the parent/guardians and address struggling students' needs through the MTSS/RtII process. The teacher will implement and document interventions and the student's response to interventions. If a student is referred for an evaluation, the students' response to MTSS/RtII efforts are used as one data metric in the determination of special education eligibility. These interventions will not be used to delay or deny a parent/guardian- requested special education evaluation. A student's eligibility for special education and related services will be determined through assessments administered by a school psychologist, classroom data, review of records and parent and teacher input.

Students determined in need of itinerant or supplemental level of support will access the general education curriculum with adaptations and modifications as outlined in their IEP in the general education classroom with their typical peers. Special education and general education teachers will collaborate to make necessary adaptations and modifications. Students may receive more intense instruction in small groups (with or without general education peers) or one-on-one sessions, depending on the specific needs of the student and as described in the student's IEP. Students that qualify for the alternative state assessment, Oklahoma Alternative Assessment Program (OAAP), will utilize a comprehensive program using an alternative curriculum which will include core content, social skills instruction and daily living skills based on individual needs.

Alternative placements are considered when current educational environment is no longer meeting the needs of the student and the IEP team determines that a student needs more intensive supports and programming. Alternative placements can include center-based programs, approved private placements and/or home and hospital instruction.

**Individualized Disability Education Act (IDEA) & Section 504 Rehabilitation Act**

The School Board estimates that 20% of the student population will require special education support and services. This estimate is based on currently available data for statewide virtual charter schools taken from the 2021 Virtual funding report conducted by the National Association of Charter School Authorizers.

The School Board will comply with all applicable State and Federal Laws in serving students with disabilities, including, but not limited to, Section 504 of the Rehabilitation Act ("Section 504"), the Americans with Disabilities Act ("ADA"), the Individuals with Disabilities Education Act ("IDEA"), as well as Oklahoma Special Education Rules to the extent that it does not compromise the religious tenets of the school and the instructional model of the school. The proposed school administrative office will be ADA compliant.

After a student's application for enrollment has been confirmed, families will be given the opportunity to inform the School if their child has an IEP or 504 Plan. The parent/guardian/adult student may provide a copy of the documents, or the School will request the documents from the previous school.

Upon enrollment, the special education team will review the evaluation report and IEP from the previous school district. After consultation with the parent/guardian/adult student, the school will offer comparable services as outlined in the student's existing IEP. An IEP Team will be convened within 10 instructional days of obtainment of the IEP to adopt or amend the existing IEP. For a student with an existing 504 Plan, we will convene a 504-team meeting with the parent/guardian/adult student in a reasonable amount of time, but no later than 30 days after the obtainment of the 504 plan. In addition to being active participants in the IEP Team and 504 team meetings, the parent/guardian/adult student will be provided with a copy of the Procedural Safeguards Notice on a yearly basis at minimum.

**English Learner support**

Evaluations must consider the child's English language skills and ethnic background to ensure that the testing and evaluation will be equitable for children of any race or culture. Tests will be given in the native language or mode of communication that is most likely to give accurate information on what the child knows and can do academically, developmentally, and functionally, unless it is clearly not feasible. Upon enrollment in School, the parent/guardian will complete a Language Preference Form to ensure communication and assessments are delivered in the student/family's native language.

The School will meet the needs of English Language Learners as required by State and Federal law by increasing the English language proficiency (ELP) and academic language proficiency in content-area subject matter. The school will seek to employ teachers with the teaching ESL endorsement will serve as the English learners' Teacher of Record. The EL teacher-to-student ratio is set at 1:35 in the school budget.

All English Learners in the Ben Gamla Jewish Charter School will have an English Language Acquisition Plan (ELAP) per state guidance, and the ELAP will be implemented with fidelity by all teachers and staff who work with the student. The ELAP will detail strategies, instructional and assessment accommodations, modifications, goals for the student, and results on the state and local

assessment data. The ELAP will be updated annually or earlier if needed to reflect the student's language proficiency growth.

The ELAP will:

- Be aligned to Oklahoma academic standards for the appropriate grade level of the ELs;
- Include EL instruction delivered by properly certified teachers who hold a Oklahoma ESL endorsement certificate or who are working in conjunction with ESL endorsed teachers;
- Provide equitable access to content for ELs at all language proficiency levels by providing research- based bilingual or sheltered instruction with fidelity; and
- Not limit the enrollment of ELs in any course or academic program for which they would otherwise be eligible.

EL students will be monitored for their progress throughout the school year and assessed annually using assessments that are recognized by World-Class Instructional Design and Assessment (WIDA). Students who meet Oklahoma's exit criteria on that assessment will be reclassified and exit EL services but be constantly monitored.

The EL program will be reviewed annually based on local and state data of English Learners and the general student population and other overlapping subgroups such as special education and free and reduced lunch eligible students. The annual review will include looking at data regarding equitable representation, academic achievement, elementary and secondary programming, professional learning and teacher capacity, family engagement, and resource allocation.

Language Instruction Educational Programs, or LIEPs, are district-level plans for supporting students who qualify as English learners. The descriptions below provide a general overview of common interventions.

Transitional Bilingual Students are taught core content and language fluency in their native language for varying periods of the day with the remainder of time focused on English language acquisition. The goal is to transition students to native English instruction within two to five years with no loss of content instruction. Classes may be self-contained or combined.

Dual Language or Two-way Immersion Students are taught content and language fluency in two languages. The goal is fluency in two languages, and programs can last the duration of enrollment.

English as a Second Language (ESL) or English Language Development (ELD) Students are provided supplemental individual or small-group instruction outside the general education classroom (e.g. "pullout" or ESL classes) with no native language support in either Supplemental instruction can target language fluency and core content. The goal is to increase student success in mainstream, non- ESL supported general education classes which ELs should transition to in a reasonable amount of time.

Newcomer Programs Students new to the U.S. are placed in classes that primarily emphasize English language acquisition. Instruction can be in English or can utilize a student's native language. The goal is to move the student toward English language proficiency as quickly as possible.

Content Classes with Integrated ESL Support Students are provided core content instruction with no native language support in mainstream classes utilizing integrated ESL strategies (i.e. teachers trained in EL methods, use of EL paraprofessionals, ). The goal is to provide appropriate EL supports in the general education classroom to the level appropriate for student success.

**Gifted and Talented program**

Gifted and high ability students will thrive at the School. Through the placement process, these learners will be provided the most appropriate curriculum, pacing and teaching approaches from day one. Teachers will work closely with the parent/guardian and the School team to ensure a steady flow of enrichment activities for students working above grade level. Students will further benefit from the advantages of virtual gifted education as they will be able to work at their own pace without the restraints of traditional school classroom pacing.

**Neurodiverse Learners- Dylexia, Dysgraphia, Dyscalculia**

According to the statistics below taken from the National Center for Education Statistic's website, the most common form of disability falls in areas of specific learning disability.

"15% of students fell into IDEA category and of that group, 33% had specific learning disability. A specific learning disability is a disorder in one or more of the basic psychological processes involved in understanding or using spoken or written language that may manifest itself in an imperfect ability to listen, think, speak, read, write, spell, or do mathematical calculations. Thirty-three percent of all students who received special education services had specific learning disabilities,19 percent had speech or language impairments, 2and 15 percent had other health impairments (including having limited strength, vitality, or alertness due to chronic or acute health problems such as a heart condition, tuberculosis, rheumatic fever, nephritis, asthma, sickle cell anemia, hemophilia, epilepsy, lead poisoning, leukemia, or diabetes). Students with autism, developmental delays, intellectual disabilities, and emotional disturbances each accounted for between 5 and 12 percent of students served under IDEA. Students with multiple disabilities, hearing impairments, orthopedic impairments, visual impairments, traumatic brain injuries, and deaf-blindness each accounted for 2 percent or less of those served under IDEA." COE - Students With Disabilities (ed.gov)

"In fall 2020, the percentage of students served under IDEA who spent 80 percent or more of the school day in general classes was highest for students with speech or language impairments (88 percent). Approximately two-thirds to three-quarters of students with specific learning disabilities (75 percent), developmental delays (69 percent), other health impairments (69 percent), and visual impairments (69 percent) spent 80 percent or more of the school day in general classes. Less than

25

one-third of students with deaf-blindness (28 percent), intellectual disabilities (19 percent), and multiple disabilities (15 percent) spent 80 percent or more of the school day in general classes." COE - Students With Disabilities (ed.gov)

Jewish schools address this on a regular basis by utilizing strong research based programs incorporating strong early literacy, phonics, and writing based elements. The school will utilize Orton Gilliham based products that are able to address those students who fall outside the normal range of specific learning disability. In reviewing the reading proficiency for all Oklahoma students taking any reading assessment, the 2021-22 proficiency rate is 27.19%. This appears to be an area that the School could help in the overall education of Oklahoma children. Training teachers for the expectation of having these common learning differences and addressing them with strong training programs is the intent of the School.

**At-risk/academically behind learners**

According to the Oklahoma Department of Education, Oklahoma children rank 5th in the nation for Adverse Childhood Experiences. Nearly half of all Oklahoma students have an ACE score of 2 or higher, compared to less than 40% nationwide. More than half of all students in the state are at an economical disadvantage, with 56% of the population in poverty. Over 23 thousand students are homeless, 2,505 students come from foster care, and 199 are labeled as migrants. Over 11% of Oklahoma students have incarcerated parents, compared to just over 7% nationwide.

According to the American Psychological Association, all of these factors, and especially socio-economic status (SES) impacts quality of life, mental and physical health, as well as academic readiness and success. In fact, research tells us that a student's SES is "a statistically significant and strong predictor of learning-related behavior problems" and that these same children enter school with "fewer reading or mathematics skills and less well- developed learning-related behaviors" (Morgan, 2011). According to Aikens & Barbarin (2008), the schools in low- SES communities may not have the necessary resources, and as such, the academic growth of students is impacted. Upon entrance to high school, research has also found that low-SES students enter with as much as a 5- year gap in literacy skills compared to their peers (Reardon, Valentino, Kalogrides, Shores, & Greenberg, 2013).

Virtual schools have an opportunity to serve more at-risk students, and the Ben Gamla Jewish Charter School meets this challenge head-on by providing the flexibility of pacing and schedule to meet their needs. The Changing Landscape of K-12 Education in the US states that virtual schooling is an effective tool for "providing at-risk students with additional remediation," as well as "verifying whether or not they are accessing those materials regularly and effectively." Using the system, Oklahoma certified teachers will be able to do just that- deliver a remarkably individualized instruction customized to the student's needs in real time.

26

**Describe the plan for identifying and successfully serving students with disabilities, students who are English language learners, students who are academically behind, and students who are gifted and/or talented.**

Teacher-led and teacher created instruction will include synchronous and asynchronous learning opportunities, one-to-one tutoring, organized peer interaction, and a focus on critical skills for success in college and the workforce. All parents/guardians have access to an initial orientation program so they are prepared to support their student's learning. There are also ongoing parent/guardian support sessions provided in addition to the one-on-one conversations with their student's teacher(s).

Summer School and Tutoring Program: The Ben Gamla Jewish Charter School Board has budgeted for a supplemental tutoring program for those students who need extra support. The focus will be on English Language Arts and Mathematics initially but may expand to other subjects. Summer School is optional and budget dependent.

**Supports for diverse learners**

**Remediation/Response to Intervention (RtI) Plan**

Students enrolled in the Ben Gamla Jewish Charter School Board will receive a Free and Appropriate Public Education in the Least Restrictive Environment to the maximum extent possible.

Students may be referred for special education evaluation by their parent/guardian, teacher, or the Student Support Team (SST). The team, consisting of general education teachers, special education staff, and school administrators will regularly review data on students that are not progressing as expected. The SST will consult with the parent/guardians and address struggling students' needs through the MTSS/RtII process. The teacher will implement and document interventions and the student's response to interventions. If a student is referred for an evaluation, the students' response to MTSS/RtII efforts are used as one data metric in the determination of special education eligibility. These interventions will not be used to delay or deny a parent/guardian- requested special education evaluation. A student's eligibility for special education and related services will be determined through assessments administered by a school psychologist, classroom data, review of records and parent and teacher input.

Students determined in need of itinerant or supplemental level of support will access the general education curriculum with adaptations and modifications as outlined in their IEP in the general education classroom with their typical peers. Special education and general education teachers will collaborate to make necessary adaptations and modifications. Students may receive more intense instruction in small groups (with or without general education peers) or one-on-one sessions, depending on the specific needs of the student and as described in the student's IEP. Students that qualify for the alternative state assessment, Oklahoma Alternative Assessment Program (OAAP),

will utilize a comprehensive program using an alternative curriculum which will include core content, social skills instruction and daily living skills based on individual needs.

Alternative placements are considered when current educational environment is no longer meeting the needs of the student and the IEP team determines that a student needs more intensive supports and programming. Alternative placements can include center-based programs, approved private placements and/or home and hospital instruction.

**Individualized Disability Education Act (IDEA) & Section 504 Rehabilitation Act**

The Ben Gamla Jewish Charter School Board estimates that 20% of the student population will require special education support and services. This estimate is based on currently available data for statewide virtual charter schools taken from the 2021 Virtual funding report conducted by the National Association of Charter School Authorizers.

The School Board will comply with all applicable State and Federal Laws in serving students with disabilities, including, but not limited to, Section 504 of the Rehabilitation Act ("Section 504"), the Americans with Disabilities Act ("ADA"), the Individuals with Disabilities Education Act ("IDEA"), as well as Oklahoma Special Education Rules to the extent that it does not compromise the religious tenets of the school and the instructional model of the school. The proposed school administrative office will be ADA compliant.

After a student's application for enrollment has been confirmed, families will be given the opportunity to inform the School if their child has an IEP or 504 Plan. The parent/guardian/adult student may provide a copy of the documents, or the School will request the documents from the previous school.

Upon enrollment, the special education team will review the evaluation report and IEP from the previous school district. After consultation with the parent/guardian/adult student, the school will offer comparable services as outlined in the student's existing IEP. An IEP Team will be convened within 10 instructional days of obtainment of the IEP to adopt or amend the existing IEP. For a student with an existing 504 Plan, we will convene a 504-team meeting with the parent/guardian/adult student in a reasonable amount of time, but no later than 30 days after the obtainment of the 504 plan. In addition to being active participants in the IEP Team and 504 team meetings, the parent/guardian/adult student will be provided with a copy of the Procedural Safeguards Notice on a yearly basis at minimum.

**Gifted and Talented program**

Gifted and high ability students will thrive at the Ben Gamla Jewish Charter School. Through the placement process, these learners will be provided the most appropriate curriculum, pacing and teaching approaches from day one. Teachers will work closely with the parent/guardian and the School team to ensure a steady flow of enrichment activities for students working above grade

level. Students will further benefit from the advantages of virtual gifted education as they will be able to work at their own pace without the restraints of traditional school classroom pacing.

**Neurodiverse Learners- Dylexia, Dysgraphia, Dyscalculia**

According to the statistics below taken from the National Center for Education Statistic's website, the most common form of disability falls in areas of specific learning disability. 15% of students fell into IDEA category and of that group, 33% had specific learning disability. A specific learning disability is a disorder in one or more of the basic psychological processes involved in understanding or using spoken or written language that may manifest itself in an imperfect ability to listen, think, speak, read, write, spell, or do mathematical calculations. Thirty-three percent of all students who received special education services had specific learning disabilities,19 percent had speech or language impairments 2 and 15 percent had other health impairments (including having limited strength, vitality, or alertness due to chronic or acute health problems such as a heart condition, tuberculosis, rheumatic fever, nephritis, asthma, sickle cell anemia, hemophilia, epilepsy, lead poisoning, leukemia, or diabetes). Students with autism, developmental delays, intellectual disabilities, and emotional disturbances each accounted for between 5 and 12 percent of students served under IDEA. Students with multiple disabilities, hearing impairments, orthopedic impairments, visual impairments, traumatic brain injuries, and deaf-blindness each accounted for 2 percent or less of those served under IDEA." COE - Students With Disabilities (ed.gov)

"In fall 2020, the percentage of students served under IDEA who spent 80 percent or more of the school day in general classes was highest for students with speech or language impairments (88 percent). Approximately two-thirds to three-quarters of students with specific learning disabilities (75 percent), developmental delays (69 percent), other health impairments (69 percent), and visual impairments (69 percent) spent 80 percent or more of the school day in general classes. Less than one-third of students with deaf-blindness (28 percent), intellectual disabilities (19 percent), and multiple disabilities (15 percent) spent 80 percent or more of the school day in general classes." COE - Students With Disabilities (ed.gov)

Jewish schools address this on a regular basis by utilizing strong research based programs incorporating strong early literacy, phonics, and writing based elements. The school will utilize Orton Gilliham based products that are able to address those students who fall outside the normal range of specific learning disability. In reviewing the reading proficiency for all Oklahoma students taking any reading assessment, the 2021-22 proficiency rate is 27.19%. This appears to be an area that The Ben Gamla Jewish Charter School could help in the overall education of Oklahoma children. Training teachers for the expectation of having these common learning differences and addressing them with strong training programs is the intent of Ben Gamla Jewish Charter School.

