**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

                  *Plaintiffs*,

      v.

GENTNER DRUMMOND, in his official
capacity as Attorney General of Oklahoma,
*et al.*,

                *Defendants*.

Case No. 5:26-cv-00582-R

**PLAINTIFFS' AMENDED**
**CERTIFICATE OF SERVICE**

On March 27, 2026, Plaintiffs National Ben Gamla Jewish Charter School Foundation, Inc., and Peter Deutsch filed a Motion for Preliminary Injunction and Opening Brief in Support of the Motion for Preliminary Injunction. Dkts. 10-11. The motion and brief contained Certificates of Service stating the documents were served upon the Defendants on March 27, 2026, in accordance with Fed. R. Civ. P. 5(b)(2)(B)(i). This Amended Certificate of Service confirms that Defendants were served on March 30, 2026 via private process server.

Dated: March 31, 2026

Respectfully submitted,

/s/ Eric S. Baxter

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
Tel 405-235-5500
*RMcCampbell@Gablelaw.com*

Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Phillip J. Allevato*†
  CA Bar No. 362581
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Application pro hac vice to the Western District of Oklahoma pending.*

*†Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*