**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

----------------------------------------------------- :
THE NATIONAL BEN GAMLA            :
JEWISH CHARTER SCHOOL          :    Case No. 5:26-cv-00582-R
FOUNDATION, INC., et al.,            :
                                       :
           *Plaintiffs*,            :
                                         :
     -against-                 :
                                         :
GENTNER DRUMMOND, in his official    :
capacity as Attorney General of        :
Oklahoma, et al.,                  :
                                         :
           *Defendants*.           :
                                         :
---------------------------------------------------- :

**MOTION BY PROPOSED INTERVENORS RABBI DANIEL KAIMAN, ET AL.**
**FOR ADMISSION *PRO HAC VICE***
**OF SAMUEL TROXELL GROVER**

Proposed Intervenors Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley, and Gene Perry hereby move the Court for an Order admitting attorney Samuel Troxell Grover to appear in this action *pro hac vice* as counsel for them.  The undersigned local counsel for Proposed Intervenors certifies that Mr. Grover is associated with him for purposes of this case and is a member in good standing of the bar of the highest court of the state or jurisdiction where he resides or is licensed.  This Motion is supported by an attached Request for Admission *Pro Hac Vice* form provided by the court clerk's office.

Respectfully submitted on <mark>April 1</mark>, 2026.

s/ Brent Rowland
Brent Rowland, OBA No. 13415
Oklahoma Appleseed Center for
Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org

*Attorney for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I caused copies of the foregoing document

and all supporting attachments to be served on Plaintiffs' counsel via ECF, and to

Defendants and their counsel by mail and email at the addresses below:

Gentner Drummond, Attorney General
Garry M. Gaskins, II, Solicitor General
Brad Clark, General Counsel
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
*Gentner.Drummond@oag.ok.gov*
*Garry.Gaskins@oag.ok.gov*
*Bradley.Clark@oag.ok.gov*

Hiram Sasser
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
*hsasser@firstliberty.org*

Skyler H. Lusnia
William Pearson
Amber Hidy
Britni Tomcho
David Rutkauskas
Damon Gardenhire
Dr. Kitty Campbell
Jared Buswell
Lindel Fields
Brian T. Shellem
Rebecca Wilkinson
M.C. Connors Building
2501 N. Lincoln Blvd., Suite 301
Oklahoma City, OK 73105


s/ Brent Rowland
Brent Rowland

3