UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC., and PETER
DEUTSCH

vs.                                    Plaintiff(s)

Case No. 5:26-cv-00582-R

GENTNER DRUMMOND, in his official
capacity as Attorney General of Oklahoma, et al.

Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.  Full name: Samuel Troxell Grover

2.  State bar membership number: Wisconsin Bar #: 1096047

3.  Business address, telephone and fax numbers:

    PO Box 750
    Madison WI 53701
    608-256-8900
    FAX 608-204-0422

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    See attached for complete list

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

    A check for $100 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

    DATED this ___30th___ day of __March 2026__.

                                        /s/ Samuel T. Grover

005/rvsd 04-23                          Signature of Applicant

**Court and Bar Admissions for Samuel Grover**

| State or Federal Court | Admission Date |
| --- | --- |
| United States Supreme Court | 2/24/2025 |
| U.S. Court of Appeals for the First Circuit | 10/13/2019 |
| U.S. Court of Appeals for the Second Circuit | 5/27/2025 |
| U.S. Court of Appeals for the Fifth Circuit | 10/7/2016 |
| U.S. Court of Appeals for the Seventh Circuit | 9/1/2017 |
| U.S. Court of Appeals for the Ninth Circuit | 12/26/2023 |
| U.S. Court of Appeals for the Tenth Circuit | 3/27/2024 |
| U.S. District Court for the Western District of Wisconsin | 12/12/2014 |
| U.S. District Court for the Western District of Texas | 3/7/2016 |
| U.S. District Court for the Southern District of Texas | 2/11/2019 |
| Supreme Court of Wisconsin | 4/10/2014 |