AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00582-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENTNER DRUMMOND, IN HIS OFFICIAL CAPACITY AS ATTORNEY OF OKLAHOMA was received by me on *(date)* 3/24/2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C/O DEBBIE ELIAS, ATTORNEY GENERAL LEGAL COUNCIL , who is designated by law to accept service of process on behalf of *(name of organization)* GENTNER DRUMMOND, IN HIS OFFICIAL CAPACITY AS ATTORNEY OF OKLAHOMA on *(date)* Thu, Mar 26 2026 at 11:10 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/26/2026

_____
*Server's signature*

Leaf DiMaria (PSS- 2025-14)
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# AFFIDAVIT OF SERVICE

| Case:<br>5:26-cv-00582-R | Court:<br>UNITED STATES DISTRICT | County:<br>WESTERN DISTRICT OF<br>OKLAHOMA | Job:<br>15539247 (017965-<br>00001) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>THE NATIONAL BEN GAMLA JEWISH CHARTER<br>SCHOOL FOUNDATION, INC., ET AL | | **Defendant / Respondent:**<br>GENTNER DRUMMOND, IN HIS OFFICAL CAPACITY AS<br>ATTORNEY GENERAL OF OKLAHOMA, ET AL | |
| **Received by:**<br>WEST WAY LLC | | **For:**<br>GABLE GOTWALS | |
| **To be served upon:**<br>GENTNER DRUMMOND, IN HIS OFFICIAL CAPACITY AS ATTORNEY OF OKLAHOMA | | | |

I, Leaf DiMaria (PSS- 2025-14), being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    C/O CASSANDRA FRANSEN, AUTHORIZED AGENT, OFFICE OF THE OKLAHOMA
ATTORNEY GENERAL : 313 NORTHEAST 21ST STREET, OKLAHOMA CITY, OK 73105

**Manner of Service:**    Authorized, Mar 30, 2026, 10:18 am CDT

**Documents:**    PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AMENDED NOTICE FOR
LEAVE TO APPEAR PRO HAC VICE, PLAINTIFF'S OPENING BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION

**Additional Comments:**

_Leaf Di'Maria_     3/30/2026

Leaf DiMaria (PSS- 2025-14)          Date

Subscribed and sworn to before me by the affiant who is
personally known to me.

_C West_

Notary Public

3/30/26

Date          Commission Expires



C WEST
NOTARY
# 06005777
EXP. 06/13/26
PUBLIC
STATE OF OKLAHOMA

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC. and PETER DEUTSCH,<br><br>Plaintiff(s),<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, REBECCA WILKINSON, in her official capacity as Executive Director, BRIAN T. SHELLEM, in his official capacity as Chairman, and BRITNI TOMCHO, AMBER HIDY, DAMON GARDENHIRE, WILLIAM PEARSON, JARED BUSWELL, DAVID RUTKAUSKAS, LINDEL FIELDS, and DR. KITTY CAMPBELL, in their official capacities as members of the Oklahoma Statewide Charter School Board, and SKYLER H. LUSNIA, in his official capacity as Director of School Performance,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CIV-26-582-R<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gentner Drummond, in his official capacity as Attorney General of Oklahoma
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert G. McCampbell
David R. Herber
GABLEGOTWALS
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
12:59 pm, Mar 24, 2026
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*