**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

---------------------------------------------------- :
:
THE NATIONAL BEN GAMLA                   :
JEWISH CHARTER SCHOOL                    :     Case No. 5:26-cv-00582-R
FOUNDATION, INC., et al.,                      :
:
                        *Plaintiffs*,               :
:
        -against-                                    :
:
GENTNER DRUMMOND, in his official      :
capacity as Attorney General of             :
Oklahoma, et al.,                              :
:
                        *Defendants*.              :
:
:
---------------------------------------------------- :

## ENTRY OF APPEARANCE OF JESSICA LEVIN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Proposed Intervenor-Defendants

Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy

McKee, Michele Medley, and Gene Perry.

I certify that I am admitted to practice *pro hac vice* for purposes of this case in this

court and am registered to file documents electronically with this court.

Respectfully submitted on April 13, 2026.

s/ Jessica Levin
Jessica Levin
California Bar No. 338240 (admitted *pro hac vice*)
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815 x150
jlevin@edlawcenter.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused copies of the foregoing document to be served on Plaintiffs' counsel via ECF, to Defendant Attorney General Gentner Drummond's office by mail and email, and to counsel for the Oklahoma Statewide Charter School Board Defendants by email (with consent), at the addresses below:

Gentner Drummond, Attorney General (*Gentner.Drummond@oag.ok.gov*)
Garry M. Gaskins, II, Solicitor General (*Garry.Gaskins@oag.ok.gov*)
Brad Clark, General Counsel (*Bradley.Clark@oag.ok.gov*)
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Hiram Sasser (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP

s/ Jessica Levin
Jessica Levin