**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

```
------------------------------------------------  :
                                                  :
THE NATIONAL BEN GAMLA                            :
JEWISH CHARTER SCHOOL                             :    Case No. 5:26-cv-00582-R
FOUNDATION, INC., et al.,                         :
                                                  :
              Plaintiffs,                         :
                                                  :
      -against-                                   :
                                                  :
GENTNER DRUMMOND, in his official                 :
capacity as Attorney General of                   :
Oklahoma, et al.,                                 :
                                                  :
              Defendants.                         :
                                                  :
------------------------------------------------  :
```

## ENTRY OF APPEARANCE OF NANCY A. NOET

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Proposed Intervenor-Defendants

Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy

McKee, Michele Medley, and Gene Perry.

I certify that I am admitted to practice *pro hac vice* for purposes of this case in this

court and am registered to file documents electronically with this court.

Respectfully submitted on April 15, 2026.
/s/ Nancy A. Noet
Nancy A. Noet
Wisconsin Bar No. 1023106 (admitted pro hac vice)
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
608-256-8900
noetn@ffrf.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I caused copies of the foregoing document to be served on Plaintiffs' counsel via ECF, to Defendant Attorney General Gentner Drummond via ECF, and to counsel for the Oklahoma Statewide Charter School Board Defendants by email (with consent), at the addresses below:

Hiram Sasser (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP

/s/ Nancy A. Noet
Nancy A. Noet

2