**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., and PETER DEUTSCH,<br><br>   Plaintiffs,<br><br>v.<br><br>GENTER DRUMMOND, in his official capacity as Attorney General of Oklahoma; REBECCA WILKINSON in her official capacity as Executive,<br><br>   Denfendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:26-cv-582-R<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please take notice that Anthony J. Ferate of Spencer Fane LLP enters his appearance for

Defendants in the above-entitled matter. See attached Defendants Exhibit 1.

           Respectfully submitted,

           *s/Anthony J. Ferate*
           Anthony J. Ferate, OBA No. 21171
           Spencer Fane LLP
           9400 North Broadway Extension, Suite 600
           Oklahoma City, Oklahoma 73114-7423
           Telephone: (405) 844-9900
           Facsimile: (405) 844-9958
           Email: ajferate@spencerfane.com
           **Attorney for Defendants**

## CERTIFICATE OF MAILING

I herby certify that on the 16th day of April , 2026 I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to those registered participants of the ECF system.

*s/Anthony J. Ferate*