**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al.

              Plaintiff(s),

    v.

GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, et al.

              Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  5:26-cv-00582-R

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| Plaintiffs | THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., and PETER DEUTSCH |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Phillip J. Allevato          4/15/2026

Signature                            Date

Phillip J. Allevato

Print Name

The Becket Fund for Religious Liberty

Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

1919 Pennsylvania Ave. NW, Suite 400

Address

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | Zip Code |

202-955-0095

Telephone

pallevato@becketfund.org

Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on April 15, 2026          , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.


☐ I hereby certify that on                          , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:


s/ Phillip J. Allevato

s/ Attorney Name