# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*, | Case No. 5:26-cv-00582-R |
| *Plaintiffs*, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS REBECCA WILKINSON AND SKYLER H. LUSNIA** |
| v. |  |
| GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, *et al.*, |  |
| *Defendants*. |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the National Ben Gamla Jewish Charter School Foundation, Inc., and Peter Deutsch hereby voluntarily dismiss without prejudice their claims against Defendants Rebecca Wilkinson, sued in her official capacity as Executive Director of the Oklahoma Statewide Charter School Board, and Skyler H. Lusnia, sued in his official capacity as Director of School Performance for the Oklahoma Statewide Charter School Board.

Plaintiffs' claims against remaining Defendants are not subject to this dismissal.

Dated: April 15, 2026

Respectfully submitted,

/s/ Eric S. Baxter

| | |
|---|---|
| Robert G. McCampbell | Eric S. Baxter |
|   OBA No. 10390 |   DC Bar No. 479221 |
| David A. Herber | Eric C. Rassbach |
|   OBA No. 33527 |   TX Bar No. 24013375 |
| GABLEGOTWALS | Daniel L. Chen |
| 499 W. Sheridan Ave., Suite 2200 |   DC Bar No. 1781783 |
| Oklahoma City, OK 73102 | Phillip J. Allevato* |
| Tel 405-235-5500 |   CA Bar No. 362581 |
| *RMcCampbell@Gablelaw.com* | THE BECKET FUND FOR RELIGIOUS LIBERTY |
| | 1919 Pennsylvania Ave. NW, Ste. 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | *ebaxter@becketfund.org* |

*\*Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, the foregoing was served on counsel for all parties via the Court's CM/ECF system.

/s/ Eric S. Baxter
Eric S. Baxter