**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*, | |
| *Plaintiffs*, | Case No. 5:26-cv-00582-R |
| v. | |
| GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, *et al.*, | |
| *Defendants*. | |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Plaintiffs the National Ben Gamla Jewish Charter School Foundation, Inc., and Peter Deutsch ("Plaintiffs") pursuant to Western District Rule LCvR83.3, respectfully move this Court for an order admitting Siena A. Marcelle, to this Court *pro hac vice,* for the purposes of representing Plaintiffs in the above matter. In support of this motion, Plaintiffs state as follows:

1.  Siena A. Marcelle is a member in good standing of the District of Columbia Bar. Her Request for Admission *Pro Hac Vice* is attached hereto as Exhibit "1."

2.  Siena A. Marcelle is expected to represent the Plaintiffs throughout this case.

David R. Herber, the attorney signing this motion, was a filing attorney on the initial pleading and has been duly and regularly admitted to practice in this honorable Court. Mr. Herber has entered his appearance, is a resident of Oklahoma, maintains an office in this state, and will continue as counsel in this case pursuant to LCvR83.3.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order allowing the entry of appearance of Siena A. Marcelle as counsel *pro hac vice* for Plaintiffs for all purposes in this action.

Dated: April 16, 2026                          Respectfully submitted,

*/s/ David R. Herber*

Robert G. McCampbell
(OBA No. 10390)
David R. Herber
(OBA No. 33527)
GABLEGOTWALS
499 W. Sheridan Avenue
Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
*RMcCampbell@Gablelaw.com*
*DHerber@Gablelaw.com*

*Attorneys for Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, the foregoing was served on counsel for all parties via the Court's CM/ECF system.

/s/ David R. Herber
David R. Herber

*Attorney for Plaintiffs*