UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al. | ) ) ) ) ) |
| vs.                                    Plaintiff(s) | )   Case No. ___5:26-cv-00582-R___ |
| GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, et al. | ) ) ) ) |
| Defendant(s) | ) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE  in support of which I represent that the answers to the following questions are complete, true and correct:

1.   Full name: __Siena A. Marcelle__

2.   State bar membership number: __90043763 (D.C. Bar)__

3.   Business address, telephone and fax numbers:

The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
T: 202-955-0095; F: 202-955-0090

4.   List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

The District of Columbia Bar

5.   Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes   ☑ No

6.   Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes   ☑ No
     (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.   Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes   ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
     (United States Government Attorneys are exempted from paying this fee.)

DATED this ___15th___ day of __April_____.

/s/ Siena A. Marcelle
_____
005/rvsd 04-23                           Signature of Applicant