**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION,
INC., and PETER DEUTSCH,

                Plaintiff(s),

    v.

GENTNER DRUMMOND, in his official
capacity as Attorney General of
Oklahoma; et al.

                Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-582-R

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Defendants , See attached Defendants Ex. 1 .
(Plaintiff/Defendant)           (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Hiram S. Sasser, III          April 16, 2026
Signature                                    Date

Hiram S. Sasser, III
Print Name

First Liberty Institute
Firm

2001 West Plano Parkway, Suite 1600
Address

Plano, Texas, 75075
City                    State                    Zip Code

(972) 941-4444
Telephone

hsasser@firstliberty.org
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on April 16, 2026 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on , I filed the attached document with the Clerk of the Court and served the attached document by on the following, who are not registered participants of the ECF System:

s/ Hiram S. Sasser, III

s/ Attorney Name