## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA
JEWISH CHARTER SCHOOL
FOUNDATION, INC., *et al.*,

     *Plaintiffs*,

v.

GENTNER DRUMMOND, in his
official capacity as Attorney General of
Oklahoma, *et al.*,

     *Defendants*.

Case No. 5:26-cv-00582-R

## DEFENDANTS' EXHIBIT 1

I enter my appearance as counsel in this case for:

Defendants   BRIAN T. SHELLEM, in his official capacity as Chairman;

AMBER HIDY, BRITNI TOMCHO, DAMON GARDENHIRE, DAVID

RUTKAUSKAS, DR. KITTY CAMPBELL, JARED BUSWELL, LINDEL

FIELDS, WILLIAM PEARSON, in their official capacities as members of

the Statewide Charter School Board.