UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION,
INC., and PETER DEUTSCH,

                                Plaintiff(s)

vs.

GENTNER DRUMMOND, in his official capacity as Attorney
General of Oklahoma; et al.

                                Defendant(s)

Case No. 5:26-cv-582-R

## REQUEST FOR ADMISSION PRO HAC VICE

      I hereby request admission to the Bar of this Court PRO HAC VICE  in support of which I represent that the answers to the following questions are complete, true and correct:

1.    Full name: Holly Mischelle Randall

2.    State bar membership number: Oklahoma: 34763; Texas: 24128002

3.    Business address, telephone and fax numbers:

    First Liberty Institute
    2001 W. Plano Parkway, Suite 1600
    Plano, Texas, 75075

4.    List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    Oklahoma Bar Association; State Bar of Texas; United States Supreme Court; United States Courts of Appeals for the Second, Fifth, Ninth, and Eleventh Circuits; Northern District of Texas, Eastern District of Texas, Western District of Texas, District of Colorado

5.    Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6.    Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.    Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

    A check for $100 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

    DATED this ___16___ day of _April_____.

                             /s/ Holly M. Randall

005/rvsd 04-23                           **Signature of Applicant**