**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA
JEWISH CHARTER SCHOOL
FOUNDATION, INC., *et al.*,

      *Plaintiffs*,

v.

GENTNER DRUMMOND, in his
official capacity as Attorney General of
Oklahoma, *et al.*,

      *Defendants*.

Case No. 5:26-cv-00582-R

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Defendants Brian T. Shellem, in his official capacity as Chairman, Amber Hidy, Britni Tomcho, Damon Gardenhire, David Rutkauskas, Dr. Kitty Campbell, Jared Buswell, Lindel Fields, and William Pearson, in their official capacities as members of the Statewide Charter School Board, pursuant to LCvR 83.2(g) and 83.3, respectfully move this Court for an order admitting Erin E. Smith to this court *pro hac vice* in this pending case. In support of this motion, Local Counsel for Defendants certifies the following:

1.     Ms. Smith is a member in good standing of the Oklahoma Bar Association and the State Bar of Texas. Ms. Smith's Request for Admission Pro Hac Vice is attached as Exhibit 1.

2.     Mr. Ferate, signatory on this motion, has personally appeared in this action. He is a resident of Oklahoma, maintains a law office within the state of

Oklahoma, and has been duly and regularly admitted to practice before this honorable Court.

Respectfully submitted this 16 day of April, 2026.

/s/ Anthony J. Ferate

Anthony J. Ferate, OBA No. 21171
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma, 73114
 (405) 844-9900
ajferate@psencerfane.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of April, 2026, I electronically submitted this document to the Clerk of Court via the ECF to be served on counsel for Plaintiffs, Defendant, and Proposed Intervenors.

/s/ Anthony J. Ferate

Anthony J. Ferate, OBA No. 21171
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma, 73114
 (405) 844-9900
ajferate@psencerfane.com