**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

------------------------------------------------------- :

THE NATIONAL BEN GAMLA
JEWISH CHARTER SCHOOL
FOUNDATION, INC., et al.,

    *Plaintiffs*,

  -against-

GENTNER DRUMMOND, in his official
capacity as Attorney General of
Oklahoma, et al.,

    *Defendants*.

------------------------------------------------------- :

:    Case No. 5:26-cv-00582-R

**MOTION BY PROPOSED INTERVENORS RABBI DANIEL KAIMAN ET AL.**
**FOR LEAVE TO FILE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION**
**FOR PRELIMINARY INJUNCTION**

Under LCvR7.1(j)(8), Proposed Intervenors Rabbi Daniel Kaiman et al. move for

leave to file a brief in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF

No. 10, filed March 27, 2026).

The proposed opposition brief is tendered with this motion.  It presents thorough

responses to Plaintiffs' preliminary-injunction motion, both on jurisdictional issues and

on the merits.  Proposed Intervenors respectfully submit that the proposed brief would be

helpful to the Court.

To prevent any delay in the briefing of or the Court's consideration of the

preliminary-injunction motion, Proposed Intervenors submit the proposed opposition

1

brief by the due date for the existing parties' responses to the preliminary-injunction motion.

Plaintiffs and the Oklahoma Statewide Charter School Board Defendants oppose this motion for leave.  Defendant Attorney General Drummond takes no position.

## RELIEF REQUESTED

For the foregoing reasons, Proposed Intervenors respectfully ask the Court to grant this motion, accept Proposed Intervenors' proposed Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, and order that the Brief be deemed filed.

Respectfully submitted on April 17, 2026.


Brent Rowland, OBA No. 13415
Morgan Bandy, WI Bar No. 1130673*
Oklahoma Appleseed Center for
    Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org /
morgan@okappleseed.org


Daniel Mach, DC Bar No. 461652*
Heather L. Weaver, DC Bar No. 495582*
American Civil Liberties Union
    Foundation
915 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 675-2330
dmach@aclu.org / hweaver@aclu.org


Nancy A. Noet, WI Bar No. 1023106*
Samuel T. Grover, WI Bar No. 1096047*
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
Telephone: (608) 256-8900
noetn@ffrf.org / sgrover@ffrf.org

s/ Alex J. Luchenitser
Alex J. Luchenitser,
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
    Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org


Jessica Levin, CA Bar No. 338240*
Wendy Lecker, NY Bar No. 2283125*
Patrick Cremin, CA Bar No. 345406*
Katrina Reichert, CA Bar No. 357984*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815
JLevin@edlawcenter.org /
WLecker@edlawcenter.org /
PCremin@edlawcenter.org /
KReichert@edlawcenter.org


*Attorneys for Proposed Intervenors*
\* Admitted *pro hac vice*.