# Exhibit 1

Description of item:  Document that was attached to Ben Gamla's application for initial authorization, submitted on or about December 31, 2025.  The document states, "Training certificate for Robert Ruiz to be provided before Jan 12, 2026, board meeting."  This document, along with Ben Gamla's initial application and other application-related materials, was sent to Proposed Intervenors' counsel on January 12, 2026, by Shelly Hickman, custodian of records for the Oklahoma Statewide Charter School Board, in response to an Oklahoma Open Records Act request.  These materials were shared by Ms. Hickman via Google Drive and are available at https://drive.google.com/file/d/1uxcPYg0sVhxwqrPuVPdhuMM57rkWTbGv/view?usp=sharing.

Date of item:  Application submitted on or about December 31, 2025.  Records received from Board custodian of records on January 12, 2026.

Training certificate for Robert Ruiz to be provided before Jan 12, 2026, board meeting.