# Exhibit 2

Description of item:  Enrollment-projection documents that were attached to Ben Gamla's application for initial authorization, submitted on or about December 31, 2025.  These documents, along with Ben Gamla's initial application and other application-related materials, were sent to Proposed Intervenors' counsel on January 12, 2026, by Shelly Hickman, custodian of records for the Oklahoma Statewide Charter School Board, in response to an Oklahoma Open Records Act request.  These materials were shared by Ms. Hickman via Google Drive and are available at https://drive.google.com/file/d/1uxcPYg0sVhxwqrPuVPdhuMM57rkWTbGv/view?usp=sharing.

Date of item:  Application submitted on or about December 31, 2025.  Records received from Board custodian of records on January 12, 2026.

## School Enrollment Projections

School Name: Ben Gamla Jewish Chart School
Planned Location: Oklahoma City, OK
Planned Opening Year: 2026

| Enrollment | Year 1 | | | Year 2 | | | Year 3 | | | Year 4 | | | Year 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Goal | Max | Min | Goal | Max | Min | Goal | Max | Min | Goal | Max | Min | Goal | Max |
| Pre-K | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kindergarden | 5 | 10 | 15 | 10 | 15 | 20 | 15 | 20 | 25 | 35 | 40 | 45 | 80 | 85 | 90 |
| Grade 1 | 5 | 10 | 15 | 10 | 15 | 20 | 15 | 20 | 25 | 35 | 40 | 45 | 80 | 85 | 90 |
| Grade 2 | 15 | 20 | 25 | 20 | 25 | 30 | 20 | 25 | 30 | 40 | 45 | 50 | 80 | 85 | 90 |
| Grade 3 | 20 | 25 | 30 | 25 | 30 | 35 | 25 | 30 | 35 | 50 | 55 | 60 | 80 | 85 | 90 |
| Grade 4 | 25 | 30 | 35 | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| Grade 5 | 25 | 30 | 35 | 30 | 35 | 40 | 45 | 50 | 55 | 65 | 70 | 75 | 75 | 80 | 85 |
| Grade 6 | 30 | 35 | 40 | 40 | 45 | 50 | 60 | 65 | 75 | 70 | 75 | 80 | 80 | 85 | 95 |
| Grade 7 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 80 | 85 | 95 |
| Grade 8 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 90 | 95 | 105 |
| Grade 9 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 90 | 95 | 105 |
| Grade 10 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 90 | 95 | 105 |
| Grade 11 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 90 | 95 | 105 |
| Grade 12 | 35 | 40 | 50 | 45 | 50 | 60 | 60 | 65 | 75 | 80 | 85 | 95 | 95 | 100 | 110 |
| **Total Enrollment Projected** | 335 | 400 | 495 | 435 | 500 | 595 | 585 | 650 | 750 | 835 | 900 | 995 | 1085 | 1150 | 1250 |



## Ben Gamla – Jewish Charter School

## Appendix H: Year 1 Minimum Enrollment

| Grade Levels | 2026-27 | 2026-27 | 2027-28 | 2028-29 | 2029-30 |
|---|---|---|---|---|---|
| K | 10 | 15 | 20 | 40 | 85 |
| 1 | 10 | 15 | 20 | 40 | 85 |
| 2 | 20 | 25 | 25 | 45 | 85 |
| 3 | 25 | 30 | 30 | 55 | 85 |
| 4 | 30 | 35 | 50 | 65 | 80 |
| 5 | 30 | 35 | 50 | 70 | 80 |
| 6 | 35 | 45 | 65 | 75 | 85 |
| 7 | 40 | 50 | 65 | 85 | 85 |
| 8 | 40 | 50 | 65 | 85 | 95 |
| 9 | 40 | 50 | 65 | 85 | 95 |
| 10 | 40 | 50 | 65 | 85 | 95 |
| 11 | 40 | 50 | 65 | 85 | 95 |
| 12 | 40 | 50 | 65 | 85 | 100 |
| K-5 Totals Above | 125 | 155 | 195 | 315 | 500 |
| 6-8 Totals Above | 115 | 145 | 195 | 245 | 265 |
| 9-12 Totals above | 160 | 200 | 260 | 340 | 385 |
| Totals Above | 400 | 500 | 650 | 900 | 1150 |