# Exhibit 3

Description of item:  Declaration of Luke Anderson.  This declaration presents and authenticates Exhibits 1–2.

Date of item:  April 17, 2026.

## <u>DECLARATION OF LUKE ANDERSON</u>

I, Luke Anderson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am one of the attorneys for Proposed Intervenors in the case that this declaration concerns, *National Ben Gamla Jewish Charter School Foundation, Inc. v. Drummond*.

2.    I certify that the cover sheets that precede each of Proposed Intervenors' exhibits correctly describe what the exhibits are, and that the exhibits are true and correct copies of documents that were sent to Proposed Intervenors' counsel on January 12, 2026, by Shelly Hickman, custodian of records for the Oklahoma Statewide Charter School Board.

I declare under penalty of perjury that the foregoing is true and correct. Executed in the District of Columbia on April 17, 2026.

s/ Luke Anderson
Luke Anderson