**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, *et al.*,<br><br>*Defendants*. | Case No. 5:26-cv-00582-R |

## DEFENDANT BRIAN SHELLEM'S MOTION TO MODIFY CAPTION

Defendant Brian Shellem, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, moves this Court to remove Rebecca Wilkinson, in her official capacity as Executive Director of the Statewide Charter School Board, from the caption of this action.

Plaintiffs' Complaint named Attorney General Gentner Drummond, Oklahoma Statewide Charter School Board Executive Director Rebecca Wilkinson, and Oklahoma Statewide Charter School Board Director of School Performance Skyler H. Lusnia as Defendants, alongside the Oklahoma Statewide Charter School Board Members. ECF No. 1. On April 15, 2026, Plaintiffs voluntarily dismissed Defendants Wilkinson and Lusnia from this lawsuit. ECF No. 56.

On June 9, 2026, this Court ordered Defendant Drummond's dismissal from this lawsuit and removed him from the caption of this case. ECF No. 90. In the order, the

1

caption lists "REBECCA WILKINSON, in her official capacity as Executive Director of the Statewide Charter School Board, et al." as Defendants. *Id.* Because Defendant Wilkinson is no longer a party to this case, Defendant Shellem requests that all filings list "BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, et al" as Defendants.[1] *See Kirchner v. Marshall*, No. 20-cv-114, 2020 WL 4582714, at *9 (D. Colo. Aug. 10, 2020) (removing a dismissed Defendant from the case caption).

Respectfully submitted this 11 day of June, 2026.

/s/ Anthony J. Ferate
Anthony J. Ferate, OBA No. 21171
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
(405) 844-9900
ajferate@spencerfane.com

Hiram S. Sasser, III, OBA No. 19557
Holly M. Randall,* OBA No. 34763
Erin E. Smith,* OBA No. 35232
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
(972) 941-4444
hsasser@firstliberty.org
hrandall@firstliberty.org
esmith@firstliberty.org
*Admitted pro hace vice*

**Attorneys for Oklahoma Statewide Charter School Board Defendants**

---

[1] Defendant Lusnia's name does not appear in any case caption to date, except for the Complaint. To the extent it may, Defendant Shellem makes an identical request on Defendant Lusnia's behalf.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11 day of June, 2026, I electronically submitted this document to the Clerk of Court via the ECF to be served on counsel for Plaintiffs, Defendant, and Defendant-Intervenors.

/s/ Anthony J. Ferate
Anthony J. Ferate, OBA No. 21171
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
(405) 844-9900
ajferate@spencerfane.com

3