# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

          *Plaintiffs*,

      v.

BRIAN T. SHELLEM, in his official capacity as
Chairman of the Oklahoma Statewide Charter
School Board, *et al.*,

          *Defendants*,

RABBI DANIEL KAIMAN, *et al.*,

          *Defendant-Intervenors,*

CRICKET MOORE, *et al.*,

          *Defendant-Intervenors.*

Case No. 5:26-cv-00582-R

**PLAINTIFFS' UNOPPOSED
MOTION FOR 7-DAY
EXTENSION OF TIME TO FILE
REPLY IN RESPONSE TO
MOORE INTERVENORS'
OPPOSITION BRIEF (DKT. 94)**

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
(405) 235-5500
*RMcCampbell@Gablelaw.com*
*DHerber@Gablelaw.com*

Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Benjamin A. Fleshman
  DC Bar No. 1781280
Phillip J. Allevato*
  CA Bar No. 362581
Siena A. Marcelle
  DC Bar No. 90043763
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Not a member of the DC Bar; admitted in
California. Practice limited to cases in
federal court.*

*Attorneys for Plaintiffs*

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs the National Ben Gamla Jewish Charter School Foundation and Peter Deutsch ("Ben Gamla") hereby request a 7-day extension of time to file their reply in response to Moore Intervenors' opposition to Plaintiffs' motion for preliminary injunction. Dkt. 94. Moore Intervenors filed their opposition on June 17, 2026. Plaintiffs' reply is currently due June 24, and Plaintiffs request a 7-day extension of time to file their reply on July 1. In support of its Motion, Plaintiffs state the following:

1.  On March 24, 2026, Plaintiffs filed their Complaint. Dkt. 1.

2.  Three days later, on March 27, Plaintiffs filed their motion for preliminary injunction. Dkts. 10, 11.

3.  On April 1, Taxpayer Intervenors moved to intervene as Defendants. Dkt. 15.

4.  On April 17, Defendants Attorney General Drummond and the Oklahoma Statewide Charter School Board filed an opposition and response, respectively, to Plaintiffs' motion for preliminary injunction. Dkts. 63, 64.

5.  On April 17, Taxpayer Intervenors sought leave to file an opposition to Plaintiffs' motion for preliminary injunction. Dkt. 62. To date, this Court has not granted the motion for leave.

6.  On April 17, Moore Intervenors also moved to intervene as Defendants. Dkt. 66.

7.  On April 24, Plaintiffs filed their reply in support of their motion for preliminary injunction. Dkt. 79.

1

8. On June 3, this Court granted Moore Intervenors' and Taxpayer Intervenors' motions to intervene. Dkt. 89. In that order, the Court gave the Defendant-Intervenors 14 days to file responsive pleadings. *Id.* at 13.

9. On June 17, Moore Intervenors filed their Answer. Dkt. 93.

10. That same day, Moore Intervenors also filed an opposition to Plaintiffs' motion for preliminary injunction, which was filed back on March 27. Dkt. 94.

11. Plaintiffs' reply brief in response to Moore Intervenors' opposition is due on June 24.

12. Plaintiffs have not previously requested extensions of time for this or any brief.

13. Plaintiffs' counsel respectfully requests this 7-day extension because they were unaware that Moore Intervenors would be filing their own opposition brief. Plaintiffs' counsel have been busy briefing another reply in this case, to be filed shortly, and are traveling for various work obligations and client meetings between now and the June 24 deadline.

14. Moore Intervenors do not oppose this request, and no other parties objected to the requested extension.

15. The brief, 7-day extension will not impact any scheduled trial or other deadlines, which have not yet been set in this case.

16. Plaintiffs have submitted a proposed order to this Court contemporaneously with this motion and served the same upon opposing counsel in compliance with LCvR5.5 & 6.3.

## RELIEF REQUESTED

Plaintiffs respectfully request a 7-day extension to file their reply addressing Moore Intervenors' opposition to Plaintiffs' motion for preliminary injunction. Plaintiffs' reply will be due on or before July 1, 2026.

Dated: June 18, 2026                                Respectfully submitted,

/s/ Eric S. Baxter

Robert G. McCampbell                        Eric S. Baxter
  OBA No. 10390                                 DC Bar No. 479221
David A. Herber                                   Eric C. Rassbach
  OBA No. 33527                                  TX Bar No. 24013375
GABLEGOTWALS                                  Daniel L. Chen
499 W. Sheridan Ave., Ste. 2200           DC Bar No. 1781783
Oklahoma City, OK 73102                    Benjamin A. Fleshman
(405) 235-5500                                    DC Bar No. 1781280
*RMcCampbell@Gablelaw.com*            Phillip J. Allevato*
*DHerber@Gablelaw.com*                     CA Bar No. 362581
                                                         Siena A. Marcelle
                                                           DC Bar No. 90043763
                                                         THE BECKET FUND FOR RELIGIOUS LIBERTY
                                                         1919 Pennsylvania Ave. NW, Ste. 400
                                                         Washington, DC 20006
                                                         (202) 955-0095
                                                         *ebaxter@becketfund.org*

                                                         *Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*

3