# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*, <br><br>             *Plaintiffs*, <br><br>      v. <br><br> BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, *et al.*, <br><br>             *Defendants*, <br><br> RABBI DANIEL KAIMAN, *et al.*, <br><br>             *Defendant-Intervenors,* <br><br> CRICKET MOORE, *et al.*, <br><br>             *Defendant-Intervenors.* | Case No. 5:26-cv-00582-R <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO TAXPAYER INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
(405) 235-5500
*RMcCampbell@Gablelaw.com*
*DHerber@Gablelaw.com*

Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Benjamin A. Fleshman
  DC Bar No. 1781280
Phillip J. Allevato*
  CA Bar No. 362581
Siena A. Marcelle
  DC Bar No. 90043763
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*

Plaintiffs the National Ben Gamla Jewish Charter School Foundation and Peter Deutsch ("Ben Gamla") hereby request leave to file a reply in response to Taxpayer Intervenors' proposed brief in opposition to Plaintiffs' motion for preliminary injunction, Dkt. 62-1, to respond to arguments raised in that brief. If granted, Plaintiffs will file the attached, 10-page reply brief within seven (7) days of this Court's order in accordance with LCvR7.1(h), or as this Court otherwise directs. Plaintiffs' proposed reply brief is attached to this Motion. In support of its Motion, Plaintiffs state the following:

1.  On March 24, 2026, Plaintiffs filed their Complaint. Dkt. 1.

2.  Three days later, on March 27, Plaintiffs filed their motion for preliminary injunction. Dkts. 10, 11.

3.  On April 1, Taxpayer Intervenors moved to intervene as Defendants. Dkt. 15.

4.  On April 17, Defendants Attorney General Drummond and the Oklahoma Statewide Charter School Board filed an opposition and response, respectively, to Plaintiffs' motion for preliminary injunction. Dkts. 63, 64.

5.  On April 17, Taxpayer Intervenors sought leave to file an opposition to Plaintiffs' motion for preliminary injunction, with their proposed opposition brief attached. Dkt. 62. To date, this Court has not granted the motion for leave.

6.  On April 24, Plaintiffs filed their reply in support of their motion for preliminary injunction. Dkt. 79. As Taxpayer Intervenors were not yet parties to the case and their motion for leave had not been granted, Plaintiffs explained that they would file a separate reply addressing Taxpayer Intervenors' opposition brief as warranted. *Id*. at 2 n.1.

1

7.  On June 3, this Court granted the Taxpayer Intervenors' motion to intervene, as well as the motion to intervene for a separate set of intervenors, the Moore Intervenors. Dkt. 89.

8.  Given that Taxpayer Intervenors have been granted intervention and that their opposition brief includes arguments and authorities that were not previously briefed, Plaintiffs submit that a reply brief responding to their proposed opposition brief would now be helpful to the Court.

9.  The Local Rules permit supplemental briefing upon motion and leave of court. LCvR7.1(h). Pursuant to LCvR7.1(j), such motions for supplemental briefing shall include whether opposing counsel agrees or objects to the motion, a section titled "Relief Requested," a statement of the precise relief requested, and a proposed order setting forth the relief requested which shall not differ in any respect from the relief requested.

10. Plaintiffs conferred with counsel for the remaining parties, and no party opposes this Motion.

11. Plaintiffs have submitted a proposed order to this Court contemporaneously with this motion and served the same upon opposing counsel in compliance with LCvR5.5.

## **RELIEF REQUESTED**

Plaintiffs respectfully request that they be granted leave to file the attached reply to Taxpayer Intervenors' opposition to Plaintiffs' motion for preliminary injunction within seven (7) days of this Court's order granting the Motion.

Dated: June 18, 2026

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
(405) 235-5500
*RMcCampbell@Gablelaw.com*
*DHerber@Gablelaw.com*

Respectfully submitted,

/s/ Eric S. Baxter
Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Benjamin A. Fleshman
  DC Bar No. 1781280
Phillip J. Allevato*
  CA Bar No. 362581
Siena A. Marcelle
  DC Bar No. 90043763
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.*

*Attorneys for Plaintiffs*

3