**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

         *Plaintiffs*,

    v.

BRIAN T. SHELLEM, in his official capacity as
Chairman of the Oklahoma Statewide Charter
School Board, *et al.*,

         *Defendants*,

RABBI DANIEL KAIMAN, *et al.*,

         *Defendant-Intervenors,*

CRICKET MOORE, *et al.*,

         *Defendant-Intervenors.*

Case No. CIV-26-582-R

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for 7-Day Extension of Time to File Reply in Response to Moore Intervenors' Opposition Brief. [Doc. No 95]. Plaintiffs request a 7-day extension to file their reply addressing Moore Intervenors' opposition to Plaintiffs' motion for preliminary injunction. Upon review, and for good cause shown, the Court GRANTS the Motion. Accordingly, Plaintiffs shall file their reply on or before July 1, 2026.

IT IS SO ORDERED this 29th day of June 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE