# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*, | |
| *Plaintiffs*, | Case No. CIV-26-582-R |
| v. | |
| BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, *et al.*, | |
| *Defendants*, | |
| RABBI DANIEL KAIMAN, *et al.*, | |
| *Defendant-Intervenors,* | |
| CRICKET MOORE, *et al.*, | |
| *Defendant-Intervenors.* | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Reply to Taxpayer Intervenors' Opposition to Plaintiffs' Motion for Preliminary Injunction [Doc No. 96]. Plaintiffs request leave to file their reply to Taxpayer Intervenors' opposition to Plaintiffs' motion for preliminary injunction. Upon review, and for good cause shown, the Court GRANTS the Motion. Accordingly, Plaintiffs shall file their reply within seven (7) days of this Order.

IT IS SO ORDERED this 29th day of June 2026.

*David L. Russell*

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**