# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

        *Plaintiffs*,

    v.

BRIAN T. SHELLEM, in his official capacity as
Chairman of the Oklahoma Statewide Charter
School Board, *et al.*,

        *Defendants*,

RABBI DANIEL KAIMAN, *et al.*,

        *Defendant-Intervenors*,

CRICKET MOORE, *et al.*,

        *Defendant-Intervenors.*

Case No. 5:26-cv-00582-R

**PLAINTIFFS' UNOPPOSED
MOTION FOR ORAL
ARGUMENT REGARDING
MOTION FOR PRELIMINARY
INJUNCTION**

Robert G. McCampbell
  OBA No. 10390
David A. Herber
  OBA No. 33527
GABLEGOTWALS
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
(405) 235-5500
*RMcCampbell@Gablelaw.com*
*DHerber@Gablelaw.com*

Eric S. Baxter
  DC Bar No. 479221
Eric C. Rassbach
  TX Bar No. 24013375
Daniel L. Chen
  DC Bar No. 1781783
Benjamin A. Fleshman
  DC Bar No. 1781280
Phillip J. Allevato*
  CA Bar No. 362581
Siena A. Marcelle
  DC Bar No. 90043763
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*\*Not a member of the DC Bar; admitted in
California. Practice limited to cases in
federal court.*

*Attorneys for Plaintiffs*

Plaintiffs Ben Gamla and Peter Deutsch respectfully move for oral argument regarding their Motion for Preliminary Injunction. Dkt. 11. In support of this motion, Plaintiffs state the following:

1. On March 24, 2026, Plaintiffs filed their Complaint. Dkt. 1.

2. Three days later, on March 27, Plaintiffs filed their motion for preliminary injunction. Dkts. 10, 11.

3. On April 1, Taxpayer Intervenors moved to intervene as Defendants. Dkt. 15.

4. On April 17, Defendants Attorney General Drummond and the Oklahoma Statewide Charter School Board filed an opposition and response, respectively, to Plaintiffs' motion for preliminary injunction. Dkts. 63, 64.

5. On April 17, Taxpayer Intervenors sought leave to file an opposition to Plaintiffs' motion for preliminary injunction. Dkt. 62.

6. On April 17, Moore Intervenors also moved to intervene as Defendants. Dkt. 66.

7. On April 24, Plaintiffs filed their reply in support of their motion for preliminary injunction. Dkt. 79.

8. On June 3, this Court granted Moore Intervenors' and Taxpayer Intervenors' motions to intervene. Dkt. 89. In that order, the Court gave the Defendant-Intervenors 14 days to file responsive pleadings. *Id.* at 13.

9. On June 17, Moore Intervenors filed their Answer. Dkt. 93.

10. That same day, Moore Intervenors also filed an opposition to Plaintiffs' motion for preliminary injunction, which was filed back on March 27. Dkt. 94.

11. Plaintiffs' requested a 7-day extension for their reply brief in response to Moore Intervenors' opposition. Dkt. 95. The Court granted that motion. Dkt. 97.

12. On July 1, Plaintiffs filed their reply brief in response to Moore Intervenors' opposition. Dkt. 100.

13. This case presents important issues of constitutional law and involves various sets of Defendants and Defendant-Intervenors, who have all filed responses or oppositions raising overlapping legal issues. Dkts. 62-1, 63, 94. Plaintiffs believe that oral argument would aid the Court in adjudicating the issues presented by this case.

14. No other party opposes the request in this motion.

15. Plaintiffs are available for oral argument on any date besides July 27-31.

16. Board Defendants are available for oral argument on any date the Court chooses.

17. Taxpayer Intervenors are available for oral argument on any date besides August 17-28.

18. Moore Intervenors are available for oral argument on any date the Court chooses.

19. Plaintiffs have submitted a proposed order to this Court contemporaneously with this motion and served the same upon opposing counsel in compliance with LCvR5.5 & 6.3.

## **RELIEF REQUESTED**

Plaintiffs respectfully request that this Court hold oral argument regarding their Motion for Preliminary Injunction.

Dated: July 2, 2026                          Respectfully submitted,

                                             /s/ Eric S. Baxter
Robert G. McCampbell                         Eric S. Baxter
   OBA No. 10390                                DC Bar No. 479221
David A. Herber                              Eric C. Rassbach
   OBA No. 33527                                TX Bar No. 24013375
GABLEGOTWALS                                 Daniel L. Chen
499 W. Sheridan Ave., Ste. 2200                 DC Bar No. 1781783
Oklahoma City, OK 73102                      Benjamin A. Fleshman
(405) 235-5500                                  DC Bar No. 1781280
*RMcCampbell@Gablelaw.com*                   Phillip J. Allevato*
*DHerber@Gablelaw.com*                          CA Bar No. 362581
                                             Siena A. Marcelle
                                                DC Bar No. 90043763
                                             THE BECKET FUND FOR RELIGIOUS LIBERTY
                                             1919 Pennsylvania Ave. NW, Ste. 400
                                             Washington, DC 20006
                                             (202) 955-0095
                                             *ebaxter@becketfund.org*

                                             *Not a member of the DC Bar; admitted in
                                             California. Practice limited to cases in
                                             federal court.*

                            *Attorneys for Plaintiffs*

3