**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, *et al.*, <br><br> *Defendants;* <br><br> RABBI DANIEL KAIMAN, *et al.*, <br><br> *Defendant-Intervenors;* <br><br> CRICKET MOORE*, et al.,* <br><br> *Defendant-Intervenors*. | Case No. 5:26-cv-00582-R |

**BOARD DEFENDANTS' MOTION FOR STATUS CONFERENCE**

Oklahoma Statewide Charter School Board Defendants respectfully request this Court hold a status conference.  In support of this motion, Board Defendants state the following:

1.     On June 3, 2026, this Court granted intervention to the Oklahoma Taxpayers and Oklahoma Families Defendant-Intervenors.  ECF No. 89.

2.     On June 5, 2026, Counsel for the Oklahoma Taxpayers contacted Counsel for all parties requesting a Federal Rule of Civil Procedure 26(f) conference.

1

3.      On June 9, 2026, this Court dismissed Defendant Attorney General Gentner Drummond from this litigation.  ECF No. 90.

4.      On June 9, 2026, Counsel for the Oklahoma Taxpayers renewed his request for a Rule 26(f) conference.

5.      On June 23, 2026, Counsel for all parties met.  At that meeting, Counsel for Plaintiffs, Board Defendants, and the Oklahoma Families expressed a willingness to wait on initiating discovery until the Court ruled on Plaintiffs' Motion for Preliminary Injunction.  ECF No. 10.  Counsel for Oklahoma Taxpayers disagreed.

6.      On June 25, 2026, Counsel for Oklahoma Taxpayers served requests for production and interrogatories on both Plaintiffs and Board Defendants.

7.      On June 30, 2026, Counsel for Oklahoma Taxpayers sent a draft Joint Status Report and proposed Scheduling Order to Counsel for all parties.

8.      On July 6, 2026, Counsel for Oklahoma Taxpayers served a subpoena on the Oklahoma Statewide Charter School Board's Executive Director requesting production of documents.

9.      As a government entity, Board Defendants are cognizant of Plaintiffs' potential to seek attorneys' fees and costs if successful in this litigation.  And Board Defendants' actions seek to mitigate any potential liability for Plaintiffs' fees.  Board Defendants do not presently anticipate needing costly discovery or engaging in extensive motion practice.

10.      Therefore Board Defendants respectfully request this Court hold a status conference for all parties to discuss the following:

      a.       Defendant-Intervenors' potential liability for Plaintiffs' attorneys' fees, should Plaintiffs prevail; and

      b.       Staying all discovery pending the outcome of the legal questions presented in Plaintiffs' Motion for Preliminary Injunction and any interlocutory appeals taken.

11.     Board Defendants are available on any date besides July 16–17, 2026.

## RELIEF REQUESTED

Board Defendants respectfully request that this Court hold a status conference, either in-person or remotely, to discuss these important issues.

Respectfully submitted this 6th day of July, 2026.

*/s/ Anthony J. Ferate*

Anthony J. Ferate, OBA No. 21171
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
(405) 844-9900
ajferate@spencerfane.com

Hiram S. Sasser, III, OBA No. 19557
Holly M. Randall,* OBA No. 34763
Erin E. Smith,* OBA No. 35232
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
(972) 941-4444
hsasser@firstliberty.org
hrandall@firstliberty.org
esmith@firstliberty.org
*Admitted pro hace vice*
**Attorneys for Oklahoma Statewide Charter School Board Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of July, 2026, I electronically submitted this document to the Clerk of Court via the ECF to be served on counsel for Plaintiffs, Defendants, and Defendant-Intervenors.

*/s/ Anthony J. Ferate*
Anthony J. Ferate, OBA No. 21171
SPENCER FANE LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
(405) 844-9900
ajferate@spencerfane.com

4