**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH)<br>CHARTER SCHOOL FOUNDATION, )<br>INC., et al., )<br> )<br>            **Plaintiff,** )<br> )<br>**v.** )<br> )<br>BRIAN T. SHELLEM, in his official )<br>Capacity as Chairman of the Statewide )<br>Charter School Board, et al., )<br> )<br>            **Defendants.** ) | Case No. CIV-26-582-R |

## ORDER

Upon consideration, and in accordance with the Court's order granting intervention [Doc. No. 89], the Motion by Proposed Intervenors [Doc. No. 62] seeking leave to file a brief in opposition to Plaintiff's Motion for Preliminary Injunction is GRANTED. The brief in opposition filed at Doc. No. 62-1 and its corresponding exhibits are deemed filed.

IT IS SO ORDERED this 7th day of July, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE