## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH )<br>CHARTER SCHOOL FOUNDATION,   )<br>INC., et al.,                               )<br>                                                )<br>             **Plaintiff,**          )<br>                                                )<br>v.                                              )<br>                                                )<br>BRIAN T. SHELLEM, in his official      )<br>Capacity as Chairman of the Statewide )<br>Charter School Board, et al.,             )<br>                                                )<br>           **Defendants.**       ) | Case No. CIV-26-582-R |

## <u>ORDER</u>

Upon consideration, Defendant Shellem's Motion to Modify Caption [Doc. No. 92] is GRANTED and the caption shall identify Brian T. Shellem, in his official as Chairman of the Statewide School Board, as the proper defendant.

IT IS SO ORDERED this 7th day of July, 2026.

_David L. Russell_

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE