**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA
JEWISH CHARTER SCHOOL
FOUNDATION, INC., *et al.*,

        *Plaintiffs*,

v.

BRIAN T. SHELLEM, in his official
capacity as Chairman of the Statewide
Charter School Board, *et al.*,

        *Defendants;*

RABBI DANIEL KAIMAN, *et al.*,

        *Defendant-Intervenors;*

CRICKET MOORE*, et al.,*

        *Defendant-Intervenors*.

Case No. CIV-26-582-R

## ORDER

Before the Court is Board Defendants' Motion for Status Conference.  [Doc. No. 102]. Board Defendants request this Court hold a status conference.  Upon review, the Court GRANTS the motion and sets a status conference, to be attended by all parties via teleconference for July 16, 2026 at 9:00am.

IT IS SO ORDERED this 7th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1