## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

THE NATIONAL BEN GAMLA JEWISH
CHARTER SCHOOL FOUNDATION, INC.,
*et al.*,

                *Plaintiffs*,

      v.

BRIAN T. SHELLEM, in his official capacity as
Chairman of the Oklahoma Statewide Charter
School Board, *et al.*,

                *Defendants*,

RABBI DANIEL KAIMAN, *et al.*,

                *Defendant-Intervenors*,

CRICKET MOORE, *et al.*,

                *Defendant-Intervenors.*

Case No. CIV-26-582-R

## **ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Oral Argument Regarding Motion for Preliminary Injunction [Doc. No. 101]. Plaintiffs respectfully request that this Court hold oral argument regarding their Motion for Preliminary Injunction. Dkts. 10, 11. Upon review, and for good cause shown, the Court GRANTS the Motion and sets oral argument for August 5, 2026 at 9:00am in courtroom 302.

IT IS SO ORDERED this 7th day of July 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE