## Courtroom Minute Sheet

**Date**: July 16, 2026                          **Total Time**: 30 minutes

**Civil Case No.**: CIV-26-582-R          **The National Ben Gamla Jewish Charter School Foundation Inc. et al. v. Gentner Drummond et al.**

**Judge David L. Russell**

**Court Reporter** Christy Clark          **C.R. Deputy** Taylor Beams


**Counsel for Plaintiff**: Daniel Chen, David R. Herber, Eric S. Baxter, Eric Rassbach, Robert G. McCampbell
**Counsel for Defendant**: Erin Smith, Holly M. Randall, Hiram S. Sasser, III
**Counsel for Intervenors**:  Alexander J. Luchenister, Heidi J. Long

Parties appear telephonically. Status of discovery discussed. Motion to stay discovery to be filed. Motions to stay discovery by  Friday 7/24/2026, responses due the following Friday 7/31/2026.