**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board*, et al.*,<br>　　　　　　　*Defendants,*<br><br>RABBI DANIEL KAIMAN, *et al.*,<br><br>　　　　　　　*Defendant-Intervenors,*<br><br>CRICKET MOORE, *et al.*,<br><br>　　　　　　　*Defendant-Intervenors.* | Case No. 5:26-cv-00582-R |

**MOTION FOR WITHDRAWAL OF PHILLIP J. ALLEVATO
AS COUNSEL FOR THE PLAINTIFFS**

Pursuant to Local Court Rule LCvR83.5, notice is hereby given to the Court and the parties of the withdrawal of appearance of Phillip J. Allevato as co-counsel for Plaintiffs in the above captioned matter. Plaintiffs remain represented by Eric S. Baxter, Eric C. Rassbach, Daniel L. Chen, Benjamin A. Fleshman, and Siena A. Marcelle of The Becket Fund for Religious Liberty, as reflected on the Court's docket.

Dated: July 30, 2026

Respectfully submitted,

/s/ *Phillip J. Allevato*
Phillip J. Allevato
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW,
 Suite 400
Washington, DC 20006
(202) 955-0095
*pallevato@becketfund.org*

*Counsel for Plaintiff*