# Exhibit 1

Kaiman Intervenors' First Set of Requests for Production of Documents to All Plaintiffs, served on June 25, 2026.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

```
------------------------------------------------------  :
THE NATIONAL BEN GAMLA JEWISH           :
CHARTER SCHOOL FOUNDATION, INC.,        :     Case No. 5:26-cv-00582-R
et al.,                                 :
                                        :
              Plaintiffs,               :
                                        :
       -against-                        :
                                        :
BRIAN T. SHELLEM, in his official capacity :
as Chairman of the Statewide Charter School :
Board, et al.,                          :
                                        :
              Defendants,               :
                                        :
------------------------------------------------------  :
                                        :
RABBI DANIEL KAIMAN, et al.,            :
                                        :
              Intervenors.              :
                                        :
------------------------------------------------------  :
                                        :
CRICKET MOORE, et al.,                  :
                                        :
              Intervenors.              :
                                        :
------------------------------------------------------  :
```

### KAIMAN INTERVENORS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 34, intervenors Rabbi Daniel Kaiman,

Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley,

and Gene Perry submit this first set of requests for production of documents to plaintiffs

The National Ben Gamla Jewish Charter School Foundation, Inc. and Peter Deutsch.  As

1

required by Federal Rule of Civil Procedure 34(b)(2)(A), please respond to these requests and produce responsive documents by July 29, 2026.

**Definitions and Instructions**

1. As used in these Requests, please interpret the following **bold-faced** terms in accordance with the following definitions:

    a. **Communication**:  The term "**communication**" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and includes email.

    b. **Document**:  The term "**document**" has the meaning set forth in Federal Rule of Civil Procedure 34(a)(1)(A) and includes electronically stored information.

    c. **Relating to**: The term "**relating to**" means relating to, referring to, reflecting, describing, being evidence of, constituting, memorializing, or concerning in any way.

    d. **Ben Gamla School**: The term "**Ben Gamla School**" means Ben Gamla Jewish Charter School.

    e. **You** / **your**: The term "**you**" means The National Ben Gamla Jewish Charter School Foundation, Inc., and all of its board members, officials, employees, agents, attorneys, and representatives; Ben Gamla School and all of its board members, officials, employees, agents, attorneys, and representatives; and Peter Deutsch.  The term "**your**" refers to all entities and persons encompassed within the definition of "**you**."

f. **Including**: The term "**including**" means "including but not limited to."

2. Please produce the **documents** requested herein by July 29, 2026, by emailing copies thereof or transmitting such copies through an internet file-sharing system to Kaiman Intervenors' counsel Alex J. Luchenitser (*luchenitser@au.org*) and Luke Anderson (*anderson@au.org*). Alternatively, you may produce the **documents** by making them available by the same date on electronic media at the offices of GableGotwals, 499 W. Sheridan Ave., Ste. 2200, Oklahoma City, OK 73102 or the offices of The Becket Fund for Religious Liberty, 1919 Pennsylvania Ave. NW, Ste. 400, Washington, DC 20006.

3. Please produce all electronically stored information in PDF format.

4. Please produce all responsive **documents** that are in **your** possession, custody, or control.

5. If **you** withhold any **documents** responsive to these Requests based on a claim of privilege (including a claim of protection under the attorney-work-product doctrine), please produce a privilege log containing at least the following information about each **document** so withheld: (a) the type of **document**; (b) its title, if any; (c) its subject matter; (d) its date; (e) its author(s) and preparer(s); (f) its addressee(s) and recipient(s); and (g) the nature of the privilege claimed.

6. If a **document** responsive to these Requests contains both privileged and nonprivileged material, please produce the nonprivileged portions to the fullest extent possible without disclosing the privileged material.

**Document Requests**

1.  All governing **documents** of **Ben Gamla School** and The National Ben Gamla Jewish Charter School Foundation, Inc., including articles and certificates of incorporation and bylaws.

2.  All **communications** and other **documents relating to Ben Gamla School** recruitment and admission of students, **including** promotional and informational materials that have been or would be provided to prospective students, parents, or guardians; admissions policies and procedures; and application forms.

3.  All **communications** and other **documents relating to** policies, procedures, or rules that would be applicable to prospective or enrolled **Ben Gamla School** students or their parents or guardians, **including** student or parent handbooks; agreements that students, parents, or guardians would be required to sign; discipline procedures and policies; and all **documents** identifying the "beliefs, expectations, policies, and procedures of the school" referenced on page 59 of the application for charter authorization of **Ben Gamla School**.

4.  All **communications** and other **documents relating to Ben Gamla School's** curriculum, **including** curriculum or course catalogs or guidebooks; listings of classes; class syllabi; listings of curricular materials; and curricular materials.

5.  All **communications** and other **documents relating to** activities other than classroom instruction that would be required for or offered to **Ben Gamla School** students, **including** descriptions of such activities and daily, weekly, monthly, and other schedules and calendars that would apply to **Ben Gamla School** students.

6.  All **communications** and other **documents relating to** how **Ben Gamla School** would serve students with disabilities or English language learners, including handbooks, policies, and procedures.

7.  All **communications** and other **documents relating to** employment at **Ben Gamla School**, **including** promotional and informational materials that have been or would be provided to prospective employees; job descriptions and advertisements; applications for employment; agreements that prospective or hired employees have been or would be required to sign; employee handbooks; and conduct, discipline, discharge, and other policies and procedures that would apply to employees.

