# Exhibit 2

Kaiman Intervenors' First Set of Interrogatories to All Plaintiffs, served on June 25, 2026.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

------------------------------------------------------- :
THE NATIONAL BEN GAMLA JEWISH :
CHARTER SCHOOL FOUNDATION, INC., :   Case No. 5:26-cv-00582-R
et al., :
:
        *Plaintiffs*, :
:
  -against- :
:
BRIAN T. SHELLEM, in his official capacity :
as Chairman of the Statewide Charter School :
Board, et al., :
:
        *Defendants*, :
:
------------------------------------------------------- :
:
RABBI DANIEL KAIMAN, et al., :
:
        *Intervenors.* :
:
------------------------------------------------------- :
:
CRICKET MOORE, et al., :
:
        *Intervenors.* :
:
------------------------------------------------------- :

**KAIMAN INTERVENORS' FIRST SET OF INTERROGATORIES**
**TO ALL PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 33, intervenors Rabbi Daniel Kaiman,

Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley,

and Gene Perry request that plaintiffs The National Ben Gamla Jewish Charter School

Foundation, Inc. and Peter Deutsch answer by July 29, 2026, each of the following

Interrogatories separately and fully, in writing and under oath.

1

1. Identify each current and former board member, officer, official, and employee of Ben Gamla Jewish Charter School and each current and former board member, officer, official, and employee of The National Ben Gamla Jewish Charter School Foundation, Inc., by stating their name; stating the title or position they held or hold; stating the date they started serving in the position; stating the date when they stopped serving in the position if they no longer do so; describing the duties they had or have; and stating their last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers.

2. Identify each person who participated in the decision to create Ben Gamla Jewish Charter School and pursue authorization of it as a public charter school by stating their name; stating the name of any entity that employed them in connection with that decision; stating the title or position they held while participating in the decision; stating the date they started serving in the position; stating the date when they stopped serving in the position if they no longer do so; describing the role they played in the making of the decision; and stating their last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers.

3. Identify each person who participated in the preparation of the application for charter-school authorization of Ben Gamla Jewish Charter School, the addendum to that application, or the letter of intent to submit the application by stating their name; stating the name of any entity that employed them in connection with the preparation of any of these documents; stating the title or position they held while preparing any of the

2

documents; stating the date they started serving in the position; stating the date when they stopped serving in the position if they no longer do so; describing the role they played in the preparation of the documents; and stating their last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers.

4. Identify each person and entity that has provided or intends to provide more than $5,000 in funding (including through in-kind contributions or loans) for Ben Gamla Jewish Charter School or The National Ben Gamla Jewish Charter School Foundation, Inc., by stating their name; stating the amount or estimated amount they have provided and which Ben Gamla entity received that amount; stating the amount or estimated amount they plan to provide in the future and which Ben Gamla entity is expected to receive that amount; and stating their last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers.

5. Identify each curricular item that would be used at Ben Gamla Jewish Charter School by stating the title, author, publisher, and year of publication of the item and the grade and class in which the item would be used.

6. If you withhold any documents responsive to Kaiman Intervenors' First Set of Requests for Production of Documents to All Plaintiffs based on any objection other than privilege/attorney-work-product, describe the documents so withheld by category, giving the nature and subject matter of each document category and the total volume (in approximate number of pages) of documents in each category.

Date: June 25, 2026.

Brent Rowland, OBA No. 13415
Morgan Bandy, WI Bar No. 1130673*
Oklahoma Appleseed Center for
    Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org /
morgan@okappleseed.org

Daniel Mach, DC Bar No. 461652*
Heather L. Weaver, DC Bar No. 495582*
American Civil Liberties Union
    Foundation
915 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 675-2330
dmach@aclu.org / hweaver@aclu.org

Nancy A. Noet, WI Bar No. 1023106*
Samuel T. Grover, WI Bar No. 1096047*
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
Telephone: (608) 256-8900
noetn@ffrf.org / sgrover@ffrf.org

Alex J. Luchenitser,
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
    Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org

Jessica Levin, CA Bar No. 338240*
Wendy Lecker, NY Bar No. 2283125*
Patrick Cremin, CA Bar No. 345406*
Katrina Reichert, CA Bar No. 357984*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815
JLevin@edlawcenter.org /
WLecker@edlawcenter.org /
PCremin@edlawcenter.org /
KReichert@edlawcenter.org

*Attorneys for Intervenors Rabbi Daniel Kaiman, et al.*
*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused copies of the foregoing document

to be served on all parties to this action by mail and email at the addresses below:

*Counsel for Plaintiffs:*

Eric S. Baxter (*ebaxter@becketfund.org*)
Eric C. Rassbach (*erassbach@becketfund.org*)
Daniel L. Chen (*dchen@becketfund.org*)
Benjamin A. Fleshman (*bfleshman@becketfund.org*)
Phillip J. Allevato (*pallevato@becketfund.org*)
Siena A. Marcelle (*smarcelle@becketfund.org*)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006

Robert G. McCampbell (*RMcCampbell@Gablelaw.com*)
David A. Herber (*DHerber@Gablelaw.com*)
GableGotwals
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for defendant members of the Oklahoma Statewide Charter School Board
(served by email per written consent dated April 8, 2026):*

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114

Hiram S. Sasser, III (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075

5

*Counsel for intervenors Cricket Moore, et al.:*

Ryan Leonard (*rleonard@llc-attorneys.com*)
Heidi J. Long (*hlong@llc-attorneys.com*)
Heather Hendricks (*hhendricks@llc-attorneys.com*)
Leonard, Long & Cassil, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK 73102

Alex J. Luchenitser
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org
*Admitted *pro hac vice.*

6