# Exhibit 3

Kaiman Intervenors' First Set of Requests for Production of Documents to the Charter School Board Defendants, served on June 25, 2026.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

-------------------------------------------------------- :

THE NATIONAL BEN GAMLA JEWISH      :
CHARTER SCHOOL FOUNDATION, INC.,   :    Case No. 5:26-cv-00582-R
et al.,                            :
                                   :
             *Plaintiffs*,         :
                                   :
    -against-                      :
                                   :
BRIAN T. SHELLEM, in his official capacity :
as Chairman of the Statewide Charter School :
Board, et al.,                     :
                                   :
             *Defendants*,         :
                                   :
-------------------------------------------------------- :
                                   :
RABBI DANIEL KAIMAN, et al.,       :
                                   :
             *Intervenors.*        :
                                   :
-------------------------------------------------------- :
                                   :
CRICKET MOORE, et al.,             :
                                   :
             *Intervenors.*        :
                                   :
-------------------------------------------------------- :

**KAIMAN INTERVENORS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS TO THE CHARTER SCHOOL BOARD DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 34, intervenors Rabbi Daniel Kaiman,

Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley,

and Gene Perry submit this first set of requests for production of documents to defendant

members of the Oklahoma Statewide Charter School Board (Brian Shellem, Amber Wise,

Marshall Baker, Damon Gardenhire, Stephanie Savage, Kitty Campbell, Jared Buswell,

1

Lindel Fields, and William Pearson, in their official capacities).  As required by Federal Rule of Civil Procedure 34(b)(2)(A), please respond to these requests and produce responsive documents by July 26, 2026.

**Definitions and Instructions**

1.  As used in these Requests, please interpret the following **bold-faced** terms in accordance with the following definitions:

 a.  **Communication**:  The term "**communication**" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and includes email.

 b.  **Document**:  The term "**document**" has the meaning set forth in Federal Rule of Civil Procedure 34(a)(1)(A) and includes electronically stored information.

 c.  **Relating to**: The term "**relating to**" means relating to, referring to, reflecting, describing, being evidence of, constituting, memorializing, or concerning in any way.

 d.  **Ben Gamla**: The term "**Ben Gamla**" includes The National Ben Gamla Jewish Charter School Foundation, Inc.; Ben Gamla Jewish Charter School; Ben Gamla Charter School Foundation, Inc.; and all board members, officials, employees, agents, attorneys, and representatives of the foregoing entities.

 e.  **Charter Board**: The term "**Charter Board**" includes the Oklahoma Statewide Charter School Board; its predecessor the Oklahoma Statewide Virtual

Charter School Board; and all board members, officials, employees, agents, attorneys, and representatives of the foregoing entities.

f.  **You** / **your**: The term "**you**" means the **Charter Board** and all members of the **Charter Board**, in their official capacities.  The term "**your**" refers to all entities and persons encompassed within the definition of "**you**."

g.  **Including**: The term "**including**" means "including but not limited to."

2.  Please produce the **documents** requested herein by July 26, 2026, by emailing copies thereof or transmitting such copies through an internet file-sharing system to Kaiman Intervenors' counsel Alex J. Luchenitser (*luchenitser@au.org*) and Luke Anderson (*anderson@au.org*).  Alternatively, you may produce the **documents** by making them available by the same date on electronic media at the offices of Spencer Fane LLP, 9400 North Broadway Extension, Suite 600, Oklahoma City, Oklahoma 73114.

3.  Please produce all electronically stored information in PDF format.

4.  Please produce all responsive **documents** that are in **your** possession, custody, or control, including all responsive **documents** in the possession, custody, or control of any board member, official, employee, agent, attorney, or representative of the **Charter Board**, as well as any responsive **communications** that were sent to or from the personal email accounts or other personal accounts or devices of any board member.

