# Exhibit 4

Kaiman Intervenors' First Set of Interrogatories to the Charter School Board Defendants, served on June 25, 2026.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

------------------------------------------------------------ :
THE NATIONAL BEN GAMLA JEWISH : 
CHARTER SCHOOL FOUNDATION, INC., :   Case No. 5:26-cv-00582-R
et al., :
             :
           *Plaintiffs*, :
             :
    -against- :
             :
BRIAN T. SHELLEM, in his official capacity :
as Chairman of the Statewide Charter School :
Board, et al., :
             :
           *Defendants*, :
             :
------------------------------------------------------------ :
             :
RABBI DANIEL KAIMAN, et al., :
             :
           *Intervenors.* :
             :
------------------------------------------------------------ :
             :
CRICKET MOORE, et al., :
             :
           *Intervenors.* :
             :
------------------------------------------------------------ :

**KAIMAN INTERVENORS' FIRST SET OF INTERROGATORIES**
**TO THE CHARTER SCHOOL BOARD DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 33, intervenors Rabbi Daniel Kaiman,

Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley,

and Gene Perry request that defendant members of the Oklahoma Statewide Charter

School Board (Brian Shellem, Amber Wise, Marshall Baker, Damon Gardenhire,

Stephanie Savage, Kitty Campbell, Jared Buswell, Lindel Fields, and William Pearson, in

1

their official capacities) answer by July 26, 2026, each of the following Interrogatories separately and fully, in writing and under oath.

1. Identify each current and former employee of the Oklahoma Statewide Charter School Board who participated in analyzing or evaluating the application for charter-school authorization of Ben Gamla Jewish Charter School, the addendum to that application, or the letter of intent to submit the application by stating their name; stating the title or position they held while doing so; stating the date they started serving in the position; stating the date when they stopped serving in the position if they no longer do so; describing the role they played in the analysis or evaluation of the documents; and stating their last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers.

2. State the last known home and business mailing addresses, personal and business email addresses, and home, business, and mobile telephone numbers of each current member of the Oklahoma Statewide Charter School Board and of former members David Rutkauskas and Britni Tomcho.

3. Of the applications for initial charter-school authorization submitted to the Oklahoma Statewide Charter School Board since July 1, 2024, what percentage were granted without being initially denied, what percentage were granted after being amended following an initial denial, and what percentage were never granted?

4. Of the applications for initial charter-school authorization submitted to the Oklahoma Statewide Virtual Charter School Board between January 1, 2022, and June 30, 2024, what percentage were granted without being initially denied, what percentage

2

were granted after being amended following an initial denial, and what percentage were never granted?

5. If you withhold any documents responsive to Kaiman Intervenors' First Set of Requests for Production of Documents to the Charter School Board Defendants based on any objection other than privilege/attorney-work-product, describe the documents so withheld by category, giving the nature and subject matter of each document category and the total volume (in approximate number of pages) of documents in each category.

Date: June 25, 2026.

Brent Rowland, OBA No. 13415
Morgan Bandy, WI Bar No. 1130673*
Oklahoma Appleseed Center for
　　Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
Telephone: (918) 519-5750
brent@okappleseed.org /
morgan@okappleseed.org

Daniel Mach, DC Bar No. 461652*
Heather L. Weaver, DC Bar No. 495582*
American Civil Liberties Union
　　Foundation
915 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 675-2330
dmach@aclu.org / hweaver@aclu.org

Nancy A. Noet, WI Bar No. 1023106*
Samuel T. Grover, WI Bar No. 1096047*
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
Telephone: (608) 256-8900
noetn@ffrf.org / sgrover@ffrf.org

Alex J. Luchenitser,
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
　　Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org

Jessica Levin, CA Bar No. 338240*
Wendy Lecker, NY Bar No. 2283125*
Patrick Cremin, CA Bar No. 345406*
Katrina Reichert, CA Bar No. 357984*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: (973) 624-1815
JLevin@edlawcenter.org /
WLecker@edlawcenter.org /
PCremin@edlawcenter.org /
KReichert@edlawcenter.org

*Attorneys for Intervenors Rabbi Daniel Kaiman, et al.*
*Admitted pro hac vice.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused copies of the foregoing document

to be served on all parties to this action by mail and email at the addresses below:

*Counsel for Plaintiffs:*

Eric S. Baxter (*ebaxter@becketfund.org*)
Eric C. Rassbach (*erassbach@becketfund.org*)
Daniel L. Chen (*dchen@becketfund.org*)
Benjamin A. Fleshman (*bfleshman@becketfund.org*)
Phillip J. Allevato (*pallevato@becketfund.org*)
Siena A. Marcelle (*smarcelle@becketfund.org*)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006

Robert G. McCampbell (*RMcCampbell@Gablelaw.com*)
David A. Herber (*DHerber@Gablelaw.com*)
GableGotwals
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for defendant members of the Oklahoma Statewide Charter School Board
(served by email per written consent dated April 8, 2026):*

Anthony J. Ferate (*ajferate@spencerfane.com*)
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114

Hiram S. Sasser, III (*hsasser@firstliberty.org*)
Holly M. Randall (*hrandall@firstliberty.org*)
Erin E. Smith (*esmith@firstliberty.org*)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075

*Counsel for intervenors Cricket Moore, et al.:*

Ryan Leonard (*rleonard@llc-attorneys.com*)
Heidi J. Long (*hlong@llc-attorneys.com*)
Heather Hendricks (*hhendricks@llc-attorneys.com*)
Leonard, Long & Cassil, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK 73102

Alex J. Luchenitser
DC Bar No. 473393*
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-7306 /
(202) 898-2134
luchenitser@au.org / anderson@au.org
*Admitted *pro hac vice.*