# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, *et al.*,<br><br>Defendants, | )<br>)<br>)<br>)<br>)  Case No. 5:26-cv-00582-R<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO PLAINTIFFS' MOTION TO STAY DISCOVERY BY INTERVENORS CRICKET MOORE, CATHLEEN TICHENOR, DANIEL HENSLEY, AND LARISSA PORT

### INTRODUCTION

1. On July 16, 2026, this Court held a status conference in the above-styled case. At the status conference, Plaintiffs and Oklahoma Statewide Charter Board Defendants ("Board Defendants") argued discovery in this case should be stayed. Defendant-Intervenors Rabbi Kaiman *et al.* ("Taxpayer Intervenors") argued discovery should not be stayed.

2. The above-named intervenors ("Oklahoma Families"), have taken no position as to whether discovery should be stayed while Plaintiffs' Motion for Preliminary Injunction is under consideration by this Court. They do not require immediate discovery, but they have no objection if the Taxpayer Intervenors (or any party) require discovery to establish threshold issues such as standing and ripeness.

3.  In compliance with this Court's July 16, 2026, Minute Order [Doc. 108], Plaintiffs and the Board Defendants submitted their respective Motions to Stay Discovery. [Doc. 110, Doc. 111]. Plaintiffs assert no discovery at all is needed in this case and ask for an indefinite stay. [Doc. 111, at 18]. Board Defendants seek a stay pending "resolution, including any appeal – of Plaintiffs' Motion for Preliminary Injunction" [Doc. 110 at 1].

4.  Again, the Oklahoma Families do not require discovery in the immediate term pending this Court's decision on the Motion for Preliminary Injunction.   However, the Oklahoma Families will likely require discovery in the future, as stated in the Joint Status Report and Discovery Plan filed July 7, 2026 [Doc. 107]. In their Answer [Doc. 93], the Oklahoma Families denied many of Plaintiffs' allegations and have asserted insufficient knowledge to admit or deny many others. Thus, there are relevant facts that are in dispute or unknown.

5.  Without knowing how this Court  will rule on Plaintiffs' Motion for Preliminary Injunction, the basis for such ruling, or the grounds for any interlocutory appeal, the Oklahoma Families believe Plaintiffs' and Board Defendants' Motions to Stay Discovery (and, essentially, the proceedings) pending appeal is premature.

## ARGUMENT AND AUTHORITIES

The district court has the power to stay proceedings pending before it and to control its docket for the purpose of "economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). To make this determination "calls for the exercise of judgment, which must weigh competing interests

2

and maintain an even balance." *Landis,* 299 U.S. at 254-255. The party requesting a stay bears the burden of showing that the circumstances justify the court's exercise of that discretion. *Landis*, 299 U.S. at 255.

Without the benefit of this Court's ruling on Plaintiffs' Motion for Preliminary Injunction, it is premature to determine what effects, if any, a stay of indefinite duration would have on the parties or their interests. Rather than promote judicial economy, a stay of discovery pending resolution of all interlocutory appeals could prevent the Oklahoma Families from obtaining important testimony or evidence. Thus, the Oklahoma Families oppose Plaintiffs' and Board Defendants' requests to stay discovery to the extent it extends through the pendency of any appeal.

## CONCLUSION

The Oklahoma Families do not object to discovery by the Taxpayers. They do not require immediate discovery. However, they object to stays of indeterminate duration.

Respectfully submitted this 31st day of July, 2026

/s/ Heidi J. Long
Heidi J. Long, OBA #17667
Heather N. Hendricks, OBA #20996
Ryan Leonard, OBA #19155
LEONARD, LONG & CASSIL, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK 73118
(405) 702-9900
hlong@llc-attorneys.com
hhendricks@llc-attorneys.com
rleonard@llc-attorneys.com

*Attorneys for Cricket Moore, Cathleen Tichenor, Daniel Hensley, Luz Cruz, and Larissa Port*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Heidi J. Long