## Oral Argument Minute Sheet

**Date**: August 5, 2026                    **Total Time**: 2 hours 10 minutes

**Civil Case No.**: CIV-26-582-R          **The National Ben Gamla Jewish Charter School Foundation Inc**

**Judge David L. Russell**                 **v.**
                                           **Brian T. Shellem, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al.**

**Court Reporter** Emily Cripe

**C.R. Deputy** Taylor Beams

**Counsel for Plaintiffs:**
Daniel Chen, Eric S. Baxter, Benjamin A. Fleshman, Siena A. Marcelle, David R. Herber

**Counsel for Defendants:**
Erin Smith, Holly Mischelle Randall, Anthony J. Ferate, Hiram S. Sasser III

**Counsel for Intervenors:**
Alexander J. Luchenister, Luke Anderson
Heidi J. Long, Ryan T. Leanord, Heather N. Hendricks

On 08/05/2026, Judge Russell held an oral argument hearing in this matter. Parties present argument as to [110, 111] Motions to Stay Discovery and [10,11] Motions for Preliminary Injunction. The matter is now taken under advisement.