**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, *et al.*,<br><br>*Defendants*;<br><br>RABBI DANIEL KAIMAN, *et al.*,<br><br>*Defendant-Intervenors*;<br><br>CRICKET MOORE, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 5:26-cv-00582-R |

**NOTICE OF ADDRESS CHANGE**

Anthony J. Ferate, attorney for Defendants Jared Buswell, Kitty Campbel, Lindel Fields, Damon Gardenhire, Amber Hidy, William Pearson, David Rutkauskas, Britni Tomcho and Brian T. Shellem, in the above styled and captioned cause and notifies the Court and all interested parties that he has moved offices effective immediately. All future correspondence and pleadings should be mailed to the following:

**Anthony J. Ferate**
**4308 Echohollow Trail**
**Edmond, OK 73025**
**Telephone: (202) 486-7211**
**Email: AJ@Ferate.us**

DATED this 13th day of August, 2026.

Respectfully submitted,

*/s/ Anthony J. Ferate*

Anthony J. Ferate, OBA # 21171
SPENCER FANE LLP
9400 North Broadway Ext, Suite 600
Oklahoma City, Oklahoma 73114
T: (405) 844-9900
Email: ajferate@spencerfane.com
***Attorney for Defendants Jared Buswell, Kitty Campbel, Lindel Fields, Damon Gardenhire, Amber Hidy, William Pearson, David Rutkauskas, Britni Tomcho and Brian T. Shellem***

## CERTIFICATE OF MAILING

I hereby certify that on this 13th day of August, 2026, I electronically submitted this document to the Clerk of Court via the ECF to be served on counsel for Plaintiffs, Defendants, and Defendant-Intervenors.

*/s/ Anthony J. Ferate*
Anthony J. Ferate