**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **THE NATINOAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) **Case No. CIV-26-582-R** |
| **BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, et al.,** | ) |
| **Defendants;** | ) |
| **RABBI DANIEL KAIMAN, et al.,** | ) |
| **Defendant-Intervenors;** | ) |
| **CRICKET MOORE, et al.,** | ) |
| **Defendant-Intervenors.** | ) |

**ORDER**

Before the Court is the Motion for Withdrawal of Phillip J. Allevato as Counsel for the Plaintiffs [Doc. No. 112]. For good cause shown, the Motion is GRANTED. Phillip J. Allevato is hereby withdrawn as attorney of record. Plaintiffs will remain represented by Eric S. Baxter, Eric C. Rassbach, Daniel L. Chen, Benjamin A. Fleshman, and Siena A. Marcelle of The Becket Fund for Religious Liberty.

IT IS SO ORDERED this 19th day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**