**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al.,

*Plaintiffs*,

-against-

BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, et al.,

*Defendants*,

RABBI DANIEL KAIMAN, et al.,

*Intervenors*.

CRICKET MOORE, et al.,

*Intervenors*.

Case No. 5:26-cv-00582-R

**MOTION FOR WITHDRAWAL OF LUKE ANDERSON AS COUNSEL FOR KAIMAN INTERVENORS**

Pursuant to Local Court Rule LCvR83.5, notice is hereby given to the Court and the parties of the withdrawal of appearance of Luke Anderson as co-counsel for Intervenor-Defendants Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley, and Gene Perry (Kaiman Intervenors). As reflected on the Court's docket, Kaiman Intervenors remain represented by Alex J.

Luchenitser of Americans United for Separation of Church and State; Brent Rowland and Morgan Bandy of Oklahoma Appleseed Center for Law & Justice; Daniel Mach and Heather L. Weaver of American Civil Liberties Union Foundation; Jessica Levin, Wendy Lecker, Patrick Cremin, and Katrina Reichert of Education Law Center; and Nancy A. Noet and Samuel T. Grover of Freedom From Religion Foundation.

Respectfully submitted on August 21, 2026.

s/ Luke Anderson
Luke Anderson, DC Bar No. 90042004*
Americans United for Separation of
Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 898-2134
anderson@au.org

*Attorney for Kaiman Intervenors*
**Admitted* pro hac vice