**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al.,**<br><br>***Plaintiffs*,**<br><br>**-against-**<br><br>**BRIAN T. SHELLEM, in his official capacity as Chairman of the Statewide Charter School Board, et al.,**<br><br>***Defendants*,** | **Case No. CIV-26-582-R** |
| **RABBI DANIEL KAIMAN, et al.,**<br><br>***Intervenors.*** | |
| **CRICKET MOORE, et al.,**<br><br>***Intervenors.*** | |

**ORDER**

Before the Court is the Motion for Withdrawal of Luke Anderson as Counsel for Kaiman Intervenors [Doc. No. 119]. For good cause shown, the Motion is GRANTED. Luke Anderson is hereby withdrawn as an attorney of record for Intervenor-Defendants Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley, and Gene Perry ("Kaiman Intervenors"). Kaiman Intervenors will continue to be represented by Alex J. Luchenitser of Americans United for Separation of

Church and State; Brent Rowland and Morgan Bandy of Oklahoma Appleseed Center for Law & Justice; Daniel Mach and Heather L. Weaver of American Civil Liberties Union Foundation; Jessica Levin, Wendy Lecker, Patrick Cremin, and Katrina Reichert of Education Law Center; and Nancy A. Noet and Samuel T. Grover of Freedom From Religion Foundation.

IT IS SO ORDERED this 2nd day of September, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**