**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION INC., et al.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-26-582-R** |
| **BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al,** | ) | |
| **Defendants,** | ) | |
| **RABBI DANIEL KAIMAN, et al.,** | ) | |
| **Defendant-Intervenors,** | ) | |
| **CRICKET MOORE, et al.,** | ) | |
| **Defendant-Intervenors.** | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Withdrawal of Siena A. Marcelle as Counsel [Doc. No. 122]. For good cause shown, the Motion is GRANTED. Siena A. Marcelle is hereby withdrawn as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by other counsel of record.

IT IS SO ORDERED this 2nd day of October, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**