# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Oct 23, 2026 4:21PM

Holly Randall

Rcpt. No: 500021051 Trans. Date: Oct 23, 2026 4:21PM Cashier ID: #AW (6837)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | CIV-26-852-R | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.