**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**JOAN KANE**
CLERK

**SHANNON M. SHOULDERS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000 Fax (405) 609-5099

11/09/2026

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE: 26-6166; 5:26-CV-00582-R; National Ben Gamla Jewish Charter School Fdn., et al v Shellem et al

Dear Mr. Wolpert:

Notice is hereby given that

- ☐ no transcripts are necessary; or
- ☑ transcripts are already on file; or
- ☐ transcripts have been electronically filed

for the above captioned case. The record is ready for appeal purposes.

Sincerely,

JOAN KANE, COURT CLERK

by: s/ L.Ransom
Case Administrator

cc: Counsel of Record