29

**At-risk/academically behind learners**

According to the Oklahoma Department of Education, Oklahoma children rank 5th in the nation for Adverse Childhood Experiences. Nearly half of all Oklahoma students have an ACE score of 2 or higher, compared to less than 40% nationwide. More than half of all students in the state are at an economical disadvantage, with 56% of the population in poverty. Over 23 thousand students are homeless, 2,505 students come from foster care, and 199 are labeled as migrants. Over 11% of Oklahoma students have incarcerated parents, compared to just over 7% nationwide.

According to the American Psychological Association, all of these factors, and especially socio-economic status (SES) impacts quality of life, mental and physical health, as well as academic readiness and success. In fact, research tells us that a student's SES is "a statistically significant and strong predictor of learning-related behavior problems" and that these same children enter school with "fewer reading or mathematics skills and less well- developed learning-related behaviors" (Morgan, 2011). According to Aikens & Barbarin (2008), the schools in low- SES communities may not have the necessary resources, and as such, the academic growth of students is impacted. Upon entrance to high school, research has also found that low-SES students enter with as much as a 5- year gap in literacy skills compared to their peers (Reardon, Valentino, Kalogrides, Shores, & Greenberg, 2013).

Virtual schools have an opportunity to serve more at-risk students, and the Ben Gamla Jewish Charter School meets this challenge head-on by providing the flexibility of pacing and schedule to meet their needs. The Changing Landscape of K-12 Education in the US states that virtual schooling is an effective tool for "providing at-risk students with additional remediation," as well as "verifying whether or not they are accessing those materials regularly and effectively." Using the system, Oklahoma certified teachers will be able to do just that- deliver a remarkably individualized instruction customized to the student's needs in real time.

The National Ben Gamla Jewish Charter School Foundation is committed to providing support for students or staff who require the assistance of a service animal to aid with their major daily living activities that are substantially limited by a physical or mental impairment. It is the intent of these procedures that Administration, Principal and school staff work in partnership with parents/guardians should a student or staff member with a disability require a service animal. However, there is no right of universal access to all service animals. The allowance of a service animal may be denied based upon an individualized, objective assessment of the associated hazards and risks. (*See infra* for a list of the main factors that will be included in such an assessment.)

**Service Animal Defined by Title II and Title III of the ADA**

A service animal means any dog that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability. Tasks performed can include, among other things, pulling a wheelchair,

30

retrieving dropped items, alerting a person to a sound, reminding a person to take medication, or pressing an elevator button.

Emotional support animals, comfort animals, and therapy dogs are NOT service animals under Title II and Title III of the ADA.

Other species of animals, whether wild or domestic, trained or untrained, are not considered service animals either. The work or tasks performed by a service animal must be directly related to the individual's disability. It does not matter if a person has a note from a doctor that states that the person has a disability and needs to have the animal for emotional support. A doctor's letter does not turn an animal into a service animal.

Examples of animals that fit the ADA's definition of "service animal" because they have been specifically trained to perform a task for the person with a disability:

- Guide Dog or Seeing Eye® Dog1is a carefully trained dog that serves as a travel tool for persons who have severe visual impairments or are blind.

- Hearing or Signal Dog is a dog that has been trained to alert a person who has a significant hearing loss or is deaf when a sound occurs, such as a knock on the door.

- Psychiatric Service Dog is a dog that has been trained to perform tasks that assist individuals with disabilities to detect the onset of psychiatric episodes and lessen their effects. Tasks performed by psychiatric service animals may include reminding the handler to take medicine, providing safety checks or room searches, or turning on lights for persons with Post Traumatic Stress Disorder, interrupting self-mutilation by persons with dissociative identity disorders, and keeping disoriented individuals from danger.

- SSigDOG (sensory signal dogs or social signal dog) is a dog trained to assist a person with autism. The dog alerts the handler to distracting repetitive movements common among those with autism, allowing the person to stop the movement (e.g., hand flapping).

- Seizure Response Dog is a dog trained to assist a person with a seizure disorder. How the dog serves the person depends on the person's needs. The dog may stand guard over the person during a seizure or the dog may go for help. A few dogs have learned to predict a seizure and warn the person in advance to sit down or move to a safe place.

- Diabetic Alert Dogs that are trained to alert diabetic owners in advance of low (hypoglycemia) or high (hyperglycemia) blood sugar events before they become dangerous.

Procedures:

Decisions regarding the implementation of the use of a service animal into the school environment are made on a case by case basis in consultation with all Stakeholders (e.g. Principal, Classroom teachers, and parents/guardians). A protocol will be developed at the school level to address the

staff, student's, school's, and the service animal's needs. Issues to be addressed would include the responsibility for handling, toileting and clean up, feeding, and transportation of the service animal to and from school. The protocol will also address the integration of the animal into the school system, the education of the staff and student body as to the role and expectation of the service animal and balancing the needs of the student or staff seeking the use of the service animal and the needs of students or staff who have animal hair allergies or who exhibit fears of animals. A service animal will be excluded if it is a breed of animal prohibited by law.

Responsibilities:

1. The provision of a certified professionally trained animal is the financial responsibility of the parents/guardians.

2. The provision of a fully trained animal handler is the financial responsibility of the parent if an animal handler is required.

3. The provision of all food, water, and waste clean-up/disposal materials is the responsibility of the parent/guardians.

4. The immunization of the animal against diseases is the financial responsibility of the parent/guardians. Parents/guardians must provide to the Board/school proof that the personal assistant animal's vaccinations are current.

5. The parents/guardians will provide the school with up-to-date vaccination and health records.

The school can require the removal of the service animal if the animal is out of control and the animal's handler does not take effective action to control it, the animal is not housebroken, or the presence of the animal poses a direct threat to the health or safety of others. A non-exhaustive list of factors that may be considered under this element are that the service animal:

- is unclean, not well-groomed or has an offensive odor.

- urinates or defecates in inappropriate locations.

- solicits attention, visits or annoys students or school personnel.

- vocalizes unnecessarily; i.e., barking, growling, or whining.

- shows aggression towards people or other animals.

- solicits or steal food or other items from the students or school personnel.

- interferes with the educational program of any student.

If the service animal is removed, the individual with a disability shall be provided with the opportunity to participate in the service, program, or activity without the service animal.

The owner or handler of the service animal is responsible for any damage to school property or injury to personnel, students, or others caused by the animal.

**English Learner support**

Evaluations must consider the child's English language skills and ethnic background to ensure that the testing and evaluation will be equitable for children of any race or culture. Tests will be given in the native language or mode of communication that is most likely to give accurate information on what the child knows and can do academically, developmentally, and functionally, unless it is clearly not feasible. Upon enrollment in Ben Gamla Jewish Charter School, the parent/guardian will complete a Language Preference Form to ensure communication and assessments are delivered in the student/family's native language.

The Ben Gamla Jewish Charter School will meet the needs of English Language Learners as required by State and Federal law by increasing the English language proficiency (ELP) and academic language proficiency in content-area subject matter. The school will seek to employ teachers with the teaching ESL endorsement will serve as the English learners' Teacher of Record. The EL teacher-to-student ratio is set at 1:35 in the school budget.

All English Learners in the Ben Gamla Jewish Charter School will have an English Language Acquisition Plan (ELAP) per state guidance, and the ELAP will be implemented with fidelity by all teachers and staff who work with the student. The ELAP will detail strategies, instructional and assessment accommodations, modifications, goals for the student, and results on the state and local assessment data. The ELAP will be updated annually or earlier if needed to reflect the student's language proficiency growth.

The ELAP will:

- Be aligned to Oklahoma academic standards for the appropriate grade level of the ELs;

- Include EL instruction delivered by properly certified teachers who hold a Oklahoma ESL endorsement certificate or who are working in conjunction with ESL endorsed teachers;

- Provide equitable access to content for ELs at all language proficiency levels by providing research- based bilingual or sheltered instruction with fidelity; and

- Not limit the enrollment of ELs in any course or academic program for which they would otherwise be eligible.

EL students will be monitored for their progress throughout the school year and assessed annually using assessments that are recognized by World-Class Instructional Design and Assessment (WIDA). Students who meet Oklahoma's exit criteria on that assessment will be reclassified and exit EL services but be constantly monitored.

The EL program will be reviewed annually based on local and state data of English Learners and the general student population and other overlapping subgroups such as special education and free

and reduced lunch eligible students. The annual review will include looking at data regarding equitable representation, academic achievement, elementary and secondary programming, professional learning and teacher capacity, family engagement, and resource allocation.

Language Instruction Educational Programs, or LIEPs, are district- level plans for supporting students who qualify as English learners. The descriptions below provide a general overview of common interventions.

- **Transitional Bilingual Students** are taught core content and language fluency in their native language for varying periods of the day with the remainder of time focused on English language acquisition. The goal is to transition students to native English instruction within two to five years with no loss of content instruction. Classes may be self-contained or combined.

- **Dual Language or Two-way Immersion** Students are taught content and language fluency in two languages. The goal is fluency in two languages, and programs can last the duration of enrollment.

- **English as a Second Language (ESL) or English Language Development (ELD)** Students are provided supplemental individual or small-group instruction outside the general education classroom (e.g. "pullout" or ESL classes) with no native language support in either Supplemental instruction can target language fluency and core content. The goal is to increase student success in mainstream, non- ESL supported general education classes which ELs should transition to in a reasonable amount of time.

- **Newcomer Programs** Students new to the U.S. are placed in classes that primarily emphasize English language acquisition. Instruction can be in English or can utilize a student's native language. The goal is to move the student toward English language proficiency as quickly as possible.

- **Content Classes with Integrated ESL Support** Students are provided core content instruction with no native language support in mainstream classes utilizing integrated ESL strategies (i.e. teachers trained in EL methods, use of EL paraprofessionals, ). The goal is to provide appropriate EL supports in the general education classroom to the level appropriate for student success.

**Describe the policies that will determine the requirements for student grade placement, promotion, and retention.**

The most successful retention plan begins by succeeding with the students that are already enrolled. By providing a high-quality, personalized educational program, sustaining relationships and connection, and meeting the needs of all students, the Ben Gamla Jewish Charter School will create an offering that will ensure students want to continue their success in our virtual seats. The School will track in-year and year-over-year withdrawn students. This data is not only required per

34

Oklahoma charter school law, but it also provides the school with valuable information each year on how to better serve students and their families.

Students must successfully meet the academic and/or development requirements to be promoted to the next grade. Retention is a serious matter and should be considered only when there are adequate reasons to believe that the student would benefit from retention. Possible retention should be discussed with the principal first and permission given before discussing with a parent/guardian.

Academically successful students tend to want to stay in the school they are currently enrolled in. The Learning Management System provides a tremendous amount of data on where students spend their time in their courses and this information is valuable to get students unstuck in their learning process. We believe this, coupled with talented teachers specifically trained to serve students in this educational model, provides the best opportunity for students to be successful.

While course grades are an important component of retention and promotion decisions teachers and school leaders will be trained to utilize a multi-faceted decision-making approach, to ensure that each student's unique characteristics are considered in conjunction with all available student level data to inform retention and promotion decisions. During the Spring of each school year, teachers will create a list of students for whom retention may be necessary, based upon available data. Multiple stakeholders involved with the student will be included in the decision-making team (teachers, parents, administrators, school counselors, interventionists).

For any student who undergoes the Retention/Promotion review, the team will create an individualized plan to note what additional supports and interventions will be provided to the student in the course of the next school year to ensure continued progress towards mastery of grade level standards, regardless of whether the decision is to retain or to promote. Considerations for the retention and promotion decision process may include course grades, assessment data, student attendance, student motivation, student learning style and pace, chronological age, developmental characteristics/maturity, prior retention, student learning exceptionalities, and student transiency.

For High School level students, progress from one grade level to another will be based on credits earned. Teachers and administrators will work to ensure that all students have access to any state allowable alternative pathways to graduation, and that any existing credit flexibility and dual enrollment options are utilized. Students who experience course failure and become credit deficient will have access to additional opportunities to recoup credits via programs such as summer school or credit recovery course work. Students (and parents) are expected to regularly consult and follow course pacing guides to ensure that all assignments and assessments are completed by the established due dates. Extensions are handled at the course level teacher's discretion. Early interventions will occur by the teacher and/or school leader when students fall behind their pacing guides, not logging in to the system or consistently failing. Contact with the parent and students will occur in various manners including electronic (email), verbal (phone/video) and in-person meetings.

35

The school's teachers maintain an electronic grade book within the System that displays the student's progress. Parents and students have view only access to view grade reports itemizing each grade for students. Grades are posted and reported quarterly. Semester grades will be comprised of the average of two quarters. Final grades will be the average of the two semesters. School administration will have a final review of grades and credits earned to be sure that all credits earned are properly credited in the student's records.

NWEA MAP Testing occurs in all grade levels three times per year as a benchmark assessment guide. The Iowa Assessment, Terra Nova or CLT is administered to students in grades 3, 5, 7 and 9.  All 8th grade students take the HSPT (high school placement test.)  Students in 9th grade take the PSAT and 10th grade students take the pre-ACT.

**For high schools, provide graduation requirements and highlight any expectations that will go above or beyond the state requirements.  For non-high schools, please type "NA."**

For High School level students, progress from one grade level to another will be based on credits earned. Teachers and administrators will work to ensure that all students have access to any state allowable alternative pathways to graduation, and that any existing credit flexibility and dual enrollment options are utilized. Students who experience course failure and become credit deficient will have access to additional opportunities to recoup credits via programs such as summer school or credit recovery course work. Students (and parents) are expected to regularly consult and follow course pacing guides to ensure that all assignments and assessments are completed by the established due dates. Extensions are handled at the course level teacher's discretion. Early interventions will occur by the teacher and/or school leader when students fall behind their pacing guides, not logging in to the system or consistently failing. Contact with the parent and students will occur in various manners including electronic (email), verbal (phone/video) and in-person meetings.

The school's teachers maintain an electronic grade book within the System that displays the student's progress. Parents and students have view only access to view grade reports itemizing each grade for students. Grades are posted and reported quarterly. Semester grades will be comprised of the average of two quarters. Final grades will be the average of the two semesters. School administration will have a final review of grades and credits earned to be sure that all credits earned are properly credited in the student's records.

**Grading Scale – High School**

A        90-100

B        80-89

C        70-79

D        60-69

F          59-Below

Progress Reports:

Progress reports will be sent home approximately the fifth week of each quarter.  The progress report should reflect a student's grade to date, so all grading should be up-to-date before progress reports are available to families.

**Report Cards:**

Report cards are issued quarterly.  Comments on the report card are to be objective in nature with comments made on all report cards.

**Standardized Testing:**

NWEA MAP Testing occurs in all grade levels three time per year as a benchmark assessment guide. The Iowa Assessment, Terra Nova or CLT is administered to students in grades 3, 5, 7 and 9.  All 8th grade students take the HSPT (high school placement test.)  Students in 9th grade take the PSAT and 10th grade students take the pre-ACT.

Besides helping students have a successful start to the school year, success coaches will leverage data and teacher referrals to proactively identify students who are struggling to meet engagement and academic expectations. Coaches then meet with these students and their parents to identify barriers to success and create a plan to get the student successfully re-engaged in learning and back on track academically. Coaches and School Counselors partner to provide students with social emotional learning content, grade band transition support, college/career readiness programming, and graduation planning.