8.  All **communications** and other **documents relating to** how **Ben Gamla School** would treat prospective or actual students or employees who (or whose parents) (a) identify as lesbian, gay, bisexual, transgender, or queer; (b) express through words, actions, or clothing a sexual orientation other than heterosexual or a gender identity other than cisgender; or (c) engage in sexual activity outside of marriage or become pregnant outside of marriage.

9.  All **communications** and other **documents relating to** the "core Jewish teachings related to modesty, the sanctity of life, the sanctity of marriage, human dignity, and the ethical guidance our tradition offers regarding sexuality and gender" referenced on page 38 of the application for charter authorization of **Ben Gamla School**, **including** all **documents** identifying or explaining what those teachings and that ethical guidance are, as well as all **documents relating to** how those teachings and that ethical guidance would be incorporated in **Ben Gamla School**'s curriculum, policies, or procedures.

10.  All **communications** and other **documents relating to** how many students **Ben Gamla School** would enroll, including **communications** with parents or students who expressed interest in enrolling; and projections, estimates, and analyses of potential enrollment.

11.  All **communications** and other **documents relating to** how **Ben Gamla School** would be funded in its startup phase, including **documents** evincing the sources and amounts of startup funding.

12. All **communications** to or from the Oklahoma Statewide Charter School Board, the Oklahoma Statewide Virtual Charter School Board, the Oklahoma State Department of Education, the Oklahoma State Board of Education, or any board member, official, employee, agent, attorney, or representative of any of the foregoing entities.

13.  All **communications** to or from any prospective or confirmed educational management organization for **Ben Gamla School**, and all **communications** and other **documents relating to** the selection of an educational management organization for **Ben Gamla School**, **including** signed or draft agreements with an educational management organization.

14.  All **communications** and other **documents—including** any **document** evincing compliance—**relating to** whether and how **you** complied with respect to **Ben Gamla School** with the requirement in Okla. Stat. tit. 70, § 3-134(A), that "prior to submission of the application . . . to the Statewide Charter School Board to establish a virtual charter school, the applicant shall be required to complete training which shall not

6

exceed ten (10) hours provided by the Statewide Charter School Board on the process and requirements for establishing a charter school or virtual charter school."

15. All **communications** and other **documents relating to** how **Ben Gamla School** would comply with Okla. Admin. Code 777:10-1-3(c)(3), which requires that at least one Board member of the school "shall be a parent, grandparent, or guardian of currently or previously enrolled student(s)."

16. All drafts of applications for charter-school authorization for **Ben Gamla School**, of addenda to such an application, and of letters of intent to submit such an application.

17. All **documents relating to** board meetings of **Ben Gamla School** or of The National Ben Gamla Jewish Charter School Foundation, Inc., including meeting agendas, agenda packets, minutes, recordings, and transcripts, as well as all **documents** provided to board members at or in conjunction with board meetings.

18. All **documents** that **you** are required to describe by Federal Rule of Civil Procedure 26(a)(1)(A)(ii) that **you** do not produce prior to July 29, 2026.

19. All **communications** (that are not produced in response to the requests above) **relating to Ben Gamla School** to or from Peter Deutsch or any board member, official, employee, agent, attorney, or representative of **Ben Gamla School** or of The National Ben Gamla Jewish Charter School Foundation, Inc.

Date: June 25, 2026.

Brent Rowland, OBA No. 13415
Morgan Bandy, WI Bar No. 1130673*
Oklahoma Appleseed Center for
    Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org /
morgan@okappleseed.org

Daniel Mach, DC Bar No. 461652*
Heather L. Weaver, DC Bar No. 495582*
American Civil Liberties Union
    Foundation
915 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 675-2330
dmach@aclu.org / hweaver@aclu.org

Nancy A. Noet, WI Bar No. 1023106*
Samuel T. Grover, WI Bar No. 1096047*
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
Telephone: (608) 256-8900
noetn@ffrf.org / sgrover@ffrf.org

Alex J. Luchenitser,
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
    Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org

Jessica Levin, CA Bar No. 338240*
Wendy Lecker, NY Bar No. 2283125*
Patrick Cremin, CA Bar No. 345406*
Katrina Reichert, CA Bar No. 357984*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815
JLevin@edlawcenter.org /
WLecker@edlawcenter.org /
PCremin@edlawcenter.org /
KReichert@edlawcenter.org

*Attorneys for Intervenors Rabbi Daniel Kaiman, et al.*
*Admitted pro hac vice.*

8

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused copies of the foregoing document

to be served on all parties to this action by mail and email at the addresses below:

*Counsel for Plaintiffs:*

Eric S. Baxter (*ebaxter@becketfund.org*)
Eric C. Rassbach (*erassbach@becketfund.org*)
Daniel L. Chen (*dchen@becketfund.org*)
Benjamin A. Fleshman (*bfleshman@becketfund.org*)
Phillip J. Allevato (*pallevato@becketfund.org*)
Siena A. Marcelle (*smarcelle@becketfund.org*)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006

Robert G. McCampbell (*RMcCampbell@Gablelaw.com*)
David A. Herber (*DHerber@Gablelaw.com*)
GableGotwals
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for defendant members of the Oklahoma Statewide Charter School Board
(served by email per written consent dated April 8, 2026):*

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114

Hiram S. Sasser, III (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075

*Counsel for intervenors Cricket Moore, et al.:*

Ryan Leonard (*rleonard@llc-attorneys.com*)
Heidi J. Long (*hlong@llc-attorneys.com*)
Heather Hendricks (*hhendricks@llc-attorneys.com*)
Leonard, Long & Cassil, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK 73102

Alex J. Luchenitser
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org
*Admitted *pro hac vice*.

10