5.  If **you** withhold any **documents** responsive to these Requests based on a claim of privilege (including a claim of protection under the attorney-work-product doctrine), please produce a privilege log containing at least the following information about each

3

**document** so withheld: (a) the type of **document**; (b) its title, if any; (c) its subject matter; (d) its date; (e) its author(s) and preparer(s); (f) its addressee(s) and recipient(s); and (g) the nature of the privilege claimed.

6.  If a **document** responsive to these Requests contains both privileged and nonprivileged material, please produce the nonprivileged portions to the fullest extent possible without disclosing the privileged material.

### Document Requests

1.  All **communications** to or from **Ben Gamla** or Peter Deutsch that were made after October 1, 2022.

2.  All **communications relating to Ben Gamla** sent to, from, or within the **Charter Board**, **including** all external and internal **communications** sent to or from any of the **Charter Board's** members, officials, employees, agents, attorneys, or representatives.

3.  All **documents**—**including** staff reports—analyzing or evaluating applications for charter authorization submitted by **Ben Gamla**, addenda to such applications, or letters of intent to submit such applications.

4.  All other **documents relating to Ben Gamla**.

5.  All **documents** (not including documents that are available on the **Charter Board**'s website) constituting or containing **Charter Board** policies or procedures.

6.  All letters and other **documents** sent by the **Charter Board** after January 1, 2022, to applicants for initial authorization of a charter school that set forth the reasons for an initial or a final denial of an application.

7.  All minutes of meetings of the Oklahoma Statewide Virtual Charter School Board that occurred between January 1, 2022, and June 30, 2024.

8.  All **documents** that **you** are required to describe by Federal Rule of Civil Procedure 26(a)(1)(A)(ii) that **you** do not produce prior to July 26, 2026.

Date: June 25, 2026.

Brent Rowland, OBA No. 13415
Morgan Bandy, WI Bar No. 1130673*
Oklahoma Appleseed Center for
    Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org /
morgan@okappleseed.org

Daniel Mach, DC Bar No. 461652*
Heather L. Weaver, DC Bar No. 495582*
American Civil Liberties Union
    Foundation
915 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 675-2330
dmach@aclu.org / hweaver@aclu.org

Nancy A. Noet, WI Bar No. 1023106*
Samuel T. Grover, WI Bar No. 1096047*
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
Telephone: (608) 256-8900
noetn@ffrf.org / sgrover@ffrf.org

Alex J. Luchenitser,
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
    Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org

Jessica Levin, CA Bar No. 338240*
Wendy Lecker, NY Bar No. 2283125*
Patrick Cremin, CA Bar No. 345406*
Katrina Reichert, CA Bar No. 357984*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815
JLevin@edlawcenter.org /
WLecker@edlawcenter.org /
PCremin@edlawcenter.org /
KReichert@edlawcenter.org

*Attorneys for Intervenors Rabbi Daniel Kaiman, et al.*
*Admitted *pro hac vice*.

6

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused copies of the foregoing document to be served on all parties to this action by mail and email at the addresses below:

*Counsel for Plaintiffs:*

Eric S. Baxter (*ebaxter@becketfund.org*)
Eric C. Rassbach (*erassbach@becketfund.org*)
Daniel L. Chen (*dchen@becketfund.org*)
Benjamin A. Fleshman (*bfleshman@becketfund.org*)
Phillip J. Allevato (*pallevato@becketfund.org*)
Siena A. Marcelle (*smarcelle@becketfund.org*)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006

Robert G. McCampbell (*RMcCampbell@Gablelaw.com*)
David A. Herber (*DHerber@Gablelaw.com*)
GableGotwals
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for defendant members of the Oklahoma Statewide Charter School Board (served by email per written consent dated April 8, 2026):*

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114

Hiram S. Sasser, III (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075

*Counsel for intervenors Cricket Moore, et al.:*

Ryan Leonard (*rleonard@llc-attorneys.com*)
Heidi J. Long (*hlong@llc-attorneys.com*)
Heather Hendricks (*hhendricks@llc-attorneys.com*)
Leonard, Long & Cassil, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK 73102

Alex J. Luchenitser
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org
*Admitted *pro hac vice*.

8