The School Counselor will also be responsible for ensuring that students are progressing appropriately towards a high school diploma. The school counseling department will communicate directly with students and parents about academic and graduation requirements and will assist students who need help navigating college and career pathways. The School Counselor will also be available to connect students to community resources, as needed. The School will host in-person baccalaureate with award recognition and graduation ceremonies including caps/gowns for students.

**Describe the plan for offering co-curricular and extracurricular programs and how the offered programs will be funded and delivered.**

The National Ben Gamla Jewish Charter School Foundation seeks to offer excellent academic and co-curricular programs permeated by a Jewish anthropology and rooted in Truth, Beauty, and Goodness as understood in the Jewish tradition. The School is committed to preparing students for life in today's society. Now more than ever, these two aspects of Jewish schools go hand in hand. The essential elements of the academically rigorous and doctrinally sound program require a curriculum that is rigorous, relevant, research-based, and infused with Jewish faith and traditions.

37

The Ben Gamla Jewish Charter School ('the School') is a Jewish community of learning committed to providing students with a rich foundation in Jewish knowledge, culture, and values. Rooted in the Jewish understanding of the human being as created b'tzelem Elohim—reflecting the Divine image—and bound in responsibility to both God and fellow human beings, the School strives to weave Jewish teachings and tradition into every dimension of its life, from curriculum to co-curricular experiences.

The School will have reminders of the Jewish calendar, and times set aside for prayer, reflection, and celebration of sacred time. In this way, the daily life of the School nudges students, parents, faculty, and staff to engage Jewish teachings thoughtfully and to consider how those teachings shape character, choice, and community.

This policy is not intended to conflict with the values or commitments of the broader Jewish community. It encompasses core Jewish teachings related to modesty, the sanctity of life, the sanctity of marriage, human dignity, and the ethical guidance our tradition offers regarding sexuality and gender. In implementing this policy, the School will look to appropriate Jewish authorities and teachings, and nothing herein is meant to contradict those foundations.

Extra or co-curricular activities will be provided by teachers in partnership with parents every school year, yet the frequency will increase after the first year of operating. These may include educational field trips and school community social events that allow students and families to come together. Examples of such events might be ice cream socials, roller skating, museum field trips, sporting events, etc. These events are to hold at least one biannual event in each quadrant of the state in the first year. As the school grows in enrollment and staff, the frequency of field trips will increase with a goal of one per month in each of the largest population hubs around the state.

Interaction on a personal level outside of academic courses is very important for students. The School administration and staff will support the creation of school clubs so students can engage with each other and pursue their individual interests in person. Some examples include an art club, chess club, yearbook, math, coding, and gaming club. The School will apply for a chapter of the National Honor Society and Junior National Honor Society so exceptional student scholars will be recognized. The School will host in-person baccalaureate with award recognition and graduation ceremonies including caps/gowns for students.

There will be some shared costs for extra or co-curricular activities. Parents will pay their student's entrance fees for access to museums, applicable educational events such as movies, museum visits, field trip admission to parks, and drinks and snacks etc. Parents will attend all school sponsored events and provide transportation for their student. The School will also offer field trips to in-state colleges and universities for high school students to explore and prepare for post- secondary learning. Teachers may collaborate with a local business to explore career options.

**Submit the curriculum guides for each core academic area and aligned with the Oklahoma Academic Standards; in the absence of curriculum guides, submit a narrative detailing the**

38

**curriculum development process and timeline to achieve this goal prior to the school opening.**

## Curriculum and Instructional Model

Learning environment

The Ben Gamla Jewish Charter School will provide live instruction within the system and accessed via the students' Course Dashboard. This synchronous instructional tool is used for one-on-one sessions between teacher and students as well as for collaboration among students. A teacher's virtual office houses a whiteboard, chat room, and webcams to promote collaboration. Additionally, share screen features are controlled by the teacher, and shared documents can be edited simultaneously. Within these meetings, teachers can create "breakout" rooms where collaborative groups can meet to discuss a project or work on content. Guidance for families on establishing conducive work and learning spaces at home will be shared by the classroom teacher.

Curriculum overview

The Ben Gamla Jewish Charter School proposed curriculum is innovative, rigorous, research-based, and can be custom-tailored to students' unique skills and interests. It includes world class content and college preparatory skill-building, as well as access to fine arts, world languages, and career-focused electives. The school's curriculum and instructional framework is guided by national best practices in K-12 online learning models. The curriculum design methodology uses principles of Universal Design for Learning, ensuring that both the curriculum and the instructors provide multiple opportunities for engagement, representation, as well as action and expression to ensure that students will repeat their encounters with the same topics throughout their career, each time increasing the complexity in order to reinforce previous learning, and also to reteach concepts one-on-one and in small groups to ensure mastery. Some of the proposed vendors are listed below, this list is expected to grow as research continues to be done in preparation of a virtual program:

- Core Knowledge Foundation Curriculum & Electives- Grades K-5: Accelerate Education, Grades 6-8: StrongMind and eDynamic Learning; Grades 9-12: StrongMind and eDynamic Learning;

- AP Courses- Accelerate Education

- CTE Courses- eDynamic Learning

- Credit Recovery Courses- Accelerate Education

- Supplemental Curricular Resources-iReady, Brain Pop, DIBELS, IXL, NewsELA, and Reading A-Z

The curricular offerings were selected as a curated holistic approach to instruction, and all providers have mapped the offered courses to state standards. All the selected vendors have data available to support the effectiveness of their offerings, and the school's choice of the vendors is

39

based on extensive evaluative information reviewed by the National Ben Gamla Jewish Charter School Foundation in proposing the education program to be offered to the Ben Gamla Jewish Charter School Board.

Each vendor aligns with the instructional methodology of the school by embedding the pedagogy of personalized learning and backward design principles in all courses. These methods are research-based and imperative for the leaders of tomorrow. Small group and individual instruction when warranted builds strong learners.

Curriculum materials

To address the wide range of learners at the School, a variety of standard-aligned additional resources are utilized by teachers:

- iReady- an assessment and instruction program for Math and English Language Arts that provides a diagnostic, aligned instruction, and teacher resources to help accelerate students toward grade level proficiency and beyond.

- BrainPop – an online animated curriculum-based content that is aligned to state standards. It includes videos, games, quizzes, and activities for science, health, writing, reading, social studies, and math.

- DIBELS – provides a battery of short (one minute) fluency measures that can be used for universal screening, benchmark assessment, and progress monitoring in kindergarten –3rd grade.

- IXL – an interactive online learning solution aligned to state standards that helps teachers personalize instruction through comprehensive curriculum, continuous diagnostics, and guidance for skill building.

- NewsELA – an instructional content platform that provides teachers and students with access to 20+ genres of content to support core instruction, like primary sources, reference texts, essays, fiction, issue overviews, and more at 5 reading levels.

- Reading A-Z – an instructional content platform that provides thousands of downloadable, projectable, printable teacher materials, covering all the skills necessary for effective reading instruction.

- IEW-Institute for Excellence in Writing. Using the four language arts—listening, speaking, reading, and writing—IEW methods have been proven to be effective for students of all ages and levels of ability, including those who are gifted, have special needs, or are English language learners.

40

Instructional strategies

The student-centered instructional method used puts students' needs at the forefront of the instructional design, allowing for them to take charge and be wholly involved in each aspect of their learning. Students can progress through their lessons at different paces based on their rate of mastery, yet the school has grading and progress expectations that all students must meet for each term. In the virtual setting, the benefit rests within the flexibility and fluidity for each student's schedule. The daily experience of a Ben Gamla School student includes scheduled live instructional sessions, scheduled small group targeted sessions, participation in Socratic discussions to improve a respect for dialogue and the improvement of oral language and critical thinking skills, and 24/7 access to asynchronous course work and supplemental curriculum resources, aligned to meet or exceed state standards. This student-centered learning approach allows for more active learning, increased comprehension, and responsibility which fosters independence, accountability, and time-management - all critical skills for higher education, the job force of today, and everyday life. Students will also have personalized learning opportunities to help them develop their own learning strategies and be engaged in the learning process by having a voice in the process.

An important addition to individualizing instruction according to student needs is that as students' progress through the digital curriculum asynchronously, the Learning Management System within captures the results of short cycle assessments in a color-coded mastery dashboard against state standards, equipping teachers with the immediate data needed to provide targeted synchronous instruction. The School instructional model plans synchronous instruction as a chance to add instructional value above and beyond what is already available in the asynchronous model. Teachers use data to determine which students need one-on-one direct instruction or small learning groups in order to both differentiate and tailor instruction to students' real-time needs. This is especially effective in remediation situations. In order to support student engagement, peer interactions will be hosted within small and large virtual classroom settings, to ensure individual attention, increased participation, and better communication.

Lastly, instruction is embedded within a Multi-Tiered System of Supports (MTSS/RtII). MTSS/RtII uses assessment, intervention, and targeted instruction to ensure the academic, social, and emotional growth of each child within three tiers - whole group, small group interventions, and individualized support.

Career Readiness and Workforce Development Program:

Oklahoma faces a critical shortage of qualified employees with the skills and training needed to fill available jobs. In February 2021, ACTE reported that 55% of jobs in Oklahoma require skills training – more education than high school but less than a four-year degree; however, only 47% of Oklahoma workers are trained at this level. The Ben Gamla Jewish Charter School career readiness program aims to help to fill these gaps. One way will be by allowing students to participate in professional online certificate programs that build real life skills that transfer to work opportunities

after graduation. These skills can help a student to continue their education while working at the same time.

The School will offer a comprehensive career readiness program that is an integrated and inclusive approach to student learning that is designed to close the skills, interest, and equity gaps in this evolving, global society. Our process will parallel the vision and goal of the Oklahoma Department of Education's Individual Career Academic Plan (ICAP) and House Bill 2155.

In order to achieve this goal, a Career Tech Education (CTE) Coordinator will be hired to formulate and administer a comprehensive CTE program across grades K-12. This includes working collaboratively with families, school leadership, student services personnel, and teachers to ensure the delivery of career development services for all students.

The CTE coordinator and school counselor will work together to develop and strengthen student's postsecondary goals; however, their roles are differentiated through the support and services provided. The school counselor provides all students with counseling that facilitates academic, career and social/emotional development, helping all students develop plans for choosing a career. The school counselor will coordinate with the CTE coordinator to advocate for career readiness opportunities, which are designed to guide students to success in their chosen careers.

The specific CTE programs of study established will be informed by input from the industry needs of the community, as well as the career interests and the location of students in the program.

The CTE coordinator will build partnerships with local industries, postsecondary institutions, and community and student organizations to foster college and career readiness. Partnering with several of the 29 career tech centers around the state, as well as Jobs for America's Graduates, will increase the total CareerTech enrollments and workforce pipeline for the state of Oklahoma.

Students will have opportunities to work together in real time using digital collaboration tools that are intentionally integrated into the curriculum in order to support both cognitive and non-cognitive skills. The School will specialize in the simulation of and/or real world, authentic learning experiences to help students develop key competencies that will allow them to thrive in the workforce. Students will have the opportunity to graduate with workplace experiences, industry recognized credentials and certificates, and/or college credits.

Equipment and technology requirements

All students will be provided with:

- Hardware
  - Chromebooks
  - Earbuds
  - Cellular Hot Spots (upon request/financial need/approval according to school policy)

- Software
  - Chrome OS
- GoGuardian

All school staff will be provided with:

- Hardware
  - Windows Laptop
  - External Monitor (upon request/approval)
  - Keyboard (upon request/approval)
  - Mouse (upon request/approval)
  - Headset (upon request/approval)
- Software
  - Microsoft 365 Suite
  - One Drive storage space
  - Business Intelligence (BI) Tools (One or more of the following)
    - Domo
    - PowerBI
  - High Speed Internet Connectivity (School Office Only)
  - Cisco Meraki Hardware (School Office Only)
    - Switches
    - Wireless Access Points
    - Content Filtering
  - Ring Central Telephones (School Office Only)

Students and staff are provided with:

- Software
- Google G-Suite
- Kami
- Learning Management System (LMS)

43

- o  Instructure Canvas
- Student Information Systems (SIS) – FACTS SIS
- Web Conferencing (One or more of the following)
  - o  Big Blue Button
  - o  Zoom
- Communications – FACTS SIS
- Curriculum (One or more of the following)
- Accelerate Education
- StrongMind
- eDynamic Learning
- IXL Learning
- Raz Kids
- Brain Pop
- Moby Max
- Pear Deck
- Newsela
- Gizmos
- Overdrive
- Voyager Sopris (Dibels)
- n2y Unique
- Amplify
- Core Knowledge Foundation
- HMH, McGraw Hill
- Assessments (One or more of the following)
  - o  Instructure Mastery Connect
  - o  NWEA
  - o  iReady

44

The School will ensure that all students have access to broadband Internet to participate in the school program. This may include providing a limited number of Wi-Fi Hotspots to students that live in rural areas with no broadband providers.

Alignment with Oklahoma academic standards

As previously stated, the system includes state-of-the-art technology with state-specific reporting components, and full curriculum alignment to state standards. Curriculum vendor coursework is embedded seamlessly within the system. The School curriculum team first verifies alignment to the state standards, cross referencing with other vendors to ensure effective coverage. When the verification of alignment is completed, any gaps are identified immediately, and the School team procures supplementary materials to support mastery of each standard.

**Provide a narrative describing how financial decisions will be made which support the school's vision and mission and the academic program.**

Schools must not only have a rigorous academic program with strong leaders and teachers, they must also have a supportive culture and strong family involvement. With that in mind, we understand that one of the primary reasons why schools fail is they are not financially sound. The partnership between the Board, the school financial officer, the National Ben Gamla Jewish Charter School Foundation and the Ben Gamla Jewish Charter School is strong to ensure that the school thrives financially. The Board, the School financial officer, and the Foundation will work closely on a monthly basis to analyze financial information so the Board can make policy decisions that will both improve academic achievement and maintain the fiduciary responsibility for the school. Both the School and the Foundation have financial controls in place and are on solid footing both in cash and investment management.

The School Board of Directors is the governing body that would have oversights of the Principal/Director of the school who will work closely with the Education Management Office assigned by the Board of Directors. This will initially be the Foundation which will assist the Principal/Director of the School to manage policy, procedure, curriculum requirements, digital platform, and human resource oversight. The Principal/Director will operate the school, collaborate with the board finance chair, bookkeeper, independent School Treasurer and Encumbrance Clerk, and work with the already contracted counsel. The School Board of Directors will hold all parties accountable for the academic, operational, and financial outcomes of the School.

The School Board of Directors will provide input on the Principal/Director evaluation and the Principal/Director would evaluate the junior administrative staff and faculty of the School. The Principal/Director, working within the parameters defined by the Board of Directors and within the guidelines set by the Foundation is responsible for the overall day-to-day management of the School. The Principal/Director will preferably have master's degrees in both Education and Business and will have previously served as the principal of a similarly sized school in Oklahoma.

45

Prior online learning program experience is also preferred, but not required. The principal/director will be responsible for the general education program at the school, which includes, but is not limited to, ensuring that the defined instructional model is successfully implemented at the school, and supervising and evaluating the teaching staff. The principal will have prior experience as a school principal or assistant principal, preferably within the state of Oklahoma. The Business Director will be responsible for managing the non-academic operations and state reporting at the school. This person will be responsible for ensuring that students are properly enrolled in the school and that all learning and financial platforms are successfully implemented and maintained at the school. The Business Director is also responsible for ensuring that school reporting requirements are met in an accurate and timely fashion.

Other Foundation shared service positions such as a business/financial analyst, a technology manager, an HR/payroll manager, and a community/marketing manager will be assigned to the school to help with business, technology, HR, and marketing functions for the School. The primary responsibility of the School Treasurer is to receive and disburse monies of the school as provided by law and to maintain an accurate accounting of such receipts/disbursements. The School Treasurer must adhere to the principles and procedures defined in the Oklahoma Cost Accounting System (OCAS). The Encumbrance Clerk's overall responsibility is to maintain the Appropriation and Encumbrance Ledger and ensure that encumbrances do not exceed appropriations, and are for the purpose of the appropriation charged. As defined in the by-laws, The School Board of Directors Finance Director will work closely with the School Treasurer and with the School administration.

The Foundation's financial support will come from: Public charter school funding, grants from public and private sources, individual donations, corporate sponsorships where appropriate. All funds will be used exclusively to support the Foundation's educational and charitable activities.

The School will establish key institutional partners in the state, to further technical and trade opportunities to permit students to pursue workplace learning opportunities either during their time at Ben Gamla or upon graduation. The School will seek partnerships with higher education institutions to permit students to participate in Oklahoma's Promise program to enable students to take advantage of post-secondary college and career opportunities, AP Courses, early enrollment, dual credit and internships. Each student will have a College and Career Readiness Plan and the school will support students in pursuing their post-secondary goals, whether that includes entering the workforce, college enrollment, military enlistment, or other pathways. At the K-8 level, the focus is on building skill and background in the key subjects of the curriculum to allow for advancement to the next level and to develop a strong moral character in the child that will serve them well in life. We will partner with our families to ensure they have the appropriate resources to support their student's engagement and learning. This includes comprehensive student and parent onboarding programs to ensure students are ready to learn and parents are ready to support.

**Provide a financial plan for the first five (5) years of operation and a description of the treasurer, encumbrance clerk, and other financial officers or persons who have primary**

**responsibility for the finances of the proposed school. Include a description of financial controls and audit requirements.**

**Financial Management Structure, Controls, and Audit Requirements**

Financial Officers and Roles

Treasurer

The Treasurer will serve as the chief financial officer of the school and will be responsible for the overall financial integrity and stewardship of public funds. The Treasurer will oversee budgeting, financial planning, cash flow management, financial reporting, and compliance with all applicable federal, state, and local financial regulations governing charter schools.

Specific responsibilities include:

- Development and monitoring of the annual operating budget
- Oversight of all revenues and expenditures
- Review and approval of financial statements and reports
- Ensuring compliance with Generally Accepted Accounting Principles (GAAP)
- Regular financial reporting to the governing board
- Coordination with external auditors and oversight of the annual audit process

The Treasurer will work closely with school leadership and the governing board to ensure fiscal sustainability and transparency.

 Encumbrance Clerk / Accounts Payable Officer

The Encumbrance Clerk will be responsible for processing purchase orders, encumbrances, invoices, and vendor payments in accordance with board-approved policies and internal controls. This role ensures that all expenditures are properly authorized, documented, and recorded prior to payment.

Responsibilities include:

- Verifying availability of funds prior to encumbering expenditures
- Maintaining accurate and timely records of encumbrances and payments
- Ensuring that expenditures align with the approved budget
- Processing vendor payments only after receipt of goods or services and appropriate approval
- Maintaining organized financial documentation for audit and compliance purposes
- Other Financial Personnel / Support Services

Depending on operational needs, the school may utilize additional financial support through:

- A part-time or contracted Business Manager

- A third-party accounting or charter support organization
- Payroll and benefits services provided by an external vendor

These individuals or firms will operate under the direction of the Treasurer and governing board and will be required to adhere to all school financial policies and internal control procedures.

Financial Controls

The proposed school will implement strong internal financial controls designed to safeguard public funds, prevent fraud or misuse, and ensure accurate financial reporting.

Key controls include:

Segregation of Duties: Financial responsibilities will be divided among multiple individuals so that no single person has control over authorization, processing, and reconciliation of financial transactions.

Board Oversight: The governing board will approve the annual budget, major contracts, and significant expenditures, and will receive regular financial reports for review.

Purchasing and Approval Processes: All expenditures will require prior approval and proper documentation, including purchase orders and invoices.

Bank Reconciliations: Monthly bank reconciliations will be performed and reviewed by an individual independent of day-to-day transaction processing.

Financial Reporting: Monthly or quarterly financial statements will be prepared and presented to the governing board, including budget-to-actual comparisons.

Written Financial Policies: The school will maintain written policies covering budgeting, purchasing, cash management, payroll, and conflict of interest.

Audit Requirements

The school will comply with all state and federal audit requirements applicable to charter schools. An independent external auditor, approved by the governing board, will conduct an annual financial audit in accordance with Generally Accepted Auditing Standards (GAAS).

Audit requirements include:

Submission of the annual audit to the governing board, authorizing agency, and other required entities

Review of audit findings and management responses by the governing board

Implementation of corrective action plans, if necessary, to address any audit findings

Ongoing cooperation with any state or authorizer-initiated financial reviews

The governing board is committed to maintaining the highest standards of financial accountability, transparency, and stewardship of public funds to ensure the long-term sustainability and mission success of the proposed charter school.

*See also attached financial plan for the first (5) years of operation and start up.*

**Provide evidence of anticipated fundraising contributions, if applicable.**

The Foundation's financial support will come from:

- Public charter school funding.
- Grants from public and private sources.
- Individual donations.
- Corporate sponsorships where appropriate.

All funds will be used exclusively to support the Foundation's educational and charitable activities.

**Describe any plans to acquire start-up funding through agreements, donations, loans, and/or long-term debt.**

See above question. There are no additional plans outside what is stated on the above question.

**Provide a description of the insurance coverage the proposed school will obtain.**

**Insurance coverage/plan**

The types and amounts of insurance coverage for the Ben Gamla Jewish Charter School will include liability, property loss, and personal injury, at a minimum.

- General Liability Insurance- $1M each occurrence, $2M Aggregate

- Directors & Officers Coverage- $1M limit

- Employment Practices Liability Coverage- $1M limit

- Umbrella Coverage- no less than $3M

- Third Party Liability Coverage

- Non-Owned/Commercial Auto Coverage

- Educators Professional Liability Insurance

- Improper Sexual Conduct Liability Supplemental coverage

- Crime Insurance- $300k limit

- Worker's Compensation

- Cyber Security Coverage

49

**The charter contract is between the proposed charter school's governing board and the SCSB. Governing boards are ultimately responsible for all aspects of the charter contract, school success, and timely intervention upon identifying signs of distress. Strong, independent governing boards support school leaders by providing the resources necessary to meet the needs of students. Provide a narrative describing the proposed school's governing board's capacity to achieve this expectation.**

The Ben Gamla Jewish Charter School believes that a quality school must be governed by individuals who are responsible stewards of public funding while upholding the charter's mission. The Governing Board of Directors will be professional and ethical at all times, supporting the school's mission and vision. They will provide oversight for the operations, leadership, and policies of the school. Specifically, their duties will include responsibility for ensuring legal compliance, evaluating the school leadership, setting goals for measuring academic success, allocating resources appropriately and approving an annual budget, and approving school policies and procedures. As an initial matter, the Board of Directors has assessed the School program and services to ensure alignment with its priorities. It is negotiating the management agreement so that the Board of Directors, the School and the National Ben Gamla Jewish Charter School Foundation have a clear understanding of each other's responsibilities as supporters of the school. The School will contract with an independent School Treasurer from a firm approved by the Oklahoma Department of Education. The Board of Directors will hold all responsible parties accountable for its students' academic results, including the administration, the teachers, the parents/guardians. The Foundation is responsible for initiating the support for the School under the Board of Directors direction and pursuant to the terms of the services agreement negotiated by the parties until the school is operational and on solid financial footing. The Foundation is a non-profit organization.

As cited in 70 O.S. § 5-110 (OSCN 2022), the Ben Gamla Jewish Charter School Board is committed to being knowledgeable about laws and regulations governing the school and will seek guidance from board counsel and participate in the required training requirements within 15 months of appointment/election and annually to remain in good standing. Primary training will occur within the first three years of school operations in the areas of Ethics, Open Meetings/Records and Finance by the Oklahoma State School Board Association.

Throughout the year, meetings will take place monthly. Meetings may take place virtually or in person in either Oklahoma City with some meetings based on member availability and agenda topics. Prior to the opening of the school, the Board of Directors will identify and recruit additional Board members in line with its bylaws.

The Board of Directors is fully aware of their fiduciary responsibilities and oversight for the School. Upon the application being approved, the Board of Directors will assign education management services to be provided initially by the Foundation with the option to transfer to the Ben Gamla Jewish Charter School or an outside vendor if needed in future years. This function of the board is contained within the bylaws.

50

Ben Gamla Jewish Charter School Board of Directors looks forward to a collaborative and transparent relationship with the Statewide Virtual Charter School Board. It will ensure staff will fulfill all pre-opening requirements so that the School is in a position to be successful upon opening. Once operating, the Principal/Director will provide a monthly report on the academic progress of students and any required operational matters. The Board of Directors will work with the School Treasurer to review the school's monthly and budget-to-actual financial position, among other key finance metrics.

The School Board of Directors is committed to being knowledgeable about laws and regulations governing the school and will seek guidance from board counsel and participate in annual training as required by Oklahoma state law. They are prioritizing diversity within their members, transparency to their stakeholders, and accountability to the Oklahoma State Virtual Charter Board as their authorizer. They will also seek to avoid conflicts of interests and keep students' academic success as a foremost priority. Like all charter schools in the state, the School Board understands that the school may be issued a school report card against state and federal accountability indicators and will also be accountable to the authorizer using the Performance Framework. Annually, the school leadership, the student education support team, and the Board will review state testing results for ways to improve student learning resulting in a board approved school improvement plan for the following school year.

The Principal/Director will provide monthly reports to the Board of Directors on student academic progress and operations. The Board of Directors with guidance from the Foundation will provide a compliance oversight role to ensure state and authorizer data reporting is done accurately and on time. The School Board of Directors will adhere to the authorizer's requirements for data and evidence collection, site visits, school website compliance checks, annual reviews, and performance reports. Sometime after the school's first year of operation, the school will seek external accreditation, as well as cooperate with the approved accreditation entity in the state of Oklahoma.

The Board of Directors understands its responsibility to adhere to all state and federal laws and regulations when managing school's finances. The Board of Directors has amended their by-laws to reflect their roles and responsibilities related to school finance. Finally, the Board of Directors understands that there are specific indicators the school will be held accountable for in the Performance Framework including:

- Audit findings

- Quarterly financial reports

- Record of financial reporting compliance

The Board of Directors is committed to academic excellence and will have an unwavering commitment to achieving the school academic goals. Each year, the Board of Directors, in collaboration with the Principal/ Director and administrative team will create a school

51

improvement plan based on the annual data analysis of state assessments, review of the year's benchmark assessments, and feedback from the School Improvement Team. The Continuous Improvement Plan (CIP) will contain the required components as defined by §70-5-117.4., including strategies for improving instruction. In a virtual school, that often includes discussions on the content of synchronous instructional sessions, strategies to improve student engagement, and the use of supplemental curriculum to support student learning gaps. The Board of Directors will approve the CIP and will review progress towards the academic goals at its monthly board meetings.

**Describe the proposed school's plans for providing transportation, food service, and all other significant operational or ancillary services.**

There will be some shared costs for extra or co-curricular activities. Parents will pay their student's entrance fees for access to museums, applicable educational events such as movies, museum visits, field trip admission to parks, and drinks and snacks etc. Parents will attend all school sponsored events and provide transportation for their student. The School will also offer field trips to in-state colleges and universities for high school students to explore and prepare for post-secondary learning. Teachers may collaborate with a local business to explore career options.

All field trips must have the prior approval of the principal. Field trips are a privilege afforded to students in order to extend and to supplement the curriculum and are educational in nature. They are not a right, and students may be denied participation in a field trip if they fail to meet academic or behavioral standards in the class participating in the field trip or in any other class that would be missed. Students will not be permitted to leave school for a field trip unless the School field trip permission form has been completed, signed by parent/guardian and returned to the school prior to the trip. Permission to take part in a field trip cannot be given over the telephone; only written permission via the official field trip permission form suffices.

The fee involved should be reasonable and the trip should be appropriate to the age level involved. An appropriate number of chaperones must accompany each trip, which will vary depending upon the age of the students and the nature of the trip.

The use of a school bus is the first choice for field trip transportation. If the bus is not available, parents/guardians are asked to drive vehicles and should only be assigned as many students as they have seat belts. Fifteen passenger vans may not be used. Drivers must give a copy of their valid state-issued driver's license and proof of insurance card to the school office. The School will call to verify the insurance is in effect. Drivers and chaperones must have completed the volunteer screening process and be an approved volunteer. Teachers are responsible for the collection of all fees and permission slip forms. If parents/guardians state that they cannot afford to pay, refer them to the principal.

Unscheduled stops on field trips are not permitted. Permission slips are taken on the trip and are returned to the school office after the trip. School employees are not permitted to be drivers for

52

the field trip and transport students in a personal vehicle. Teachers should take a first aid kit, and a student's medication with them on the trip, and then return medication to the office or parent after the trip.

**Describe the leadership and teacher employment and hiring policies expected for the proposed school.**

Many employees of the School will be employed "at-will," which means that the terms of employment may be changed with or without notice, with or without cause, including, but not limited to termination, demotion, promotion, transfer, compensation, benefits, duties, and location of work. There is no agreement expressed or implied between the School and its employees for continuing or long-term employment. At-will employees may terminate employment with the School at any time, with or without notice, and with or without cause. Likewise, the School has the right to terminate employment of an at-will employee at any time, with or without notice, and with or without cause, so long as there is no applicable violation of federal, state, or local law.

Many teachers and school administrators will be offered and accept contracts. To the extent that such contracts are consistent with the School Handbook, the Code of Conduct, and other School policies and procedures, they are binding on the relationship between employer and employee. No employment contract carries with it an expectation of continued employment beyond the contract period, and there is no agreement expressed or implied between the School and these employees for continuing or long-term employment.

**Nature of Employment Relationship**

The policies and procedures set forth in the Handbook are not intended to create an express or implied contract of employment between the School and any of its employees, nor does acceptance of the Handbook imply that an employment contract for a specific duration exists between the School and the employee.

**Hiring of Personnel**

The School makes employment decisions based upon factors such as performance, abilities, talent, effort, credentials, education, and results. The School is committed to the utilization of the capabilities and productivity of all employees without unlawful consideration of personal characteristics.

**Equal Employment Opportunity**

The School is an Equal Opportunity Employer. The School complies with all applicable local, state, and federal laws and regulations governing fair employment practices that are not inconsistent with the faith or moral teaching of the Jewish community. To the extent that local, state, and federal laws and regulations are inconsistent with the faith and moral teaching of the Jewish community, the School claims a religious exemption to such laws pursuant to the First

53

Amendment to the U.S. Constitution and other applicable local, state, and federal laws and regulations.

Recruitment, employment, transfer, promotion and administration of personnel policies will be done without regard to race, sex, color, national origin, citizenship, age, veteran status or mental or physical ability where the individual with a disability, with reasonable accommodation, can perform the essential functions of the employment position that such individual holds or desires. The School retains its right to consider religion as a factor in employment-related decisions.

**Non-Discrimination on Basis of Disabilities**

It is the policy of the School to comply with all applicable provisions of the Americans with Disabilities Act (ADA) and state law. This act protects "qualified" individuals who have (or are perceived to have) a physical or mental impairment that substantially limits one or more major life activities. To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, the School will make reasonable accommodations pursuant to federal and state law for the known physical or mental limitations of an otherwise qualified individual with a disability unless "undue hardship" as defined by federal or state law would result. Applicants or employees who require accommodations in order to perform the essential functions of the job should contact their immediate supervisor to request such an accommodation. Equal employment opportunity will be extended to qualified persons with disabilities in all aspects of the employer-employee relationship, including recruitment, hiring, training, promotion, transfer, discipline, reduction in force, and termination of employment.

**Discrimination Complaints / Non-Retaliation**

Any employee who believes that he/she has been subjected to any form of discrimination should immediately advise the appropriate supervisor, who will take the report and encourage the employee to make a written statement. The employee's statement should include the specific complaint, including the name(s) of the individual(s) involved, and the name(s) of witnesses, if any, so a meaningful response may be provided. Supervisors receiving discrimination complaints are required to notify the Superintendent and Foundation Director within one working day.

A timely and thorough investigation will be conducted to attempt to resolve the situation. If it is determined that inappropriate conduct has occurred, effective remedial action will be taken commensurate with the severity of the offense. If an employee does not believe the supervisor has taken appropriate action, he/she is to contact the Foundation director directly. The Foundation strictly prohibits retaliation by management, employees or co-workers against an employee for filing a discrimination complaint. Every effort will be made to maintain confidentiality; however, in the course of the investigation some individuals may be involved on a "need-to-know" basis.

Information obtained in the course of employment (that is not generally available to the public) is considered confidential and should not be disclosed to anyone who does not have an actual "need-

to-know." Access, authorized or not, does not confer any right to disclose information. The confidentiality policy is motivated by concern and respect for an individual's right to privacy. The School acts to protect the privacy of information about employees, students, and volunteers to the best of its ability, in accordance with prevailing legal requirements.

Pursuant to the requirements of the safety policy of the Foundation, three references will be checked on all prospective employees. A written record of all reference checks will be maintained in the personnel file of each employee. The School will honor the request of referents regarding confidentiality, and employees will not have access to the written record of reference checks. A written release (given on the application for employment) will be obtained from the applicant prior to checking references. If written references are provided, additional clarification may be sought via personal or telephone interviews upon completion of a signed release from the applicant.

**Credential Review and Verification**

The candidate, at the time of application, is responsible for making available to the School verification of education and professional licenses and certifications, as well as a copy of their current driver's license and car insurance verification where it is an occupational requirement.

It is the teacher's responsibility to maintain a current license/certification for the area he/she is teaching. The latest certification must be submitted to the principal.

**Employment Forms**

Prior to employment, the applicant must complete the background check form required by the Foundation as well as forms required by licensing or accrediting agencies. Failure to complete the requisite forms may result in disqualification or termination of employment. Falsification of information on the application or other employment forms is grounds for immediate termination or disqualification from employment consideration.

**Criminal Background Reports**

Criminal background checks are required and will be run on all prospective employees and volunteers of the School. Persons convicted of crimes, including but not limited to, crimes against children or other vulnerable populations, crimes of violence, use of weapons, illegal possession of weapons, distribution of illegal drugs, or alcohol or drug related convictions may not be hired as employees or approved for volunteer service.

Employees and volunteers have a duty to self-report arrests or convictions occurring after the initial criminal background check for crimes, including but not limited to, crimes against children or other vulnerable populations, crimes of violence, use of weapons, illegal possession of weapons, distribution of illegal drugs, or alcohol or drug related convictions. Failure to self-report in and of itself is grounds for discipline, including termination of employment or discontinuance as a volunteer.

The Foundation automatically runs criminal background checks every three years on current employees and volunteers without notification to them. If the new background check indicates that an employee or volunteer has been convicted of crimes against children or other vulnerable populations, crimes of violence, use of weapons, illegal possession of weapons, illegal distribution of drugs, or alcohol or drug related crimes, the conviction or the failure to disclose such conviction will be grounds for discipline, including termination of employment or volunteer service.

**Employment of Relatives / Nepotism**

In the interest of maintaining the professionalism and integrity of relationships among staff and others, any situations in which actual or perceived conflicts of interest may exist are to be avoided. Therefore, the School will attempt to refrain from any assignments of relatives or others that may potentially lead to problems of supervision, safety, security, conflict of interest, or employee morale. For the purpose of this policy, relatives include spouses, children, parents, in-laws, grandparents, grandchildren, siblings, aunts/uncles, nieces/nephews, cousins, and step relationships. The policy is not limited exclusively to relatives and it also applies to other situations or personal relationships, including living in the same household, in which the School, in its sole discretion, believes may result in an actual or perceived nepotism or conflict of interest.

The School reserves the right to take whatever action it deems appropriate where it believes such a situation exists, including transfer, reassignment, or termination of employment. All situations involving the employment of related persons are to be approved in advance by the Foundation Director; under no circumstances can an offer of employment be extended by a relative to a related party as defined above. This Policy does not apply to temporary positions. Any questions regarding nepotism should be directed to the Principal or Foundation.

**Employment of Minors**

The School fully complies with the child labor provisions of the Fair Labor Standards Act and applicable state law which govern the employment of minors. The school will not employ youths younger than age 16.

**Probationary Period**

Per the Lay Teacher Contract during the first three (3) months of employment, the new employee is in a probationary period. The purpose of this period is to allow the employer to evaluate the employee's performance and to provide an opportunity for the employee to assess whether the School provides a suitable setting for his/her professional interests.

Notwithstanding during the probationary period, employees may terminate employment with the School at any time, with or without notice, and with or without cause. Likewise, the School has the right to terminate employment at any time with or without notice, and with or without cause.

If the School determines that the probationary period is not enough to allow a thorough evaluation of the employee's performance, the probationary period may be extended by the supervisor for a specified period.

**Posting of Employment Opportunities**

When practical, employment opportunities may be posted internally and on the School website or newspaper.

**Verification of Employment**

It is the policy of the School to verify only dates of employment and position held.  Any request for salary information must be in writing with the employee's signed authorization to release such information.

**Rehire**

Former employees may be considered for rehire if the employee's record indicates good performance, behavior and attendance during their prior employment and if their termination/resignation occurred under favorable circumstances.

If an employee has terminated his/her employment with the School and is rehired, and the duration of the separation is fewer than 60 days, the employee shall retain his/her original anniversary date, and the accrual rate for vacation and sick leave (if applicable) will remain at the rate in effect upon termination of employment.  Employees rehired after a separation in excess of 60 days will establish a new anniversary and benefit-eligibility date unless the separation was an approved leave of fewer than 120 days.  Exceptions to this policy requires the approval of the Foundation.

**Approval for Rehire**

All transfers or rehires at a new location requires the advance approval of the superintendent.

**Outside Employment**

Employment by the School generally does not prevent employees from engaging in additional lawful employment or volunteer service. However, an employee may not engage in any employment or volunteer activity that would result in a conflict of interest with the employee's position or the policies of the Foundation or School; that would in any manner bring disrepute upon the Jewish community; constitute scandal, or otherwise conflict with the moral and theological teachings of the Judaism; or that detrimentally impacts the employee's job performance.  Employees are asked to report any external employment and volunteer activity to their supervisor to determine whether a conflict of interest exists.

57

**Regular Full-Time**

Employees are regularly scheduled to work 30 or more hours per workweek. Regular full-time employees are entitled to School employee medical benefits, subject to the eligibility and waiting period requirements for any plan or program.

**Part-Time**

Employees are regularly scheduled to work at least 20, but fewer than 30 hours per workweek. Part-time employees are not eligible for medical benefits. Sick leave and vacation, if applicable, accrue on a prorated basis.

**Temporary Full-Time**

Employees are regularly scheduled to work 35 or more hours per week; however, the length of employment cannot extend beyond 180 days. Temporary full-time employees are not eligible for benefits other than government mandated benefits.

**Occasional Part-Time**

Employees have work schedules that change from week to week based on the needs of the School with no guarantee of a certain number of hours to be worked each week. Other than government mandated benefits, no benefits are extended to this employee classification.

**Fair Labor Standards Act**

In addition to the above-listed categories, employees are also classified, per the Fair Labor Standards Act Classification, as either non-exempt or exempt for the purpose of overtime compensation.

**Non-Exempt Employees**

Non-exempt employees include all those who are covered by the overtime provisions of state and federal law. Employees in this category are entitled to overtime pay for work in excess of 40 hours in a workweek.

**Exempt Employees**

Exempt employees include all those who are classified by the School as exempt from overtime pay under the federal Fair Labor Standards Act and related regulations, the Oklahoma Department of Labor, and the executive, administrative, or professional exemptions set forth in the above referenced legislation. Each position classified as exempt will be reviewed to assure compliance with the Fair Labor Standards Act.

**Promotions, Transfers, and Demotions**

When an employee changes positions, his/her salary may or may not be adjusted depending on the employee's current salary in relation to the responsibilities of the new position. The factors

58

considered in an employee's eligibility for promotions and transfers include, but are not limited to, the requirements of the new position, and the employee's education, experience, attendance, and performance history.

**Describe the proposed school's facilities plan, including backup or contingency plans if appropriate.**

The school will be virtual. It will not have physical school facilities. There will be administrative offices located in Oklahoma City (physical address to be determined at a future date) approximately 3,000 square feet.

**Describe the plans and timelines for student recruitment and enrollment, including lottery procedures.**

**Student Recruitment Policies and Procedures (including lottery procedures)**

Each year, the Ben Gamla Jewish Charter School will announce its open enrollment period for any Oklahoma parents or guardians who would like to submit an application for their student(s). These outreach activities will be conducted statewide via multiple marketing pathways. If the number of applicants exceeds the capacity of the school or grade level, the School will conduct a random selection lottery after first granting enrollment preferences for prior year students and then for a sibling of a current student enrolled in the school. As a statewide school, the School will admit any and all students who reside in the state, provided there is capacity to serve that student's grade level per the annual enrollment goals for each year. All students are welcome, those of different faiths or no faith. Admission assumes the student and family willingness to adhere with respect to the beliefs, expectations, policies, and procedures of the school as presented in the Handbook.

**Enrollment Process:**

- A parent or legal guardian should complete the digital or paper Application for Admission to the
- School to be considered in the lottery process.
- Open enrollment occurs each year in February and March of the first year and January and February in subsequent years.
- Applications submitted up to the announced enrollment decision date will be reviewed by a designee for completeness, legal residence, and age/grade of student. Incomplete application forms will not be considered.
- A child must be five (5) years of age on or before September 1 in the school year enrollment is being applied for kindergarten.
- Notification of the lottery will serve as public notice of an official meeting, even if no action(s) are anticipated to be taken by members of the Board at the time of the lottery.
- If an enrollment lottery is required, it will be conducted based on the previously described guidelines.

- Once the lottery is complete, applicants will be notified by the designee of their status.
- Digital registration will be made accessible to applicants who received enrollment offers in the lottery process. If a family requires a paper enrollment form, they will be provided one. Families will have two weeks to complete the registration accurately and thoroughly, including the submission of all compliance related documentation.
- Registrations that are not completed within the designated time, or applicants that cannot produce appropriate priority information, will forfeit enrollment offers.
- Seat placement determinations are made following receipt of the completed, compliant registration.
- If the number of lottery applications does NOT exceed seats available, parents/guardians that have submitted a lottery application have 1 week to complete registration. At the end of that week, the registration opens to the public and school enrolls until capacity.
- As openings occur post lottery, applicants on the grade level waitlist will be contacted in the established order. Registration process access will be provided. Completion of the registration process is expected in two weeks order to prompt a seat placement determination.
- The School will continue to enroll students using this process until the established enrollment number is met and maintained.
- A provision shall be made for the children with a sibling enrolled at the School. If a child must be placed on a waitlist due to capacity issues, the child with an enrolled sibling will be granted priority.

**Waitlist:**

The waitlist is the ordered list of applicant students without enrollment offers. The waitlist for each school year is initiated through the lottery process. Once all available enrollment opportunities are offered, the remaining applicant students will be added to the waitlist in the order drawn. The waitlist remains active through the academic year. The waitlist for a given year is not carried over to the next school year. A new enrollment application is required for each school year for which a student is seeking a new enrollment.

Students who wish to transfer to the School mid-school year may do so if the school has capacity to serve that student in that grade level. Otherwise, the student will be added to a waitlist for that grade level. The most successful retention plan begins by succeeding with the students that are already enrolled. By providing a high-quality, personalized educational program, sustaining relationships and connection, and meeting the needs of all students, the School will create an offering that will ensure students want to continue their success in our virtual seats. The School will track in-year and year-over-year withdrawn students. This data is not only required per Oklahoma charter school law, but it also provides the school with valuable information each year on how to better serve students and their families.

60

Academically successful students tend to want to stay in the school they are currently enrolled in. The Learning Management System provides a tremendous amount of data on where students spend their time in their courses and this information is valuable to get students unstuck in their learning process. We believe this, coupled with talented teachers specifically trained to serve students in this educational model, provides the best opportunity for students to be successful.

Admission/Enrollment Policies and Procedures

- Including minimum and maximum enrollment planned per year for the term of the charter contract
- Including proposed calendar and sample daily schedule as applicable to online learning at proposed school. Additional time has been added to the daily schedule to account for the religion/theology classes taught as a requirement of the school.

Instruction is delivered by the teacher via synchronous and asynchronous teacher created lessons utilizing The Foundation Standards and Benchmarks and research-based curriculum resources as guides in their creation. Teachers teach best when they have prepared their own materials with the appropriate expectations of desired rigor and classroom capability in mind.

**Provide a description of parent expectations and the plan for parental involvement.**

The Ben Gamla Jewish Charter School recognizes that parents/guardians are most engaged when they have meaningful opportunities to shape school programs and provide input. Parents/guardians will have the ability to participate in town hall type dialogue or question and answer sessions, either by grade level or as a school, with school administration periodically.

Parent/guardian input will be collected through surveying multiple times per year. The School Services Team will reach out to state and local health and family services agencies to assist families who need these services. The Board of Directors and Principal/Director will work closely to develop strategic partnerships, and to define what those strategic partnerships will involve. The school may seek partnerships with higher education institutions for teacher recruitment, and collaboration on educational research. The School may seek partnerships with high quality youth organizations. One means of stakeholder involvement is participation in the Board's regular meetings. When a board meeting notice is posted, the School draft agenda will be included so that stakeholders – as well as the public - can attend and offer public comment either generally or on a specific agenda item. The Board of Directors may also seek stakeholder comments on proposed board initiatives via a request for written comment or an invitation to provide oral comment at a board or committee meeting. Although not yet formally addressed by the Board of Directors, the Board of Directors may choose to include stakeholders on standing or ad hoc board committees. The Board is committed to continuously evaluating its efforts to promote stakeholder involvement and ensuring that stakeholders have a voice.

While the School model is based on a virtual learning experience, the School fully acknowledges that in-person engagement is essential for reaching students and families who may not have access

61

to online services and/or digital media. After approval, the School will hold frequent, publicly available community meetings, information sessions throughout the year, as well as using the email list serve to continue to communicate news, progress, and school achievements to interested parties in the community. Our goal is to create a network of regional support where families can support one another, identify local tutoring and mentoring opportunities, and feel affiliated with a school community.

Lastly, an integral part of supporting the school's vision and mission is preparing students for success in career and college endeavors and to build relationships and foster early opportunities for the transition after high school. Studies have shown that connection with a college and participation in dual enrollment programs increase the likelihood that students will not only graduate from high school but enroll and successfully complete undergrad and graduate programs in college. In order to cement the opportunity for future success, the School will seek collaborations with available local college and university campuses within Oklahoma.

**Enter the proposed discipline policy, including special education students.**

Student Conduct and Discipline Policies and Procedures

In order to maximize student learning for all students, the Ben Gamla Jewish Charter School will provide a virtual school environment that promotes appropriate behavior and minimizes disruptions. The Board believes that the best discipline is intrinsic and self-imposed and that students should learn to assume responsibility for their own behavior and the consequences of their actions. All students are expected to have a clear and consistent understanding of the Student Code of Conduct and comply with all School policies and procedures.

The Code of Conduct requires students to:

- conform to reasonable standards of socially acceptable behavior; including appropriate digital citizenship for themselves and others

- respect the person and property of others;

- respect the rights of others;

- preserve the degree of order necessary to the educational program in which they are engaged; and

- comply with the requests of School administrators, teachers, and staff.

The Code of Conduct designates sanctions for student noncompliance with the Code which shall:

- relate in kind and degree to the noncompliance;

- help the student learn to take responsibility for their actions; and

- be directed, where possible, to reduce the effects of any harm which may have been

62

- caused by the student's misconduct.

Prior to being enrolled and as a condition of enrollment, parents and students must:

- Acknowledge receipt of the Code of Conduct; and

- Agree to comply with all expectations and procedures contained therein.

The School shall not discriminate on the basis of a protected class, including but not limited to race, color, national origin, age, religion, disability that can be served by virtual learning, or biological sex in its discipline policy and practices.

The Board shall adopt procedures consistent with this policy.

1) To date, the Board has not formally adopted a Discipline Policy. However, we anticipate that the Board will adopt this or a similar policy no later than the end of the year prior to opening in the Fall of 2026.

2) The Board will formally draft a Code of Conduct that will include, but not be limited to an Attendance Policy, Engagement Policy, and general student conduct expectations (e.g., academic dishonesty, bullying and cyberbullying, acceptable use, internet use, etc.), as well as sanctions for noncompliance.

An important aim of Jewish education is the development of each person.  Discipline is necessary for the development of that person.  The immediate goal of discipline is to create a favorable atmosphere for learning.

The terms punishment and discipline are not synonymous, nor are they correctly used interchangeably.  Whereas punishment attempts to control people by force or reprisal, discipline is an active teaching process which at its best helps students figure out how to cope with difficulties.  Discipline places the burden of responsibility on the student where it belongs and provides a supportive process for helping the student make whatever changes are necessary to resolve the situation.  Discipline sets consistent, firm and reasonable limits to behavior in line with student and group needs and with appropriate expectations of student and group behavior.

Students should be encouraged to develop good habits such as courtesy, respect, kindness, helpfulness, cooperation, and responsibility as well as good study habits.  All of these are key to discipline, primarily self-discipline.

Each teacher is required to establish a set of classroom rules and consequences.  The students should understand the meaning of these rules in the same way that the teacher does.  Parents/guardians should also be given a copy of the plan at the beginning of the school year.  Parents/guardians should be contacted for any behavior problems the student is encountering.

63

As a general rule, teachers are expected to handle the discipline problems that arise within the school day within their classroom.  The principal's involvement in discipline should not be used as a threat, as it diminishes the teacher's authority.  Except in cases of emergency or for immediate and serious infractions, try to notify the principal ahead of time about the possibility of being involved in a discipline situation.  In cases of a severe infraction the principal should be involved immediately.

Teachers will discipline students in private with dignity and sensitivity – no physical, verbal or emotional abuse will be tolerated.  Teachers will be consistent and fair in their expectations of the students.

More serious disciplinary options include lunch or after school detention, a behavior contract, suspension and expulsion.

**Elementary School**

A student should not be excluded from art, music, computers, etc. as a form of discipline or for misbehaving. Children should not be left unsupervised for student and family engagement events, as a disciplinary measure or while on a field trip.  Misbehaving students should be separated from the group and placed with the teacher.

Teachers should refrain from entire class consequences or consequences that are difficult to carry out.  Written consequences that allow a child to reflect upon his/her own actions are particularly useful.

Repetitive sentence writing is not allowed.  Religion should never be a consequence or punishment (i.e., writing scripture verses, prayers, etc.)

**High School**

The student drug testing policy is in place to preserve the long-term welfare of the student and the entire school community.  Drug testing is intended to prevent and address the personal and social ills caused by drug dependence and to help students who have abused drugs to become drug free. The School will provide a positive educational and counseling program for all students and will afford any student with a drug problem the opportunity to get the help needed. Care will be taken to respect a student's right to confidentiality and to involve parents/guardians of the student in addressing drug abuse problems that are discovered.

The School reserves the right to dismiss immediately any student in the event of especially grave infractions of this policy or if this is determined to be in the best interest of the student body in general or the individual student in question. The cost of the random testing is absorbed by the School while the cost of reasonable suspicion testing will be the responsibility of the parent/guardian.

**Bullying / Harassment / Hazing**

All students have a right to a safe and healthy school environment free of all forms of intimidation or harassment. Bullying, harassment, hazing and/or other threatening behavior by a student will not be accepted. Students engaging in such behavior, seriously or in jest or online, may be liable to disciplinary action up to and including suspension and/or expulsion.

The principal and/or other designated administrator will investigate all complaints of bullying, harassment or any other types of threatening behavior, whether verbal, written, or online. All allegations of bullying, harassment, hazing and/or other threatening behavior will be taken seriously and investigated in a timely manner.

**Corporal Punishment**

Corporal punishment or handling students roughly is not allowed under any circumstance. Teachers who find themselves getting extremely angry or frustrated with a student, should walk away from the student. Do not touch a student when angry or extremely frustrated. Corporal punishment includes, but is not limited to: spanking, shaking, slapping, pinching, hair pulling.

**Suspension**

Certain offenses, occurring during school related activities, are considered more serious and may warrant suspension of a child. Only the principal may initiate suspension of a student which may last from one to twenty days.

**Expulsion**

While in many cases expulsion is reserved for extremely serious or persistent misconduct, a student may be expelled from school for a single instance of misconduct. Only the principal may initiate the expulsion of a student.

**Special Education**

Students may be referred for special education evaluation by their parent/guardian, teacher, or the Student Support Team (SST). The team, consisting of general education teachers, special education staff, and school administrators will regularly review data on students that are not progressing as expected. The SST will consult with the parent/guardian and address struggling students' needs through the Multi-Tiered Systems of Support/Response to Intervention and Instruction (SMTSS/RtII) process. The teacher will implement and document interventions and the student's response to interventions. If a student is referred for an evaluation, the students' response to MTSS/RtII efforts are used as one data metric in the determination of special education eligibility. These interventions will not be used to delay or deny a parent/guardian-requested special education evaluation. A student's eligibility for special education and related services will be determined through assessments administered by a school psychologist, classroom data, review of records and

65

parent and teacher input. The school will conduct an initial evaluation, and eligibility and related services will be determined as prescribed in 34 CFR § 300.301.

Students determined in need of itinerant or supplemental level of support will access the general education curriculum with adaptations and modifications as outlined in their IEP in the general education classroom with their typical peers. Special education and general education teachers will collaborate to make necessary adaptations and modifications. Students may receive more intense instruction in small groups (with or without general education peers) or one-on-one sessions, depending on the specific needs of the student and as described in the student's IEP. Students that qualify for the alternative state assessment, Oklahoma Alternative Assessment Program (OAAP), will utilize a comprehensive program using an alternative curriculum which will include core content, social skills instruction and daily living skills based on individual needs.

Alternative placements are considered when current educational environment is no longer meeting the needs of the student and the IEP team determines that a student needs more intensive supports and programming. Alternative placements can include center-based programs, approved private placements and/or home and hospital instruction.

**Individualized Disability Education Act (IDEA) & Section 504 Rehabilitation Act**

The Ben Gamla Jewish Charter School Board estimates that 20% of the student population will require special education support and services. This estimate is based on currently available data for statewide virtual charter schools taken from the 2021 Virtual funding report conducted by the National Association of Charter School Authorizers.

The Ben Gamla Jewish Charter School Board will comply with all applicable State and Federal Laws in serving students with disabilities, including, but not limited to, Section 504 of the Rehabilitation Act ("Section 504"), the Americans with Disabilities Act ("ADA"), the Individuals with Disabilities Education Act ("IDEA"), as well as Oklahoma Special Education Rules to the extent that it does not compromise the religious tenets of the school and the instructional model of the school. The proposed school administrative office will be ADA compliant.

After a student's application for enrollment has been confirmed, families will be given the opportunity to inform the School if their child has an IEP or 504 Plan. The parent/guardian/adult student may provide a copy of the documents, or the School will request the documents from the previous school.

Upon enrollment, the special education team will review the evaluation report and IEP from the previous school district. After consultation with the parent/guardian/adult student, the school will offer comparable services as outlined in the student's existing IEP. An IEP Team will be convened within 10 instructional days of obtainment of the IEP to adopt or amend the existing IEP. For a student with an existing 504 Plan, we will convene a 504-team meeting with the parent/guardian/adult student in a reasonable amount of time, but no later than 30 days after the obtainment of the 504 plan. In addition to being active participants in the IEP Team and 504 team

66

meetings, the parent/guardian/adult student will be provided with a copy of the Procedural Safeguards Notice on a yearly basis at minimum.

**Submit a roster of governing board members and contact information.**

- Peter Deutsch
- Ezra Husney
- Brett Farley

\*Additional board members will be added to the roster upon approval of application.

**Submit evidence of each board member's residency.**

\*See above. Additional board members will be added to the roster upon approval of application.

**Submit a proposed governing board meeting calendar.**

The board meets at 12 noon on the third Thursday of every month.

**Submit the sample daily schedule including bell schedule, class size, instructional staff to student ratio, subjects (and average time on task), recess/free time, and meals and for high schools including access to advanced placement, dual enrollment, and career and technical education.**

Instruction is delivered by the teacher via synchronous and asynchronous teacher created lessons utilizing The National Ben Gamla Jewish Charter School Foundation Standards and Benchmarks and research-based curriculum resources as guides in their creation. Teachers teach best when they have prepared their own materials with the appropriate expectations of desired rigor and classroom capability in mind. Meals and free time will be built in to the daily schedules.

Recommended Ratios & Sizes Ideal Range: Aim for 10-15 students per teacher allowing for individualized feedback, goal setting, and active participation. Upper Limit: Avoid exceeding 20-25 students per class, as interaction drops and teachers struggle to meet individual needs, making it harder for kids to grasp concepts. For Younger Grades (Primary): ratios of 12:1 or less can significantly improve teaching quality and student engagement.

Student-teacher ratios may vary by division, with figures around 20:1 to 25:1, depending on the specific school level (Elementary vs. High School), working with fewer teachers and more students per educator, around 23:1 overall, while maintaining a virtual, personalized learning model for a large student body in Oklahoma.

**Early Elementary K-3 Sample Activities:**

- Parent/guardian logs into the learning system

- learning management page will contain lessons for the day and scheduled activities including those activities to be supported by the parent/guardian and teacher.

67

- Teacher will provide a schedule of online live classes each day for direct instruction.

- Parent/guardian and student read together the assignments and the daily schedule

- Student and parent/guardian organize the materials for the day's lessons and begin typical early elementary activities in three to four subject areas of concentration involving perceptual-motor development, reading individually out loud, listening, reading together out loud, and basic numeracy skill development

- Student and parent/guardian attend periodic synchronous sessions via the web classroom with the teacher of record

- Student participates independently in technology supported learning games served up by the System

- Teacher verifies attendance (5.5 hours required daily)

- Teacher and Parent/guardian review progress and teacher modifies System's course pacing and supplemental lessons as needed to maximize the learning potential of the student

**Upper Elementary 4-5 Sample Activities:**

- Parent/guardian and student log into System

- System serves up lessons for the day and scheduled activities including those activities to be supported by the parent/guardian and teacher

- Teacher will provide a schedule of online live classes each day for direct instruction.

- Parent/guardian and student read together the assignments and the daily schedule

- Student and Parent/guardian organize the materials for the day's lessons and begin typical upper elementary activities in four to five subject areas of concentration involving perceptual-motor development, reading individually out loud, listening, reading together out loud, and basic numeracy skill development in addition to science, language development, and foreign language study if assigned.

- Student is introduced to age-appropriate novels and other readings and assigned reading assignments from a reading list of relevant novels

- Student interacts with technology supported learning activities designed to strengthen academic skills at a level determined by computer adaptive academic skill testing to be the appropriate level for the student.

- Teacher verifies attendance (5.5 hours required daily)

- Teacher and Parent/guardian review progress and teacher modifies System's course pacing and supplemental lessons as needed to maximize the learning potential of the student

68

**Middle School 6-8 Sample Activities:**

- Parent/guardian and student log into the System

- System serves up lessons for the day and scheduled activities including those activities to be supported by off-line activities and the organization of science experiments to be done in concert with the online science curriculum

- Teacher will provide a schedule of online live classes each day for direct instruction.

- Parent/guardian reviews the days lessons and activities with the student

- Five subject areas are prepared for the day's learning activities

- Student attends synchronous learning sessions present under the direction of the teacher

- Student interacts with others online in the development of group projects and assignments that require peer collaboration to complete

- Student interacts with technology supported learning activities designed to strengthen academic skills at a level determined by computer adaptive academic skill testing to be the appropriate level for the student

- Student works independently on skill and knowledge attainment assignments

- Student reviews expected outcomes for the day

- Student takes quizzes and end of unit exams to measure skill mastery and attainment based on the lessons for the day

- Student electronically submits all required written assignments to the teacher

- Teacher verifies attendance (6.75 hours required daily)

- Teacher, student and Parent/guardian review daily progress and teacher modifies System's course pacing and supplemental lessons as needed to maximize the learning potential of the student

- Parent/guardian logs into Parent/guardian System account to review progress and request assistance if needed

- Teacher meets virtually and by web conference tools with Parent/guardian and Student at least every 30 days to review monthly progress, complete required documentation, and provide academic counseling or referrals to appropriate agencies for services as needed

**High School 9-12 Sample Activities:**

- Student logs into the System

- System serves up lessons for the day and scheduled activities including those activities to be supported by off-line activities and the organization of science experiments, readings, written assignments, and synchronous activities to be done in concert with the online curriculum

- Teachers will provide a schedule of online live classes each day for direct instruction.

- Student reviews the daily lessons and activities with the Parent/guardian

- Students review expected outcomes for the day

- Five subject areas are prepared for the day's learning activities

- Student attends synchronous learning sessions present under the direction of the teacher

- Student interacts with others online in the development of group projects and assignments that require peer collaboration to complete

- Student interacts with technology supported learning activities designed to strengthen academic skills at a level determined by computer adaptive academic skill testing to be the appropriate level for the student

- Student takes quizzes and end of unit exams to measure skill mastery and attainment based on the lessons for the day

- Student electronically submits all required written assignments to the teacher

- Teacher verifies attendance (6.75 hours required daily). teacher, Student and Parent/guardian review daily progress and teacher modifies System's course pacing and supplemental lessons as needed to maximize the learning potential of the student

- Student may participate in interest clubs, student government, and intramural sports

- Student participates in community support activities

- Parent/guardian logs into Parent/guardian System account to review progress and request assistance if needed

- Teacher meets virtually and by web conference tools with Parent/guardian and student at least every 30 days to review monthly progress, complete required documentation, and provide academic counseling or referrals to appropriate agencies for services as needed.

Some students receive and execute assignments early in the morning on the same rhythm of a traditional school, but many more find their productivity is best in the afternoon or evenings. At the School, students meet according to schedule, but asynchronously learn at the times convenient to their schedules while ensuring the daily minimum of instructional hours. A weekly schedule follows what is presented in a daily schedule and is consistent over time. The Scope and Sequence of the curriculum drives what and when standards are being taught throughout the academic year.

70

For High School level students, progress from one grade level to another will be based on credits earned. Teachers and administrators will work to ensure that all students have access to any state allowable alternative pathways to graduation, and that any existing credit flexibility and dual enrollment options are utilized. Students who experience course failure and become credit deficient will have access to additional opportunities to recoup credits via programs such as summer school or credit recovery course work. Students (and parents) are expected to regularly consult and follow course pacing guides to ensure that all assignments and assessments are completed by the established due dates. Extensions are handled at the course level teacher's discretion. Early interventions will occur by the teacher and/or school leader when students fall behind their pacing guides, not logging in to the system or consistently failing. Contact with the parent and students will occur in various manners including electronic (email), verbal (phone/video) and in-person meetings. In order to cement the opportunity for future success, the School will seek collaborations with available local college and university campuses within Oklahoma.

The School proposed curriculum is innovative, rigorous, research-based, and can be custom-tailored to students' unique skills and interests. It includes world class content and college preparatory skill-building, as well as access to fine arts, world languages, and career-focused electives. The school's curriculum and instructional framework is guided by national best practices in K-12 online learning models. The curriculum design methodology uses principles of Universal Design for Learning, ensuring that both the curriculum and the instructors provide multiple opportunities for engagement, representation, as well as action and expression to ensure that students will repeat their encounters with the same topics throughout their career, each time increasing the complexity in order to reinforce previous learning, and also to reteach concepts one-on-one and in small groups to ensure mastery. Some of the proposed vendors are listed below, this list is expected to grow as research continues to be done in preparation of a virtual program:

- Core Knowledge Foundation Curriculum & Electives- Grades K-5: Accelerate Education, Grades 6-8: StrongMind and eDynamic Learning; Grades 9-12: StrongMind and eDynamic Learning
- AP Courses- Accelerate Education
- CTE Courses- eDynamic Learning
- Credit Recovery Courses- Accelerate Education
- Supplemental Curricular Resources-iReady, Brain Pop, DIBELS, IXL, NewsELA, and Reading A-Z

The curricular offerings were selected as a curated holistic approach to instruction, and all providers have mapped the offered courses to state standards. All the selected vendors have data available to support the effectiveness of their offerings, and the school's choice of the vendors is based on extensive evaluative information reviewed by the Foundation in proposing the education program to be offered to the School Board.

# Exhibit 2-B



February 13, 2026


Mr. Brett Anthony Farley
Ben Gamla Jewish Charter School
20183 Highlander Ridge Dr.
Edmond, OK 73012


Dear Mr. Farley,

In accordance with 70 O.S. § 3-134(E)(3) and OAC 777:10-3-3, this letter serves as written notice of the Statewide Charter School Board's rejection of your application. The Board met on Monday February 9, 2026, at 1:00 p.m. for its regularly scheduled meeting at the Oklahoma History Center, 800 Nazih Zuhdi Drive in Oklahoma City, Oklahoma, to consider, among other agenda items, the Ben Gamla Jewish Chater School's application for initial authorization. In a 8-0 vote, the Board voted to reject the application.

Strengths of the application were acknowledged at the public board meeting, however Board action was taken to reject the application with a unanimous vote by the quorum of board members present at the February 2026 regular public board meeting.

As required by title 70, section § 3-134(E)(3) of the Oklahoma Statutes, the Board provides you with the following reasons for rejection:

1.  The application refers to the governing board holding virtual meetings which does not comply with the Open Meeting Act, 25 O.S. §§ 301–314, as required in under title 70, section § 3-136(A)(15).

2.  The school's governing board structure does not comply with title 70, section 3-136(A)(7) of the Oklahoma Statutes because two board members reside outside of Oklahoma. Section 3-136(A)(7) requires all board members to be Oklahoma residents.

3.  The governing board of the school is currently comprised of three (3) board members, and there is no indication that these board members will have a child or grandchild attend the school. School governing boards are required to include five (5) members, with 1 being a parent, grandparent, or guardian of a student attending or who previously attended the charter school under OKLA. ADMIN. CODE § 777:10-1-3(c)(3).

4.  The description of the relationship between the foundation and the school indicates concerning overlap similar to that of an Educational Management Organization that operates and manages a school without a clear separation between the organizations such as contractor and vendor as required under OKLA. ADMIN. CODE § 777:10-1-4(1).

1

**OKLAHOMA**
Statewide Charter
School Board

5.  The application states that the Board has not adopted a formal disciplinary policy and, as a result, did not include a discipline policy in its application as required by title 70, section 3-134(B)(18) of the Oklahoma Statutes.

6.  Without an approved disciplinary policy included in the application, the Board cannot verify that the school will follow student suspension requirements set forth in title 70, sections 24-101.3 and 3-136(A)(11) of the Oklahoma Statutes.

7.  The statement of assurances required of governing board members by OKLA. ADMIN. CODE § 777:10-3-3(b)(8)(L) (requiring governing board members to assure full compliance with federal and Oklahoma law) were modified to caveat compliance and afford legal latitude.

8.  The special education component of the application caveats compliance by disclaiming "so long as compliance does not compromise Ben Gamla's religious tenets and instructional model." This does not comply with title 70, section 3-136(A)(6) of the Oklahoma Statutes.

9.  Between the letter of intent and application, material discrepancies in grades served and projected enrollment exist. Specifically, these are:

    a.  In the letter of intent submitted on November 3, 2025, you indicated that the school would serve grades 9–12 and anticipated a 40-student enrollment initially.

    b.  In the application submitted on December 30, 2025, you stated that the school would serve grades K–12 (adding a total of nine other grades) and anticipated a target enrollment of 400—10 times the amount set forth in the letter of counsel. For grades 9–12, the target enrollment was 160—four times the amount set forth in the letter of intent.

10. Title 70, section 3-136(A)(2) of the Oklahoma Statutes states, "A charter school shall be nonsectarian in its programs, admission policies, employment practices, and all other operations. A sponsor may not authorize a charter school or program that is affiliated with a nonpublic sectarian school or religious institution." The Oklahoma Supreme Court issued an opinion in 2024, Drummond.v¡.Oklahoma.Statewide.Virtual.Charter.Sch¡.Bd¡?2024 OK 53, 558 P.3d 1, holding, "Under Oklahoma law, a charter school is a public school and, as such, must be nonsectarian." Finally, the U.S. Supreme Court in consolidated cases 24-394 and 24-396 ordered that the judgment of the Supreme Court of Oklahoma is affirmed.

Title 70, section 3-134(E)(3) of the Oklahoma Statutes permits a governing board for the proposed school to address the rejection of the application through revision, resubmission, and reconsideration of the application provision. For reconsideration, a revised application must be received by the SCSB within thirty (30) days from receipt of notification of the rejection of the application. The certified mail signature date will be considered the date of notification. After receipt of the revised application, the SCSB would have an additional thirty (30) days from the

**2**



receipt to reconsider the revised application. Should questions arise, please contact the SCSB office.


Sincerely,

*Skyler H. Lusnia*

Skyler H. Lusnia CPA, CIA
Director of School Performance
Statewide Charter School Board
2501 N. Lincoln Blvd. Ste 201
Oklahoma City, OK 73105
405.331.0381
skyler.lusnia@SCSB.ok.gov

# Exhibit 2-C

February 27, 2026

Oklahoma Statewide Charter School Board
M.C. Connors Building
2501 N. Lincoln Blvd., Suite 201
Oklahoma City, OK 73105

Dear Members of the Oklahoma Statewide Charter School Board:

On behalf of The National Ben Gamla Jewish Charter School Foundation, Inc. (the "Applicant"), we respectfully submit the attached Addendum for your consideration as a revision to the original charter application for Ben Gamla Jewish Charter School, pursuant to Title 70, Section 3-134(E)(3) of the Oklahoma Statutes. This submission is intended to satisfy the concerns outlined in the Board's February 13 rejection letter and to provide clarification and additional documentation responsive to the issues identified therein.

As set forth in our Letter of Intent, Ben Gamla Jewish Charter School seeks authorization to establish a virtual public charter school serving students statewide. The school's vision is that Oklahoma students will gain a rigorous, values-based education that integrates general academic excellence with Jewish religious learning and ethical development. Its mission is to provide an online program for grades K–12 delivering Oklahoma's state-approved academic standards alongside Jewish religious studies, enabling students to achieve college readiness while developing deep Jewish knowledge, faith, and values within a supportive learning community. The attached Addendum reaffirms and clarifies how this mission will be implemented in full compliance with Oklahoma and federal laws.

While it is our aim in the attached Addendum to fully satisfy the concerns identified by the Board and staff, we also wish to reiterate our clear intent to pursue approval and launch of Ben Gamla Jewish Charter School consistent with the mission detailed in our Letter of Intent. We remain committed to delivering a high-quality virtual instructional model that blends synchronous and asynchronous learning; aligns college-preparatory coursework with Oklahoma Academic Standards; provides structured systems for attendance, engagement, and accountability; and offers appropriate student services across a statewide platform. We further affirm our commitment to governance, fiscal transparency, and operational readiness consistent with all statutory and regulatory requirements governing statewide charter schools.

We appreciate the Board's careful review of our application and its stated concerns, and we welcome continued engagement to ensure that all statutory and compliance standards are fully met. We remain prepared to provide any additional information or clarification the Board may require during this reconsideration process. Further, should the Board desire a full revised application, we are prepared to make this available upon request.

Thank you for your time and thoughtful consideration.

1

Respectfully submitted,

Peter Deutsch
For The National Ben Gamla Jewish Charter School Foundation, Inc.
P.O. Box 817689
Hollywood, FL 33081
Email: prdeutsch1@gmail.com
Phone: 954-232-9579

| Addendum to Ben Gamla Jewish Charter School |
| :---: |
| **Revised Application for Initial Authorization** |

The following are offered in response to the ten reasons for rejection of the Ben Gamla Charter School Application for Initial Authorization:

*1. The application refers to the governing board holding virtual meetings which does not comply with the Open Meeting Act, 25 O.S. §§ 301–314, as required in under title 70, section § 3-136(A)(15).*

**Response**

The Board affirms that, upon authorization by the Oklahoma Statewide Charter Board, the Governing Board for Ben Gamla Jewish Charter School will cease all virtual meetings and commence public meetings in compliance with Oklahoma's Open Meetings Act pursuant to all provisions in 25 O.S. §§ 301–314, as required in under title 70, section § 3-136(A)(15).

*2. The school's governing board structure does not comply with title 70, section 3-136(A)(7) of the Oklahoma Statutes because two board members reside outside of Oklahoma. Section 3-136(A)(7) requires all board members to be Oklahoma residents.*

**Response**

In compliance with 70, section 3-136(A)(7), the following Oklahoma residents are the current members of the Ben Gamla Jewish Charter School and additional Oklahoma members will be added:

1. Brett Farley (parent)

2. James Timberlake

3. Brandy Belding

4. Robert Ruiz

5. Kandice Jeske

6. Mike Lapolla

7. Tzvi Meth

*3. The governing board of the school is currently comprised of three (3) board members, and there is no indication that these board members will have a child or grandchild attend the school. School governing boards are required to include five (5) members, with 1 being a parent, grandparent, or guardian of a student attending or who previously attended the charter school under OKLA. ADMIN. CODE § 777:10-1-3(c)(3).*

**Response**

See above indication for "parent".

*4. The description of the relationship between the foundation and the school indicates concerning overlap similar to that of an Educational Management Organization that operates and manages a school without a clear separation between the organizations such as contractor and vendor as required under OKLA. ADMIN. CODE § 777:10-1-4(1).*

**Response**

The Board attests that The National Ben Gamla Jewish Charter School Foundation, Inc. maintains clear separation from the Governing Board for the Ben Gamla Jewish Charter School. Further, we affirm that upon authorization, the Governing Board will engage an approved Educational Management Organization as required by OKLA. ADMIN. CODE § 777:10-1-4(1) and the draft contract for that proposed engagement will be submitted to the SCSB for approval in advance of execution as required by Oklahoma statute and in accordance with the Oklahoma Charter School contract template provision 6.1.6.

*5. The application states that the Board has not adopted a formal disciplinary policy and, as a result, did not include a discipline policy in its application as required by title 70, section 3-134(B)(18) of the Oklahoma Statutes.*

**Response**

See disciplinary policy attachment #1.

*6. Without an approved disciplinary policy included in the application, the Board cannot verify that the school will follow student suspension requirements set forth in title 70, sections 24-101.3 and 3-136(A)(11) of the Oklahoma Statutes.*

**Response**

See suspension requirements attachment #2.

*7. The statement of assurances required of governing board members by OKLA. ADMIN. CODE § 777:10-3-3(b)(8)(L) (requiring governing board members to assure full compliance with federal and Oklahoma law) were modified to caveat compliance and afford legal latitude.*

**Response**

See attached Statements of Assurance for the members of the Governing Board pursuant to OKLA. ADMIN. CODE § 777:10-3-3(b)(8)(L).

*8. The special education component of the application caveats compliance by disclaiming "so long as compliance does not compromise Ben Gamla's religious tenets and instructional model." This does not comply with title 70, section 3-136(A)(6) of the Oklahoma Statutes.*

4

**Response**

The Board attests that Ben Gamla Jewish Charter School will comply with all federal and state laws relating the education of children with disabilities in the same manner and instructional model as an Oklahoma public school district including, but not limited to: The Individuals with Disability Education Act (IDEA), 20 USC §§ 1400-1482; Section 504 of the Rehabilitation Act of 1973 [29 USC § 794]; Title II of the Americans with Disabilities Act; and Policies and Procedures of the Oklahoma State Department of Education for Special Education in Oklahoma.

*9. Between the letter of intent and application, material discrepancies in grades served and projected enrollment exist. Specifically, these are:*

   a. *In the letter of intent submitted on November 3, 2025, you indicated that the school would serve grades 9–12 and anticipated a 40-student enrollment initially.*

   b. *In the application submitted on December 30, 2025, you stated that the school would serve grades K–12 (adding a total of nine other grades) and anticipated a target enrollment of 400—10 times the amount set forth in the letter of counsel. For grades 9–12, the target enrollment was 160—four times the amount set forth in the letter of intent.*

**Response**

Our Letter of Intent (see attachment #3) indicated a plan to provide online education for grades 9-12. In the course of preparation of our application and after significant internal discussion, the Board resolved that providing a fuller offering for grades K-12 represents a more robust and meaningful education program for Ben Gamla Jewish Charter School. Moreover, offering a fuller educational system that exposes students to rigor and academic standards of excellence in the earlier years better prepares them for performance in grades 9-12.

*10. Title 70, section 3-136(A)(2) of the Oklahoma Statutes states, "A charter school shall be nonsectarian in its programs, admission policies, employment practices, and all other operations. A sponsor may not authorize a charter school or program that is affiliated with a nonpublic sectarian school or religious institution." The Oklahoma Supreme Court issued an opinion in 2024, Drummond.v¡.Oklahoma.Statewide.Virtual.Charter.Sch¡.Bd¡?.2024 OK 53, 558 P.3d 1, holding, "Under Oklahoma law, a charter school is a public school and, as such, must be nonsectarian." Finally, the U.S. Supreme Court in consolidated cases 24-394 and 24-396 ordered that the judgment of the Supreme Court of Oklahoma is affirmed.*

**Response**

As indicated in our cover letter, the Board reaffirms our commitment to provide a rigorous, values-based education that integrates general academic excellence with Jewish religious learning and ethical development. It is our sincere hope that members of the Oklahoma Statewide Charter Board will recognize our sincere mission to expand quality educational opportunities in Oklahoma with the same level of rigor and academic standards that have marked similar awardwinning charter schools in Florida.

| Attachment #1 |
|---|

## STUDENT CONDUCT, BEHAVIOR AND DISCIPLINE

The Ben Gamla Jewish Charter School is committed to providing an environment where students can learn, grow, and interact in ways that promote academic success, personal responsibility, and community well-being. Expectations outlined below apply to all students across virtual platforms, school-sponsored activities, and in-person events.

These policies at Ben Gamla function as a preventative and instructional framework that establishes clear expectations for student conduct and reinforces positive behaviors across the school community. Rather than reacting to misconduct alone, the policy emphasizes teaching and supporting behaviors that contribute to a healthy school culture.

Ben Gamla students are expected to align their actions with three guiding values:

Be Respectful
Be Responsible
Be Resilient

These expectations apply in academic settings, online platforms, school events, and interactions with peers and staff.

Being Respectful includes attentive listening, following instructions, engaging appropriately during virtual sessions, supporting classmates, and maintaining punctuality for both virtual and in-person activities.

Being Responsible requires students to manage their academic and behavioral obligations. This includes submitting coursework by weekly deadlines, completing benchmark assessments on time, attending required virtual sessions, responding to school communications, and accepting accountability for behavior during school-sponsored events.

Being Resilient reflects perseverance and adaptability. Students show resilience by continuing effort when work becomes challenging, seeking assistance from Teachers or Community Family Advisors, asking questions, reviewing feedback to improve performance, completing assignments despite setbacks, and engaging confidently with new peers.

Teachers and staff consistently observe and reinforce positive behavior aligned with Ben Gamla values. Students who demonstrate these attributes may receive recognition or rewards. Learning Coaches are encouraged to collaborate with teachers to support and reinforce positive conduct.

## DIGITAL CONDUCT AND K-12 EXPECTATIONS

Appropriate Online Behavior

All students using online platforms are expected to conduct themselves in ways that promote a positive digital learning experience.

Students should:

- Communicate respectfully
- Maintain a constructive attitude
- Treat others with kindness
- Offer assistance when appropriate
- Participate responsibly and enjoy learning

Students should avoid:

- Negative or harmful language
- Profanity or inappropriate expressions
- Any form of online cruelty
- Cyberbullying Prohibited

Cyberbullying includes actions such as intimidation, threats, misuse of another person's login credentials, spreading false or harmful information, sharing offensive images or videos, and engaging in inappropriate discussions or messages. Any online behavior intended to harm, embarrass, or disrupt another individual is not permitted.

## HARASSMENT AND BULLYING PREVENTION

Ben Gamla strictly forbids harassment and bullying in all forms. Staff receive ongoing training to recognize, respond to, document, and report incidents.

Students and Learning Coaches are informed of bullying prevention strategies and school policies through ongoing education, including virtual sessions.

Bullying is defined as repeated conduct—verbal, physical, emotional, social, sexual, or electronic—that targets an individual or group and results in, or is intended to result in, emotional distress, physical harm, or interference with educational participation. Bullying may be directed toward students, staff, or administrators.

Students are encouraged to report bullying whether they experience it directly or witness it occurring. Reports may be made to a Community Advisor, counselor, principal, or other school personnel. All reports are investigated and addressed in accordance with Ben Gamla policy and state law.

## SCHOOL-SUPPORTED EVENTS AND CONDUCT EXPECTATIONS

Students attending school-sponsored activities must follow all behavioral expectations. Disruptive actions such as threatening conduct, physical altercations, or inappropriate language will result in immediate parent notification.

A three-strike system may be applied for minor behavioral violations, potentially resulting in suspension from future in-person events. However, severe infractions —including weapon

possession, drug violations, or serious bullying—are subject to immediate disciplinary action without warning.

## DRESS STANDARDS

Attire worn at in-person school functions must be appropriate, modest, and non-disruptive. Clothing that creates safety concerns or discomfort for others is not permitted. Certain events, such as graduation ceremonies, may require specific dress guidelines.

## ACCOUNT ACCESS AND ACADEMIC COMPLIANCE

A student account may be locked when school staff have made multiple unsuccessful attempts to address urgent concerns such as missed academic deadlines, poor Live Class attendance, or failure to participate in required state testing.

Account access will be restored once the student completes the necessary corrective steps, which may include completing assessments, scheduling a Back on Track meeting, or attending required testing. Students or Learning Coaches who are unsure how to resolve an account lock should immediately contact their Community Advisor.

## WEAPONS AND THREATENING BEHAVIOR

The possession, use, transfer, or display of any weapon—or any item reasonably perceived as a weapon—at any Ben Gamla-sponsored in-person activity is grounds for immediate expulsion.

Weapons include firearms, objects designed or used to cause bodily harm, and imitation or look-alike weapons. Items such as bats, bottles, sticks, locks, pipes, pencils, or pens may be classified as weapons if used or intended to cause harm. Self-defense devices are not permitted at school events.

Threats involving weapons or violent language may result in similar disciplinary consequences. Law enforcement or juvenile authorities will be notified as required. The Head of School or designee may review cases individually.

## DRUGS, ALCOHOL, AND PROHIBITED SUBSTANCES

Ben Gamla maintains a strict alcohol- and drug-free environment. The possession, use, distribution, or sale of illegal drugs, controlled substances, alcohol, mood-altering substances, or prohibited materials is not allowed on school property, during virtual sessions, or at any school-sponsored activity.

Improper use or distribution of prescription or over-the-counter medications is also prohibited. Marijuana use or possession is forbidden in all school-related contexts, including transportation vehicles.

Violations may result in immediate expulsion and notification of law enforcement. The Head of School may consider modifying consequences based on individual circumstances.

## TOBACCO-FREE POLICY

Ben Gamla is dedicated to promoting student and staff health by maintaining a tobacco-free environment. Tobacco products of any kind are prohibited on school property, during virtual sessions, and at school-sponsored events.

Students found using or possessing tobacco products at school-related activities may face expulsion and potential involvement of juvenile authorities.

Final disciplinary decisions may be reviewed by the Head of School.

## VAPING PROHIBITION

The use, possession, promotion, or distribution of vaping devices or vaping related products is strictly forbidden in all Ben Gamla learning environments— virtual and in-person.

Prohibited items include e-cigarettes, vape pens, mods, cartridges, e-liquids (with or without nicotine), and all related accessories. This policy applies regardless of student age and covers classes, events, extracurricular activities, and any Ben Gamla-affiliated function.

Violations may result in disciplinary action including parent notification, educational interventions on vaping risks, suspension from activities, or referral to law enforcement. Counseling and prevention resources are available through school wellness programs.

## GANG-RELATED ACTIVITY PROHIBITION

Gang involvement or gang-associated behavior is not permitted at any Ben Gamla school activity or event. Such behavior is considered dangerous, disruptive, and inconsistent with the school's mission.

Students engaging in gang-related conduct may face suspension, disciplinary consequences, or criminal charges depending on the severity of the behavior.

Reporting Requirements

In accordance with Section 650.7 of Title 21 of the Oklahoma Statutes, school employees who reasonably suspect gang involvement by a student under eighteen must notify the designated school authority. That authority may contact local law enforcement. Reports may be made verbally, in writing, or through district-approved methods.

Employees or contractors acting in good faith are protected from civil or criminal liability related to such reports.

9

| Attachment #2 |
|---|

## STUDENT DISCIPLINE, REMOVAL, AND DUE PROCESS GUIDELINES

### GENERAL AUTHORITY AND DISCIPLINARY OVERSIGHT

Maintaining a safe, orderly, and productive virtual learning environment requires clearly defined disciplinary authority. The Principal, or a designated administrator, may impose a short-term suspension lasting up to ten (10) school days. The Principal has authority to impose long-term suspensions or expulsions of up to eighty (80) school days, and in certain cases, up to one (1) calendar year.

Beginning with the applicable school year, students enrolled in grades kindergarten through three shall not be subjected to out-of-school suspension or expulsion except under limited circumstances. These include incidents involving firearms, knife offenses, bomb threats, criminal acts resulting in serious bodily injury or substantial property damage, or situations in which removal is necessary to protect the immediate safety of the student, peers, or school personnel.

A student may not be suspended or expelled solely due to unexcused absences from virtual instruction.

### EMERGENCY REMOVAL IN A VIRTUAL SETTING

If the Principal or designee determines that a student's continued participation in live virtual sessions or school-sponsored activities presents a health concern, poses a threat to individuals or property, or substantially disrupts the educational process, the student may be temporarily removed from participation without completing the full suspension or expulsion procedure beforehand.

For students in grades kindergarten through three, emergency removal will typically apply only for the remainder of the school day, and the student may resume participation the next school day unless further disciplinary review is warranted.

For students in grades four through twelve, removal from virtual classes or activities requires prompt notice and a follow-up opportunity for a hearing on the next school day.

### FIREARMS, KNIVES, AND SERIOUS OFFENSES

A mandatory expulsion of one (1) year shall be imposed for bringing a firearm to any school-sponsored activity, field trip, interscholastic event, extracurricular function, or any location being used for an official School program.

Expulsion for a period not exceeding one (1) year may also be imposed for:

- Possessing or introducing a firearm at a School-related activity
- Bringing a knife to a School-sponsored event
- Possessing a firearm or knife at a School function, even if another individual originally introduced the item

10

- Committing an act that would constitute a serious criminal offense if committed by an adult and that results in major physical injury or significant property damage
- Issuing a bomb threat connected to a School activity or event

A firearm includes any weapon designed to expel a projectile by explosive action, including starter guns, frames or receivers, silencers, and destructive devices such as bombs, grenades, rockets exceeding four ounces of propellant, missiles with more than one-quarter ounce of explosive charge, mines, or similar devices.

A knife refers to any sharp-bladed instrument capable of inflicting serious bodily harm.

## MODIFICATION OF ONE-YEAR EXPULSIONS

The Principal may adjust a mandatory one-year expulsion under specific circumstances, including but not limited to:

- Recommendations from individuals knowledgeable about the student's needs under the Individuals with Disabilities Education Act
- Evidence that the student did not realize they possessed the prohibited item
- Evidence that the student did not understand the item qualified as a firearm or knife
- Situations where the item was brought as part of an educational activity without awareness of its prohibited status
- Eligibility for placement in an alternative program

## ADDITIONAL GROUNDS FOR EXPULSION OR SUSPENSION

Students may be expelled for up to eighty (80) school days for substantial misconduct, serious rule violations, or other justified reasons.

During any period of suspension or expulsion, students may not participate in live virtual sessions, extracurricular programs, field trips, or other School-related events without express permission from the Principal. Participation in schoolsponsored functions during disciplinary periods requires administrative approval.

## INSTRUCTIONAL ACCESS DURING DISCIPLINE

Students assigned in-school suspension will participate in a structured, supervised virtual learning setting and may complete academic assignments missed due to the disciplinary action.

For out-of-school suspensions, the Board authorizes continued access to instructional materials. Educational services may include online assignments, tutoring sessions, completion of exams or quizzes, written reflections related to the behavior incident, and graded coursework. Students must be given the opportunity to complete missed assignments and earn at least partial credit. Grades may be adjusted due to the disciplinary status; however, completed work will not automatically receive a failing grade solely because of the suspension.

The Principal may extend all or part of an expulsion into the subsequent school year.

If an out-of-school suspension occurs within the final ten (10) school days of the academic year, it will not carry forward into the next school year. Instead, alternative consequences—such as community service or other approved assignments—may be required during the first full weekday of summer break. Failure to complete assigned consequences may result in further administrative action, though not automatic carryover of the suspension.

## EXTRACURRICULAR PARTICIPATION

Participation in co-curricular and extracurricular activities is considered a privilege. The Principal may prohibit a student from involvement in some or all extracurricular activities based on misconduct. The duration of such restriction will reflect the seriousness of the behavior and will align with the Code of Conduct. Because extracurricular involvement is not a right, notice and appeal procedures are not required for such restrictions.

## ALTERNATIVE CONSEQUENCES

The Board authorizes the Principal to assign community service or other restorative measures either alongside or instead of suspension or expulsion, except in cases involving mandatory firearm expulsion.

## APPEAL STRUCTURE

For suspension appeals, the Board will designate a representative for appeals of expulsion. Decisions shall be heard by a designee who had no involvement in the original expulsion determination.

The Board will be responsible for ensuring that all disciplinary actions comply with applicable laws and this policy.

## DUE PROCESS: SUSPENSION PROCEDURES

The following procedures apply to out-of-school suspensions (not in-school suspensions):

Before a suspension is imposed, the student will receive written Notice of Intent outlining:

**The reasons for the proposed suspension**

If applicable, and if the student is age sixteen (16) or older, notice that permanent exclusion may be pursued for certain serious criminal offenses

Students will have an opportunity for an informal conference with the Principal or designee to respond to the allegations. Witnesses are not permitted at this informal meeting.

When feasible, and for students in grades kindergarten through three, consultation with a contracted mental health professional will occur prior to suspension. If additional mental health services appear necessary, assistance will be provided to parents or guardians in identifying available providers, without financial obligation to the School.

12

Within one school day of imposing suspension, written notice will be sent to the parent, guardian, or custodian explaining:

- The reason for suspension
- The right to appeal to the Board of Directors or its designee within fourteen (14) days
- The right to representation
- The right to request a hearing, including executive session

## DUE PROCESS: EXPULSION PROCEDURES

Only the Principal has authority to expel a student.

Prior to expulsion:

- Written notice of intent to expel must be delivered to both the student and parent/guardian.

The notice must state:

- The grounds for the proposed expulsion
- The date, time, and location (virtual or otherwise) of the hearing, scheduled no sooner than three (3) and no later than five (5) school days after notice, unless extended at the family's request
- If applicable, notice of possible permanent exclusion for students age sixteen (16) or older

For students in grades kindergarten through three, consultation with a mental health professional will occur when feasible, and families will be assisted in locating appropriate services if needed.

A formal hearing will allow the student and family to present their response before the Superintendent.

Within one school day following an expulsion decision, written notice will be provided to the parent/guardian and the Board of Directors detailing:

- The reasons for expulsion
- The right to appeal within fourteen (14) days
- The right to representation
- The right to request executive session
- If applicable, notice of potential permanent exclusion

When expulsion exceeds twenty (20) days or extends into a new semester or school year, families will also receive information about community-based programs designed to address behavioral concerns.

The Principal must complete expulsion proceedings even if the student withdraws before the hearing concludes.

## PROHIBITION OF CORPORAL PUNISHMENT

Under no circumstances shall teachers, administrators, non-licensed employees, or transportation personnel use corporal punishment as a disciplinary measure.

Reasonable physical intervention may be used only when necessary to prevent imminent injury, secure dangerous objects, defend oneself, or protect individuals or property during a disturbance at a school-sponsored activity.

| Attachment #3 |
| --- |

November 3, 2025

Oklahoma Statewide Charter School Board
M.C. Connors Building
2501 N. Lincoln Blvd., Suite 301
Oklahoma City, OK 73105

Dear Members of the Statewide Charter School Board,

On behalf of The National Ben Gamla Jewish Charter School Foundation, Inc. (the "Applicant"), I am pleased to submit this Letter of Intent to Apply for Authorization to establish Ben Gamla Jewish Charter School, a virtual public charter high school serving students across the State of Oklahoma beginning in the 2026–27 school year.

Vision. Ben Gamla envisions Oklahoma students gaining a rigorous, values-based education that integrates general academic excellence with Jewish religious learning and ethical development.

Mission. Ben Gamla will provide an online grades 9–12 program delivering Oklahoma's state-approved academic standards alongside Jewish religious studies, enabling students to achieve college readiness while developing deep Jewish knowledge, faith, and values within a supportive learning community.

Grades to be Served & Growth. The school will open as a high school (grades 9–12) and will remain a high school. We anticipate an initial enrollment of approximately 40 students across grades 9–12, with growth expected as awareness of the program expands.

Instructional Emphasis. Ben Gamla's virtual program will blend synchronous and asynchronous instruction, featuring:

- College-preparatory coursework aligned to Oklahoma Academic Standards;

- Daily Jewish religious studies (text, practice, ethics) delivered by qualified instructors;

- Individualized supports, advising, and co-curricular enrichment accessible online;

- Robust student attendance, engagement, and assessment systems appropriate to a statewide virtual high school.

- Applicant Information & Organizational Readiness.

- Applicant/Operator: The National Ben Gamla Jewish Charter School Foundation, Inc.

- Incorporation: Filed with the Oklahoma Secretary of State on June 5, 2025; nonprofit entity in goodstanding (EIN pending; the Foundation will pursue 501(c)(3) recognition).

15

- Training: A member of the founding team will complete the required Charter School Applicant Trainingprior to submission of the full application.

- Board/Founding Team (initial):

- Peter Deutsch — Yale Law graduate; former Member of the U.S. House of Representatives; founderof Ben Gamla Hebrew language and culture charter schools in Florida.

- Brett Farley — Executive Director, Catholic Conference of Oklahoma; background in policy, advocacy,and organizational leadership.

- Ezra Husney — Yale Law graduate; experience in religious-freedom law (including federal clerkship).

In submitting this Letter of Intent, the Applicant affirms its capacity and commitment to develop a complete application that details governance, academics, operations, finance, virtual-school compliance (attendance, accountability, and student services), and all other requirements of the Oklahoma Statewide Charter School Board.

Thank you for your consideration. We look forward to engaging with the Board and staff during the upcoming authorization cycle.

Sincerely,

Peter Deutsch
For The National Ben Gamla Jewish Charter School Foundation, Inc.
P.O. Box 817689 • Hollywood, FL 33081
Email: prdeutsch1@gmail.com • Phone: 954-232-9579

16

# Exhibit 2-D



March 10, 2026

Mr. Brett Anthony Farley
Ben Gamla Jewish Charter School
20183 Highlander Ridge Dr.
Edmond, OK 73012


Dear Mr. Farley,

In compliance with 70 O.S. § 3-134 and OAC 777:10-3-3, the Statewide Charter School Board (SCSB) met on Monday, March 9, 2026, at 1:00 p.m. in a regular open meeting held at the Oklahoma History Center located at 800 Nazih Zuhdi Drive in Oklahoma City, Oklahoma to consider the Ben Gamla Jewish Chater School Revised Application for Initial Authorization submitted to the SCSB on February 17, 2026.

Board action was taken to reject the application with a unanimous vote by the quorum of board members present at the February 2026 regular public board meeting.

The following reason for rejection was cited: Chapter 70-3-136 of the Oklahoma Charter Schools Act states, "A. Beginning July 1, 2024, a written contract entered into between the Statewide Charter School Board and the governing board of a charter school or statewide virtual charter school or a written contract entered into between a sponsor and the governing board of a charter school shall ensure compliance with the following: 2. A charter school shall be nonsectarian in its programs, admission policies, employment practices, and all other operations. A sponsor may not authorize a charter school or program that is affiliated with a nonpublic sectarian school or religious institution." Further, the Supreme Court of Oklahoma in case number 121694 concluded, "Under Oklahoma law, a charter school is a public school and, as such, must be nonsectarian." Finally, the Supreme Court of the United States in cases numbered 24-394 and 24-396 ordered and adjudged that the judgement of the Supreme Court of Oklahoma is affirmed.

Should questions arise, please contact the SCSB office.

Sincerely,

Skyler H. Lusnia CPA, CIA
Director of School Performance
Statewide Charter School Board
2501 N. Lincoln Blvd. Ste 201
Oklahoma City, OK 73105
405.331.0381
skyler.lusnia@SCSB.ok.gov